# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for the Ad Hoc Group[2] and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Philip C. Dublin | M. Blake Cleary (No. 3614) |
| Naomi Moss | L. Katherine Good (No. 5101) |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | Gregory J. Flasser (No. 6154) |
| | Sameen Rizvi (No. 6902) |
| One Bryant Park | **POTTER ANDERSON & CORROON LLP** |
| Bank of America Tower | |
| New York, NY 10036 | 1313 N. Market Street, 6th Floor |
| Telephone: (212) 872-1000 | Wilmington, Delaware 19801 |
| Facsimile: (212) 872-1002 | Telephone: (302) 984-6000 |
| Email: pdublin@akingump.com | Facsimile: (302) 658-1192 |
|       nmoss@akingump.com | Email: bcleary@potteranderson.com |
| |       kgood@potteranderson.com |
| |       gflasser@potteranderson.com |
| |       srizvi@potteranderson.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Declaration of Ronald J. Bienias, Chief Restructuring Officer of American Tire Distributors, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 15].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of the Ad Hoc Group including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the Ad Hoc Group expressly states otherwise, the Ad Hoc Group does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: October 23, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br> */s/ M. Blake Cleary*<br>M. Blake Cleary (No. 3614)<br>L. Katherine Good (No. 5101)<br>Gregory J. Flasser (No. 6154)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email:  bcleary@potteranderson.com<br>          kgood@potteranderson.com<br>          gflasser@potteranderson.com<br>          srizvi@potteranderson.com<br><br>– and –<br><br>Philip C. Dublin<br>Naomi Moss.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email:  pdublin@akingump.com<br>          nmoss@akingump.com<br><br>*Counsel for the Ad Hoc Group* |