UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  24-12391 |
| AMERICAN TIRE DISTRIBUTORS, INC. | § | |
| DEBTOR(S), | § | CHAPTER  11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**FORT BEND COUNTY**     **LONE STAR COLLEGE SYSTEM**     **JEFFERSON COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on  24th  day of  Oct.  ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

LAURA DAVIS JONES
PACHULSKI ZIEHL STANG ZIEHL & JONES, LLP
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19899

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@lgbs.com

By:  //s/Tara L. Grundemeier
Tara L. Grundemeier
SBN: 24036691 TX