**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-0754594 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ATD NEW HOLDINGS II, INC., | ) | Case No. 24-12392 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1914985 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ATD NEW HOLDINGS III, INC., | ) | Case No. 24-12393 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2890977 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ATD NEW HOLDINGS, INC., | ) | Case No. 24-12394 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2913406 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ATD SOURCING SOLUTIONS, LLC, | ) | Case No. 24-12395 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-1165225 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ATD TECHNOLOGY SOLUTIONS INC., ) | Case No. 24-12396 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. N/A ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| FLX FWD LOGISTICS, LLC, ) | Case No. 24-12397 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 81-4703334 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| HERCULES TIRE INTERNATIONAL INC., ) | Case No. 24-12398 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. N/A ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| TERRY'S TIRE TOWN HOLDINGS, LLC, ) | Case No. 24-12399 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 83-3027409 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| THE HERCULES TIRE & RUBBER COMPANY, ) | Case No. 24-12400 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 06-0663365 ) | |

| | |
|---|---|
| In re:<br><br>TIRE PROS FRANCORP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 83-3021813 | ) <br>) Chapter 11<br>)<br>) Case No. 24-12401 (CTG)<br>)<br>)<br>)<br>)<br>) |
| In re:<br><br>TIREBUYER.COM, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 85-3329093 | )<br>) Chapter 11<br>)<br>) Case No. 24-12402 (CTG)<br>)<br>)<br>)<br>)<br>) |
| In re:<br><br>TORQATA DATA AND ANALYTICS LLC,<br><br>Debtor.<br><br>Tax I.D. No. 84-5034992 | )<br>) Chapter 11<br>)<br>) Case No. 24-12403 (CTG)<br>)<br>)<br>)<br>)<br>) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing procedural consolidation and joint administration of the Debtors' chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-12391.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology

Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than American Tire Distributors, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, directing joint administration for procedural purposes only of the chapter 11 cases of: American Tire Distributors, Inc., Case No. 24-12391 (CTG); ATD New Holdings II, Inc., Case No. 24-12392 (CTG); ATD New Holdings III, Inc., Case No. 24-12393 (CTG); ATD New Holdings, Inc., Case No. 24-12394 (CTG); ATD Sourcing Solutions, LLC, Case No. 24-12395 (CTG); ATD Technology Solutions Inc., Case No. 24-12396 (CTG); FLX FWD Logistics, LLC, Case No. 24-12397 (CTG); Hercules Tire International Inc., Case No. 24-12398 (CTG); Terry's Tire Town Holdings, LLC, Case No. 24-12399 (CTG); The Hercules Tire & Rubber Company, Case No. 24-12400 (CTG); Tire Pros Francorp, LLC, Case No. 24-12401 (CTG); Tirebuyer.com, LLC, Case No. 24-12402 (CTG); and Torqata Data and Analytics LLC, Case No. 24-12403 (CTG). The docket in Case No. 24-12391 should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 25th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**