# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al* | Case No. 24-12391(CTG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Heather Lennox, Esq., counsel for The Goodyear Tire & Rubber Company, Cooper Tire & Rubber Company, and Max-Trac Tire Co., Inc. d/b/a Mickey Thompson Tires & Wheels, in the above-captioned cases and any related proceedings.

Dated: November 4, 2024

**ASHBY & GEDDES, P.A.**
*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the respective Bars of the State of Ohio and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised **12/21/23**. I further certify the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 4, 2024

*/s/ Heather Lennox*
**JONES DAY**
Heather Lennox
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-7111
Email: hlennox@jonesday.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 7th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

{02065079;v1 }