# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12391 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCES UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND REQUEST FOR COPIES OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** of the appearances of David Weitman, Esq., Steven L. Caponi, Esq., and Matthew B. Goeller, Esq. of the law firm of K&L Gates LLP, as counsel for MAJCO LLC d/b/a Big Brand Tire & Service (the "Creditor"), a counterparty under a certain services agreement with one of the Debtors, FLX FWD Logistics, LLC, in the above-entitled and numbered cases. We request that copies of all notices, formal and informal, and pleadings pursuant to Rules 9010(b) and 2002(a) and (b) of the Fed. R. Bankr. P. be served upon the following parties:

| | |
|---|---|
| David Weitman, Esq.<br>K&L Gates LLP<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 939-5427<br>Facsimile: (214) 939-5849<br>Email: david.weitman@klgates.com | Steven L. Caponi, Esq. (No. 3484)<br>Matthew B. Goeller, Esq. (No. 6283)<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Tel: (302) 416-7000<br>Fax: (302) 416-7020<br>Email: steven.caponi@klgates.com<br>       matthew.goeller@klgates.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078

>MAJCO LLC d/b/a Big Brand Tire & Service
>c/o Laura Mollet
>General Counsel
>14401 Princeton Ave.
>Moorpark, CA 93021
>Telephone: (805) 220-4314
>Email: laura.mollet@bigbrandtire.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to or that may affect the above-captioned debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearances and Request for Service of Notices (this "<u>Notice</u>") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of any substantive or procedural right of the Creditor, including without limitation, to (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (ii) the right to trial by jury in any proceeding triable in any of these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 11, 2024

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Phone: (302) 416-7000
Email: steven.caponi@klgates.com
  matthew.goeller@klgates.com

-and-

David Weitman, Esq.
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Phone: (214) 939-5500
Email: david.weitman@klgates.com

*Attorneys for Majco LLC d/b/a Big Brand Tire & Service*