IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*, | Case No. 24-12391 (CTG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Lorenzo Marinuzzi of Morrison & Foerster LLP to represent the Official Committee of Unsecured Creditors of American Tire Distributors, Inc., *et al.*, in this action.

Dated: November 8, 2024

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 8, 2024

*/s/ Lorenzo Marinuzzi*
Lorenzo Marinuzzi
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019-9601
Telephone:     (212) 468-8045
lmarinuzzi@mofo.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

53330780.1 11/08/2024

Dated: November 12th, 2024
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**