**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                      ) ss:
COUNTY OF NEW YORK )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 8th day of November 2024, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

    i. *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (a) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (b) Renew, Supplement, Modify, Or Purchase Insurance Coverage, (II) Approving Continuation of the Surety Bond Program, and (III) Granting Related Relief* [Docket No. 8]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

  ii. *Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (a) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (b) Renew, Supplement, Modify, Or Purchase Insurance Coverage, (II) Approving Continuation of the Surety Bond Program, and (III) Granting Related Relief* [Docket No. 98]; and

  iii. *Notice of Commencement* [attached hereto as <u>Exhibit 1</u>]; and

via Federal Express Priority Overnight delivery upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of November 2024, New York, New York.

By _____
Roderick Wong

Sworn before me this
12th day of November 2024

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

| Information to identify the case: | |
|---|---|
| **Debtor:**     **American Tire Distributors, Inc., et al.** <br>             Name | **EIN:**    56-0754594 |
| United States Bankruptcy Court for the District of Delaware | |
| **Case Number:**    24-12391 (CTG) | **Date case filed for Chapter 11:** <br> October 22, 2024 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                      10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

   **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full name: See chart below.**

   **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | **American Tire Distributors, Inc.** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12391 (CTG) | **56-0754594** |
| 2 | **ATD New Holdings II, Inc.** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12392 (CTG) | **61-1914985** |
| 3 | **ATD New Holdings III, Inc.** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12393 (CTG) | **83-2890977** |
| 4 | **ATD New Holdings, Inc.** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12394 (CTG) | **83-2913406** |
| 5 | **ATD Sourcing Solutions, LLC** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12395 (CTG) | **87-1165225** |
| 6 | **ATD Technology Solutions Inc.** | 5035 South Service Road, 6th Floor, Burlington, ON, Canada L7L 6M9 | 24-12396 (CTG) | **N/A** |
| 7 | **FLX FWD Logistics, LLC** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12397 (CTG) | **81-4703334** |
| 8 | **Hercules Tire International Inc.** | c/o Osler, Hoskin & Harcourt LLP 100 King Street West, 1 First Canadian Place, Suite 6200, Toronto, Ontario, Canada M5X 1B8 | 24-12398 (CTG) | **N/A** |
| 9 | **Terry's Tire Town Holdings, LLC** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12399 (CTG) | **83-3027409** |
| 10 | **The Hercules Tire & Rubber Company** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12400 (CTG) | **06-0663365** |
| 11 | **Tire Pros Francorp, LLC** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12401 (CTG) | **83-3021813** |

| 12 | Tirebuyer.com, LLC | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12402 (CTG) | **85-3329093** |
|---|---|---|---|---|
| 13 | **Torqata Data and Analytics LLC** | 12200 Herbert Wayne Court, Huntersville, NC 28078 | 24-12403 (CTG) | **84-5034992** |

| | |
|---|---|
| **2.** | **All other names used in the last 8 years:** See Rider 1. |
| **3.** | **Address:** See chart above. |
| **4.** | **Debtors' attorneys:** |

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

  -and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
anup.sathy@kirkland.com
chad.husnick@kirkland.com
dave.gremling@kirkland.com

Debtors' notice and claims agent (for court documents and case information inquiries):

**Case Website**: www.donlinrecano.com/atd
**Email**:            atdinfo@drc.equiniti.com
**Telephone**:    1-866-666-1597 (Toll-free)
                          +1 212-771-1128 (International)

**If by First-Class Mail:**
Donlin, Recano & Company, Inc.
Re:  American Tire Distributors, Inc., et al.
P.O. Box 2053
New York, NY 10272-2042

**If by Hand Delivery or Overnight Mail:**
Donlin, Recano & Company, Inc.
C/O Equiniti
Re:  American Tire Distributors, Inc., et al.
48 Wall Street, 22nd Floor
New York, NY 10005

| | | | |
|---|---|---|---|
| **5.** | **Bankruptcy Clerk's Office** | | |
| | Documents in this case may be filed at this address. | **United States Bankruptcy Court for the District of Delaware**<br>**824 North Market Street**<br>**3rd Floor**<br>**Wilmington, DE 19801** | **Hours  Open:  Monday – Friday**<br>**8:00 AM - 5:00 PM ET**<br>**Contact :  (302) 252-2900** |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at www.donlinrecano.com/atd. | |
| **6.** | **Meeting of Creditors** | **December 2, 2024 at 11:30 AM ET** | **Location:**  Telephonic Hearing<br>**Dial In**:         844-291-6364<br>**Passcode**: 1840588, followed by the # key |
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | |

Official Form 309F1 (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**

| | | |
|---|---|---|
| 7. | **Proof of Claim Deadline:** | **Deadline for filing proof of claim:**     **Not yet set. If a deadline is set, the court will send you another notice.**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** To be determined. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Former Entity Names |
|---|---|
| ATD Sourcing Solutions, LLC | Installed Parts Group |
| FLX FWD Logistics, LLC | THNC TRANSPORTATION AND LOGISTICS, LLC; Rubbr Automotive Services, LLC |
| Terry's Tire Town Holdings, LLC | Terry's Tire Town Holding, Inc. |
| Tire Pros Francorp, LLC | Tire Pros Francorp |
| Tirebuyer.com, LLC | TireScanner.com |

**EXHIBIT 2**

Page # : 1 of 1                                                                                                           11/08/2024 05:26:14 PM

012209P002-1563A-018
LANDMARK AMERICAN INSURANCE CO
LEGAL DEPT
945 E PACES FERRY RD NE
STE 1800
ATLANTA GA 30326

Records Printed :  **1**