**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) ) ) ) | Case No. 24-12391 (CTG) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to an ad hoc group of certain beneficial holders, or investment advisors, sub-advisers or managers of the account of beneficial holders (collectively, the "Ad Hoc Group of Excluded Term Lenders") to the above-captioned debtors and debtors in possession (collectively, the "Debtors") under that certain prepetition term loan credit agreement, dated as of October 22, 2021, by and among American Tire Distributors, Inc., as borrower, the other loan parties thereto, the lenders from time to time party thereto, and Wilmington Savings Fund Society, FSB, as successor administrative agent and collateral agent to Bank of America, N.A., pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| Michael R. Handler<br>Nancy M. Bello<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>Telephone: (212) 556-2100<br>Email: mhandler@kslaw.cm<br>　　　　nbello@kslaw.com<br><br>Thaddeus D. Wilson<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Email: thadwilson@kslaw.com | Kevin A. Guerke<br>Ashley E. Jacobs<br>Rebecca L. Lamb<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>**CM/ECF Noticing**:<br>bankfilings@ycst.com<br>Email:  kguerke@ycst.com<br>　　　　ajacobs@ycst.com<br>　　　　rlamb@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of liquidation or reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the Debtors, the Ad Hoc Group of Excluded Term Lenders, or the property of either of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of:  (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after de novo

review by a District Judge; (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (vi) any election of remedy; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally left blank*]

Dated: November 12, 2024
Wilmington, Delaware

/s/ *Ashley E. Jacobs*
Kevin A. Guerke (DE No. 4096)
Ashley E. Jacobs (DE No. 5634)
Rebecca L. Lamb (DE No. 7223)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6634
Email: kguerke@ycst.com
ajacobs@ycst.com
rlamb@ycst.com

-and-

Michael R. Handler (*pro hac vice* pending)
Nancy M. Bello (*pro hac vice* pending)
KING & SPALDING LLP
1185 Avenue of the Americas,
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Email: mhandler@kslaw.com
nbello@kslaw.com

Thaddeus D. Wilson (*pro hac vice* pending)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Email: thadwilson@kslaw.com

*Counsel to the Ad Hoc Group of Excluded Term Lenders*