**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.* | ) ) ) | Case No. 24-12391 (CTG) |
| Debtors. | ) ) ) | (Joint Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Phillip Ripper of Ripper Injury Law, PLLC to represent Alejandro Sandoval and Adriana Sandoval in this case. Plaintiffs are pursuing a personal injury lawsuit against debtors American Tire Distributors and The Hercules Tire & Rubber Company in a Texas state court.

Dated: November 11, 2024

                                             Respectfully submitted,

                                             By: /s/ Phillip Ripper
                                             Phillip Ripper (TX Bar No. 24085866)
                                             **RIPPER INJURY LAW, PLLC**
                                             11103 WEST AVENUE, SUITE 2101
                                             SAN ANTONIO, TEXAS 78216
                                             Telephone:   (210) 802-1231
                                             Facsimile:     (210) 317-1231

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the Western District of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: November 11, 2024

                                             By: /s/ Phillip Ripper
                                             Phillip Ripper (TX Bar No. 24085866)
                                             **RIPPER INJURY LAW, PLLC**
                                             11103 WEST AVENUE, SUITE 2101
                                             SAN ANTONIO, TEXAS 78216
                                             Telephone:   (210) 802-1231
                                             Facsimile:     (210) 317-1231

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.