IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) Case No. 24-12391 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**VERIFIED STATEMENT OF THE AD HOC GROUP OF EXCLUDED TERM LENDERS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Group of Excluded Term Lenders (as defined herein), by and through its undersigned counsel, hereby submits this verified statement (the "Verified Statement") and in support thereof states and represents to the Court as follows:

1. On October 30, 2024, certain beneficial holders, or investment advisors, sub-advisers or managers of the account of beneficial holders (collectively, the "Ad Hoc Group of Excluded Term Lenders") to that certain term loan credit agreement, dated as of October 22, 2021 (as amended, restated, supplemented or otherwise modified from time to time, the "Prepetition Term Loan Credit Agreement"), by and among American Tire Distributors, Inc., as borrower ("ATD Inc."), the other loan parties thereto, the lenders from time to time party thereto (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

"Prepetition Term Lenders"), and Wilmington Savings Fund Society, FSB, as successor administrative agent and collateral agent to Bank of America, N.A. (in such capacity, the "Prepetition Term Loan Agent"), engaged King & Spalding LLP ("K&S") and Young Conaway Stargatt & Taylor LLP ("YCST") to represent them in respect of their holdings of Prepetition Term Loans[2], including, but not limited, to their right to participate on a pro rata basis in the Debtors' DIP Term Loan Facility and related matters (which, as of the date hereof, is currently being denied by the ad hoc group of cross holders of the Prepetition Term Loans and 2024 Delayed Draw FILO Loans represented by Akin Gump Hauer & Feld LLP and Potter Anderson & Corroon LLP, which constitute "Required Lenders" under the Prepetition Term Loan Credit Agreement and have arranged and funded the DIP Term Loan Facility).

2. As of the date of this Verified Statement, K&S and YCST represent only the Ad Hoc Group of Excluded Term Lenders and do not represent or purport to represent any entities other than the Ad Hoc Group of Excluded Term Lenders in connection with the Debtors' chapter 11 cases. In addition, the Ad Hoc Group of Excluded Term Lenders, both collectively and through its individual members, does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3. Each individual member of the Ad Hoc Group of Excluded Term Lenders holds claims, or such member or one or more of its affiliates advise, sub-advise or manage accounts that hold claims against the Debtors arising from the Prepetition Term Loan Credit Agreement. In accordance with Bankruptcy Rule 2019, attached hereto as Exhibit A is a list setting forth the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion of Debtors for Entry of Interim and Final Orders (i) Authorizing the Debtors to (a) Obtain Postpetition Financing, (b) Grant Senior Secured Priming Liens and Superiority Administrative Expense Claims, and (c) Utilize Cash Collateral; (ii) Granting Adequate Protection to the Prepetition Secured Parties; (iii) Modifying the Automatic Stay; (iv) Scheduling a Final Hearing; and (v) Granting Related Relief* [Docket No. 16].

32380278.1

name, address and "the nature and amount of all disclosable economic interests" held by each member of the Ad Hoc Group of Excluded Term Lenders in relation to the Debtors as of the date of this Verified Statement, as reported to K&S and YCST by each member of the Ad Hoc Group of Excluded Term Lenders.

4. K&S and YCST do not own, nor have they ever owned, any claims against the Debtors except for claims for services rendered to the Ad Hoc Group of Excluded Term Lenders. K&S and YCST may at some future time seek to have their fees and disbursements incurred on behalf of the Ad Hoc Group of Excluded Term Lenders paid by the Debtors' estates pursuant to title 11 of the United States Code (the "Bankruptcy Code") or as otherwise permitted in the Debtors' chapter 11 cases. K&S and YCST do not perceive any actual or potential conflict of interest with respect to the representation of the Ad Hoc Group of Excluded Term Lenders in the Debtors' chapter 11 cases.

5. All of the information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose. Nothing contained in this Verified Statement (or the exhibits hereto) should be construed as a limitation upon, or waiver of, any member of the Ad Hoc Group of Excluded Term Lenders' rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in the Debtors' chapter 11 cases.

6. The Ad Hoc Group of Excluded Term Lenders, through its undersigned counsel, further reserves the right to supplement and/or amend this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 at any time in the future.

[*Remainder of page intentionally left blank*]

Dated: November 12, 2024
Wilmington, Delaware

/s/ *Ashley E. Jacobs*
_____
Kevin A. Guerke (DE No. 4096)
Ashley E. Jacobs (DE No. 5635)
Rebecca L. Lamb (DE No. 7223)
Young Conaway Stargatt & Taylor, LLP
1000 N King St,
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: kguerke@ycst.com
　　　　ajacobs@ycst.com
　　　　rlamb@ycst.com

-and-

Michael R. Handler (*pro hac vice* pending)
Nancy M. Bello (*pro hac vice* pending)
King & Spalding LLP
1185 Avenue of the Americas,
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Email:  mhandler@kslaw.com
　　　　 nbello@kslaw.com

Thaddeus D. Wilson (*pro hac vice* pending)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Email:  thadwilson@kslaw.com

*Counsel to the Ad Hoc Group of Excluded Term Lenders*

**EXHIBIT A**

| Name of holders, investment advisors, or manager of the account of such holders | Notice Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Intermarket Corporation | 888 Seventh Avenue, New York, NY 10106 Attn: Joseph von Meister | Aggregate Principal Amount of Term Loans: $7,825,125.96 |
| Oaktree Capital Management, L.P. | 333 South Grand Avenue, Los Angeles, CA 90071 Attn: Alison Friedman Mermey | Aggregate Principal Amount of Term Loans: $6,687,053.89 |
| Liberty Mutual Insurance Company | 157 Berkley Street, Boston MA 02116 Attn: Samuel Osetek | Aggregate Principal Amount of Term Loans: $13,731,013.35 |
| DoubleLine Capital LP | 2002 N. Tampa Street, Suite 200, Tampa, FL 33602 Attn: Philip Kenny, Sanjay Jagtiani, and Adam Malatesta | Aggregate Principal Amount of Term Loans: $5,739,434.00 |
| AllianceBernstein Holding L.P. | 501 Commerce Street Nashville, TN 37203 Attn: William Jackson | Aggregate Principal Amount of Term Loans: $8,243,040.00 |
| PenderFund Capital Management Ltd. | 333 Bay Street, Toronto, ON M5H 2R2 Attn: Geoff Castle | Aggregate Principal Amount of Term Loans: $28,000,000.00  Equity Interests: 749,570 |

32380278.1