**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*, | Case No. 24-12391 (CTG) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Nancy M. Bello of King & Spalding LLP to represent the Ad Hoc Group of Excluded Term Lenders in the above-captioned cases.

Dated: November 12, 2024

*/s/ Ashley E. Jacobs*
Ashley E. Jacobs (Bar No. 5635)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: ajacobs@ycst.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 12, 2024

*/s/ Nancy M. Bello*
Nancy M. Bello
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Email: nbello@kslaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

32368405.1