# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN TIRE DISTRIBUTORS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12391 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date: January 23, 2025 at 3:30 p.m.**<br>**Obj. Deadline: January 16, 2025 at 4:00 p.m.** |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that Charmelle Alease McIlwain (the "Movant") and has filed a Motion for Relief from the Automatic Stay (the "Motion").

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 23, 2025 AT 3:30 P.M.** AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DE 19801.

If you wish to object to the Motion you are required to file a response at least seven days before the above hearing date.

At the same time you must also serve a copy of the response upon Movant's attorneys:

> Kevin S. Mann (No. 4576)
> CROSS & SIMON, LLC
> 1105 N. Market Street, Suite 901
> Wilmington, DE 19801
> Telephone: (302) 777-4200
> Facsimile: (302) 777-4224
> kmann@crosslaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE JANUARY 16, 2025 AT 4:00 P.M. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: December 5, 2024

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE   19801
(302) 777-4200
kmann@crosslaw.com

*Counsel for Charmelle Alease McIlwain*