## **CERTIFICATE OF SERVICE**

      I, Kevin S. Mann, hereby certify that on December 5, 2024, a true and correct copy of the *Motion of Charmelle Alease McIlwain for Relief From Automatic Stay Under 11 U.S.C § 362* was served upon all parties requesting service via the Court's CM/ECF system and the following parties by electronic mail:

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Edward A. Corma, Esq.<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>ecorma@pszjlaw.com | **KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Anup Sathy, Esq.<br>Chad J. Husnick, Esq.<br>David R. Gremling, Esq.<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>anup.sathy@kirkland.com<br>chad.husnick@kirkland.com<br>dave.gremling@kirkland.com |

           */s/ Kevin S. Mann*
           Kevin S. Mann (No. 4576)