## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss:
COUNTY OF NEW YORK   )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 48 Wall Street, New York, NY 10005.

3. On the 30th day of November, 2024, <u>DRC</u>, acting under my supervision, caused to serve, a true and accurate copy of the "Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases" (Docket No. 378), via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 2</u>; and via US First Class mail upon the parties as set forth in <u>Exhibit 3</u>, attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of December, 2024, New York, New York.

By _Edward A. Calderon_

Edward A. Calderon

Sworn before me this
5th day of December, 2024

_Sung Jae Kim_
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01KI6211176
> Qualified in Queens County
> My Commission Expires: _September 14, 2025_

**EXHIBIT 1**

000148P001-1563S-032
3PLOGIC LLC  D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS
JEFFREY LEPPERT
1765 N ELSTON AVE
CHICAGO IL 60642
JLEPPERT@REDWOODLOGISTICS.COM

000027P002-1563S-032
AKIN GUMP STRAUSS HAUER & FELD LLP
PHILIP C. DUBLIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
PDUBLIN@AKINGUMP.COM

000028P002-1563S-032
AKIN GUMP STRAUSS HAUER & FELD LLP
NAOMI MOSS
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
NMOSS@AKINGUMP.COM

000119P001-1563S-032
ALSTON & BIRD LLP
JACOB JOHNSON
1201 WEST PEACHTREE ST.,STE 4900
ATLANTA GA 30309
JACOB.JOHNSON@ALSTON.COM

000120P001-1563S-032
ALSTON & BIRD LLP
STEPHEN M BLANK
90 PARK AVENUE
NEW YORK NY 10016
STEPHEN.BLANK@ALSTON.COM

000032P001-1563S-032
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000033P001-1563S-032
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000143P001-1563S-032
ASHBY & GEDDES, P.A.
MICHAEL D DEBAECKE
500 DELAWARE AVE.,8TH FLOOR
WILMINGTON DE 19801
MDEBAECKE@ASHBYGEDDES.COM

000122P001-1563S-032
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
DALUZT@BALLARDSPAHR.COM

000122P001-1563S-032
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

000134P001-1563S-032
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
JHOOVER@BENESCHLAW.COM

000134P001-1563S-032
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
SWALSH@BENESCHLAW.COM

000172P001-1563S-032
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000137P001-1563S-032
CHAFFETZ LINDSEY LLP
ALAN J LIPKIN
1700 BROADWAY, 33RD FLOOR
NEW YORK NY 10019
ALAN.LIPKIN@CHAFFETZLINDSEY.COM

000035P001-1563S-032
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000036P001-1563S-032
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000144P001-1563S-032
CONTINENTAL TIRE THE AMERICAS LLC
TODD S PEARCE
1830 MACMILLAN PARK DRIVE
FORT MILL SC 29707
TODD.PEARCE@CONTI-NA.COM

000125P001-1563S-032
COZEN O'CONNOR
JOHN T CARROLL III
1201 N MARKET ST STE 1001
WILMINGTON DE 19801
JCARROLL@COZEN.COM

000014P001-1563S-032
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000037P001-1563S-032
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000004P001-1563S-032
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000038P001-1563S-032
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000150P001-1563S-032
FACILITYSOURCE LLC DBA CBRE RETAIL
MOLLY MACHOLD,LEAD SENIOR COUNSEL
2575 E CAMELBACK RD STE 500
PHOENIX AZ 85016
MOLLY.MACHOLD@CBRE.COM

000129P001-1563S-032
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON;JOSEPH N ARGENTINA JR
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
PATRICK.JACKSON@FAEGREDRINKER.COM

000129P001-1563S-032
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON;JOSEPH N ARGENTINA JR
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
JOSEPH.ARGENTINA@FAEGREDRINKER.COM

000133P001-1563S-032
GOULSTON & STORRS PC
DOUGLAS B ROSNER; TAYLOR DIAS
ONE POST OFFICE SQUARE, 25TH FLOOR
BOSTON MA 02109
DROSNER@GOULSTONSTORRS.COM

000133P001-1563S-032
GOULSTON & STORRS PC
DOUGLAS B ROSNER; TAYLOR DIAS
ONE POST OFFICE SQUARE, 25TH FLOOR
BOSTON MA 02109
TDIAS@GOULSTONSTORRS.COM

000157P001-1563S-032
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
ANTHONY.CLARK@GTLAW.COM

000157P001-1563S-032
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
DENNIS.MELORO@GTLAW.COM

000130P001-1563S-032
HINCKLEY ALLEN & SNYDER LLP
JENNIFER V DORAN,ESQ
28 STATE STREET
BOSTON MA 02109
JDORAN@HINCKLEYALLEN.COM

000044P001-1563S-032
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

000044P001-1563S-032
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
CONSUMER@AG.IOWA.GOV

000142P001-1563S-032
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
HLENNOX@JONESDAY.COM

000142P001-1563S-032
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
OZELTNER@JONESDAY.COM

000142P001-1563S-032
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
NBUCHTA@JONESDAY.COM

000160P001-1563S-032
K & L GATES LLP
DAVID WEITMAN,ESQ
1717 MAIN ST.,STE 2800
DALLAS TX 75201
DAVID.WEITMAN@KLGATES.COM

000161P001-1563S-032
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM

000161P001-1563S-032
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
MATTHEW.GOELLER@KLGATES.COM

000163P001-1563S-032
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
MHANDLER@KSLAW.COM

000163P001-1563S-032
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
NBELLO@KSLAW.COM

000164P001-1563S-032
KING & SPALDING LLP
THADDEUS D WILSON
1180 PEACHTREE ST.,NE
ATLANTA GA 30309
THADWILSON@KSLAW.COM

000121P001-1563S-032
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
TARA L GRUNDEMEIER
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

000124P001-1563S-032
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000127P001-1563S-032
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

000131P001-1563S-032
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

000047P001-1563S-032
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000162P001-1563S-032
MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE
LAURA MOLLET,GENERAL COUNSEL
14401 PRINCETON AVE
MOORPARK CA 93021
LAURA.MOLLET@BIGBRANDTIRE.COM

000049P001-1563S-032
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000050P001-1563S-032
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000126P001-1563S-032
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

000051P001-1563S-032
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000055P001-1563S-032
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000117P001-1563S-032
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000117P001-1563S-032
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000138P001-1563S-032
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
CMILLER@MORRISNICHOLS.COM

000138P001-1563S-032
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
APARK@MORRISNICHOLS.COM

000154P001-1563S-032
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
LMARINUZZI@MOFO.COM

000154P001-1563S-032
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
DMANNAL@MOFO.COM

000154P001-1563S-032
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
TFOUDY@MOFO.COM

000155P002-1563S-032
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
BBUTTERFIELD@MOFO.COM

000155P002-1563S-032
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
RFERRAIOLI@MOFO.COM

000155P002-1563S-032
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
DSMOLARSKI@MOFO.COM

000171P001-1563S-032
MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000151P001-1563S-032
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HCFL.GOV

000151P001-1563S-032
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
STROUPJ@HCFL.GOV

000151P001-1563S-032
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
CONNORSA@HCFL.GOV

000056P001-1563S-032
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

000135P001-1563S-032
NELSON MULLINS RILEY & SCARBOROUGH LLP
JODY A BEDENBAUGH
MERIDIAN
1320 MAIN ST., 17TH FLOOR
COLUMBIA SC 29201
JODY.BEDENBAUGH@NELSONMULLINS.COM

000057P001-1563S-032
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000058P001-1563S-032
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000146P002-1563S-032
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
DONGWOO.KIM@NEXENTIRE.COM

000146P002-1563S-032
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
PETERP@NEXENTIRE.COM

Case 24-12391-CTG American Tire Distributors, et al. Doc 390 Filed 12/06/24 Page 7 of 14

Electronic Mail
Exhibit Pages

---

000063P001-1563S-032
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000167P001-1563S-032
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV

000167P001-1563S-032
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-032
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000003P002-1563S-032
OFFICE OF THE US TRUSTEE
RICHARD L. SCHEPACARTER
844 KING ST
STE 2207
WILMINGTON DE 19801
RICHARD.SCHEPACARTER@USDOJ.GOV

000066P001-1563S-032
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-032
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-032
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

000110P001-1563S-032
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-032
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-032
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-032
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-032
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-032
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-032
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1563S-032
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-032
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-032
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-032
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-032
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-032
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-032
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

000152P001-1563S-032
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-032
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

000123P001-1563S-032
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-032
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-032
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-032
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-032
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000149P001-1563S-032
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

000156P001-1563S-032
SAUL EWING LLP
LUCIAN B MURLEY,ESQ
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000115P001-1563S-032
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-032
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-032
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-032
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000153P001-1563S-032
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-032
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000170P001-1563S-032
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-032
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNATIRE.COM

000166P001-1563S-032
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

000147P001-1563S-032
THE CARLSTAR GROUP LLC
RANDY O'BANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000169P001-1563S-032
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-032
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-032
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000074P001-1563S-032
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-032
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000078P001-1563S-032
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000165P001-1563S-032
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

| | |
|---|---|
| 000165P001-1563S-032 | 000165P001-1563S-032 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB | KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB |
| 1000 NORTH KING ST | 1000 NORTH KING ST |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| KGUERKE@YCST.COM | RLAMB@YCST.COM |

Records Printed : **122**

# EXHIBIT 2

**American Tire Distributors, Inc., et al.**
**Federal Express Overnight**
**Exhibit Page**

Page # : 1 of 1                                                                                          11/30/2024 06:15:04 PM

| | | | |
|---|---|---|---|
| 011024P001-1563A-032 | 011051P001-1563A-032 | 104303P001-1563A-032 | 104304P001-1563A-032 |
| 23371 AURORA ROAD BEDFORD, LLC | DAWSON LOGISTICS ASSETS LLC | GOOD BUY GEAR INC | METRO DÉCOR LLC |
| WESTON INC | MAPLETREE US MANAGEMENT LLC | KRISTIN LANGENFELD | CHIEF FINANCIAL OFFICER |
| 4760 RICHMOND RD | 275 7TH AVE | 6561 W 56TH AVE | 30320 EMERALD VALLEY PKWY |
| STE 200 | STE 745 7TH FL | ARVADA CO 80002 | SOLON OH 44139 |
| CLEVELAND OH 44128 | NEW YORK NY 10001 | | |

Records Printed : **4**

# EXHIBIT 3

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000003P001-1563S-032<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000013P001-1563S-032<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000004P001-1563S-032<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000008P001-1563S-032<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000006P001-1563S-032<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1563S-032<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000039P001-1563S-032<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000009P001-1563S-032<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000040P001-1563S-032<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000041P001-1563S-032<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000042P001-1563S-032<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000043P001-1563S-032<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| 000001P001-1563S-032<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1563S-032<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000045P001-1563S-032<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000046P001-1563S-032<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 |
| 000048P001-1563S-032<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 000018P001-1563S-032<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000010P001-1563S-032<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000052P001-1563S-032<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000053P001-1563S-032<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000054P001-1563S-032<br>MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | 000059P001-1563S-032<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000060P001-1563S-032<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 |
| 000061P001-1563S-032<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000062P001-1563S-032<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000064P001-1563S-032<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | 000065P001-1563S-032<br>OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 |

**American Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000068P001-1563S-032 | 000015P001-1563S-032 | 000012P001-1563S-032 | 000069P001-1563S-032 |
| RHODE ISLAND ATTORNEY GENERAL | SECURITIES AND EXCHANGE COMMISSION | SOCIAL SECURITY ADMINISTRATION | SOUTH CAROLINA ATTORNEY GENERAL |
| PETER F NERONHA | ANTONIA APPS REGIONAL DIRECTOR | OFFICE OF THE GEN COUNSEL | ALAN WILSON |
| 150 S MAIN ST | 100 PEARL ST | OFFICE OF PROGRAM LITIGATION/BANKRUPTCY | REMBERT C DENNIS OFFICE BLDG |
| PROVIDENCE RI 02903 | STE 20-100 | 6401 SECURITY BLVD | 1000 ASSEMBLY ST RM 519 |
| | NEW YORK NY 10004-2616 | BALTIMORE MD 21235 | COLUMBIA SC 29211-1549 |
| | | | |
| 000071P001-1563S-032 | 000072P001-1563S-032 | 000011P001-1563S-032 | 000019P001-1563S-032 |
| TENNESSEE ATTORNEY GENERAL | TEXAS ATTORNEY GENERAL | US EPA REG 3 | US SMALL BUSINESS ADMINISTRATION |
| JONATHAN SKRMETTI | KEN PAXTON | BETTINA DUNN | DISTRICT COUNSEL |
| PO BOX 20207 | 300 W 15TH ST | OFFICE OF REG COUNSEL | 660 AMERICAN AVE |
| NASHVILLE TN 37202-0207 | AUSTIN TX 78701 | FOUR PENN CTR | STE 301 |
| | | PHILADELPHIA PA 19103-2852 | KING OF PRUSSIA PA 19406 |
| | | | |
| 000075P001-1563S-032 | 000076P001-1563S-032 | 000077P001-1563S-032 | 000079P001-1563S-032 |
| VIRGINIA ATTORNEY GENERAL | WASHINGTON ATTORNEY GENERAL | WEST VIRGINIA ATTORNEY GENERAL | WYOMING ATTORNEY GENERAL |
| JASON MIYARES | BOB FERGUSON | PATRICK MORRISEY | BRIDGET HILL |
| 202 NORTH NINTH ST | 1125 WASHINGTON ST SE | STATE CAPITOL COMPLEX | 200 W 24TH ST |
| RICHMOND VA 23219 | PO BOX 40100 | BLDG 1 RM E26 | STATE CAPITOL BLDG RM 123 |
| | OLYMPIA WA 98504-0100 | CHARLESTON WV 25305-0220 | CHEYENNE WY 82002 |

Records Printed :  **40**