**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) ) ) ) | Case No. 24-12391 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ) ss:
COUNTY OF NEW YORK  )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 20th day of November, 2024, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

    a) Notice of Agenda for Continued Hearing Scheduled for November 21, 2024 at 2:00 P.M. (ET) (Docket No. 304); and

    b) Amended Notice of Agenda for Continued Hearing Scheduled for November 21, 2024 at 2:00 P.M. (ET) (Docket No. 306),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 2</u>; and via USPS Express Mail Overnight upon the parties as set forth in <u>Exhibit 3</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of December, 2024, New York, New York.

By _*Edward A. Calderon*_
Edward A. Calderon

Sworn before me this
5th day of December, 2024

_*Sung Jae Kim*_
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01KI6211176
> Qualified in Queens County
> My Commission Expires: September 14, 2025

2

# EXHIBIT 1

Case 24-12391-CTG Doc 391 Filed 12/06/24 Page 4 of 18

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 7

11/20/2024 11:32:53 AM

| | | | |
|---|---|---|---|
| 000148P001-1563S-026<br>3PLOGIC LLC D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFFREY LEPPERT<br>1765 N ELSTON AVE<br>CHICAGO IL 60642<br>JLEPPERT@REDWOODLOGISTICS.COM | 000027P002-1563S-026<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>PDUBLIN@AKINGUMP.COM | 000028P002-1563S-026<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>NMOSS@AKINGUMP.COM | 000119P001-1563S-026<br>ALSTON & BIRD LLP<br>JACOB JOHNSON<br>1201 WEST PEACHTREE ST.,STE 4900<br>ATLANTA GA 30309<br>JACOB.JOHNSON@ALSTON.COM |
| 000120P001-1563S-026<br>ALSTON & BIRD LLP<br>STEPHEN M BLANK<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>STEPHEN.BLANK@ALSTON.COM | 000032P001-1563S-026<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000033P001-1563S-026<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000143P001-1563S-026<br>ASHBY & GEDDES P,A.<br>MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>WILMINGTON DE 19801<br>MDEBAECKE@ASHBYGEDDES.COM |
| 000122P001-1563S-026<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>DALUZT@BALLARDSPAHR.COM | 000122P001-1563S-026<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM | 000134P001-1563S-026<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>JHOOVER@BENESCHLAW.COM | 000134P001-1563S-026<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>SWALSH@BENESCHLAW.COM |
| 000103P002-1563S-026<br>BLUEYONDER INC<br>RJ JOHNSTON<br>15059 N SCOTTSDALE RD.<br>STE 400<br>SCOTTSDALE AZ 85260<br>RJ.JOHNSTON@BLUEYONDER.COM | 000094P002-1563S-026<br>BRIDGESTONE FIRESTONE INC<br>JOHN WELCH<br>PO BOX 73418<br>CHICAGO IL 60673-7418<br>WELCHJOHN@BFUSA.COM | 000089P001-1563S-026<br>BRIDGESTONE AMERICAS TIRE OPERATIONS<br>BRIDGET NEAL<br>200 4TH AVE SOUTH<br>STE 100<br>NASHVILLE TN 37201<br>NEALBRIDGET@BFUSA.COM | 000137P001-1563S-026<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019<br>ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| 000035P001-1563S-026<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-026<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000081P001-1563S-026<br>CONTINENTAL TIRE NORTH AMERICA INC<br>JOCHEN ETZEL BILL CALDWELL<br>1830 MACMILLAN PK DR<br>FORT MILL SC 29707<br>JOCHEN.ETZEL@CONTI-NA.COM | 000081P001-1563S-026<br>CONTINENTAL TIRE NORTH AMERICA INC<br>JOCHEN ETZEL BILL CALDWELL<br>1830 MACMILLAN PK DR<br>FORT MILL SC 29707<br>BILL.CALDWELL@CONTI-NA.COM |
| 000144P001-1563S-026<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707<br>TODD.PEARCE@CONTI-NA.COM | 000125P001-1563S-026<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000108P002-1563S-026<br>CROWN EQUIPMENT CORP<br>TOM KELLER<br>PO BOX 641173<br>CINCINNATI OH 45264-1173<br>TOM.KELLER@CROWN.COM | 000014P001-1563S-026<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |

Case 24-12391-CTG  Doc 391  Filed 12/06/24  Page 5 of 18
American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 7                                                                                                                       11/20/2024 11:32:53 AM

| | | | |
|---|---|---|---|
| 000037P001-1563S-026<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-026<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000038P001-1563S-026<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000107P002-1563S-026<br>FACILITYSOURCE LLC<br>MOLLY MACHOLD<br>3440 FLAIR DRIVE<br>LOCKBOX SERVICES 846847<br>EL MONTE CA 91731<br>MMACHOLD@FACILITYSOURCE.COM |
| 000150P001-1563S-026<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-026<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000129P001-1563S-026<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM | 000105P001-1563S-026<br>GOOGLE INC<br>PHILIPP SCHINDLER<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043<br>PHILIPPS@GOOGLE.COM |
| 000133P001-1563S-026<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM | 000133P001-1563S-026<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM | 000157P001-1563S-026<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM | 000157P001-1563S-026<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>DENNIS.MELORO@GTLAW.COM |
| 000100P001-1563S-026<br>GREMAX INDUSTRIAL PTE LTD CROWN<br>TIM LIANG<br>NO. 60, PAYA LEBAR RD<br>#11-08 PAYA LEBAR SQUARE<br>SINGAPORE  409051<br>SINGAPORE<br>TIM@CROWNTYRE.COM | 000100P001-1563S-026<br>GREMAX INDUSTRIAL PTE LTD CROWN<br>TIM LIANG<br>NO. 60, PAYA LEBAR RD<br>#11-08 PAYA LEBAR SQUARE<br>SINGAPORE  409051<br>SINGAPORE<br>TIM@CROWNINTCORP.COM | 000090P001-1563S-026<br>HANKOOK TIRE AMERICA CORP<br>ROB WILLIAMS<br>1450 VALLEY RD<br>WAYNE NJ 07470<br>ROBERT.WILLIAMS@HANKOOKN.COM | 000130P001-1563S-026<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109<br>JDORAN@HINCKLEYALLEN.COM |
| 000044P001-1563S-026<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000044P001-1563S-026<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000142P001-1563S-026<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>HLENNOX@JONESDAY.COM | 000142P001-1563S-026<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>OZELTNER@JONESDAY.COM |
| 000142P001-1563S-026<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>NBUCHTA@JONESDAY.COM | 000160P001-1563S-026<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201<br>DAVID.WEITMAN@KLGATES.COM | 000161P001-1563S-026<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM | 000161P001-1563S-026<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM |

Case 24-12391-CTG    Doc 391    Filed 12/06/24    Page 6 of 18

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 7                                                                                                     11/20/2024 11:32:53 AM

| | | | |
|---|---|---|---|
| 000163P001-1563S-026<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>MHANDLER@KSLAW.COM | 000163P001-1563S-026<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>NBELLO@KSLAW.COM | 000164P001-1563S-026<br>KING & SPALDING LLP<br>THADDEUS D WILSON<br>1180 PEACHTREE ST.,NE<br>ATLANTA GA 30309<br>THADWILSON@KSLAW.COM | 000092P001-1563S-026<br>KUMHO TIRE USA INC<br>SHAWN DENLEIN<br>133 PEACHTREE ST NE<br>STE 2800<br>ATLANTA GA 30303<br>SDENLEIN@KUMHOTIREUSA.COM |
| 000121P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>TARA L GRUNDEMEIER<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@LGBS.COM | 000124P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 000127P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br>AUSTIN.BANKRUPTCY@LGBS.COM | 000131P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST., STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@LGBS.COM |
| 000047P001-1563S-026<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000162P001-1563S-026<br>MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE<br>LAURA MOLLET,GENERAL COUNSEL<br>14401 PRINCETON AVE<br>MOORPARK CA 93021<br>LAURA.MOLLET@BIGBRANDTIRE.COM | 000049P001-1563S-026<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000050P001-1563S-026<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000126P001-1563S-026<br>MCCREARY VESELKA BRAGG & ALLEN P.C.<br>JULIE ANN PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269<br>JPARSONS@MVBALAW.COM | 000088P002-1563S-026<br>MICHELIN NORTH AMERICA INC<br>LINDSAY RICCI & STEPHEN HOEFT<br>PO BOX 19001<br>GREENVILLE SC 29602-9001<br>LINDSAY.RICCI@MICHELIN.COM | 000088P002-1563S-026<br>MICHELIN NORTH AMERICA INC<br>LINDSAY RICCI & STEPHEN HOEFT<br>PO BOX 19001<br>GREENVILLE SC 29602-9001<br>STEPHEN.HOEFT@MICHELIN.COM | 000051P001-1563S-026<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV |
| 000097P001-1563S-026<br>MICKEY THOMPSON<br>JOHN BODART<br>PO BOX 73437<br>CLEVELAND OH 44193<br>JBODART@MICKEYTHOMPSONTIRES.COM | 000104P002-1563S-026<br>MICROSOFT LICENSING GP<br>LEGAL AND CORPORATE AFFAIRS<br>TAMMY GARLICK<br>ONE MICROSOFT WAY<br>REDMOND WA 98052<br>TKING@MICROSOFT.COM | 000055P001-1563S-026<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000117P001-1563S-026<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM |
| 000117P001-1563S-026<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>JLEVIN@MORRISJAMES.COM | 000138P001-1563S-026<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>CMILLER@MORRISNICHOLS.COM | 000138P001-1563S-026<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>APARK@MORRISNICHOLS.COM | 000154P001-1563S-026<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>LMARINUZZI@MOFO.COM |

Case 24-12391-CTG   Doc 391   Filed 12/06/24   Page 7 of 18

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 7                                                                 11/20/2024 11:32:53 AM

| | | | |
|---|---|---|---|
| 000154P001-1563S-026<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DMANNAL@MOFO.COM | 000154P001-1563S-026<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>TFOUDY@MOFO.COM | 000155P001-1563S-026<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY<br>BBUTTERFIELD@MOFO.COM | 000155P001-1563S-026<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY<br>RFERRAIOLI@MOFO.COM |
| 000155P001-1563S-026<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY<br>DSMOLARSKI@MOFO.COM | 000171P001-1563S-026<br>MUNSCH HARDT KOPF & HARR PC<br>DEBORAH M PERRY<br>500 N AKARD ST.,STE 4000<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM | 000151P001-1563S-026<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HCFL.GOV | 000151P001-1563S-026<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>STROUPJ@HCFL.GOV |
| 000151P001-1563S-026<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>CONNORSA@HCFL.GOV | 000102P003-1563S-026<br>NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA<br>DAVID PERKINS<br>PO BOX 10472<br>NEWARK NJ 07193<br>DAVID.PERKINS@AIG.COM | 000056P001-1563S-026<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 000135P001-1563S-026<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>JODY A BEDENBAUGH<br>MERIDIAN<br>1320 MAIN ST., 17TH FLOOR<br>COLUMBIA SC 29201<br>JODY.BEDENBAUGH@NELSONMULLINS.COM |
| 000057P001-1563S-026<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000058P001-1563S-026<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000087P001-1563S-026<br>NEXEN TIRE<br>BRIAN HAN<br>21073 PATHFINDER RD<br>STE 100<br>DIAMOND BAR CA 91765<br>BRIAN@NEXENTIRE.COM | 000146P002-1563S-026<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>DONGWOO.KIM@NEXENTIRE.COM |
| 000146P002-1563S-026<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>PETERP@NEXENTIRE.COM | 000086P001-1563S-026<br>NITTO TIRE USA INC<br>KEIKO BROCKEL<br>1900  ST ROCHESTER AVE<br>ONTARIO CA 91761<br>KEIKO.BROCKEL@NITTOTIRE.COM | 000093P001-1563S-026<br>NORTH AMERICAN COMMERCIAL TIRE RESOURCES<br>MARK LAMMLEIN<br>1441 SOUTH MAIN<br>NORTH CANTON OH 44720<br>MARKL@NACOMTIRE.COM | 000063P001-1563S-026<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV |
| 000167P001-1563S-026<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>ROMA.DESAI@OAG.TEXAS.GOV | 000167P001-1563S-026<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>SEAN.FLYNN@OAG.TEXAS.GOV | 000167P001-1563S-026<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV | 000003P002-1563S-026<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>RICHARD.SCHEPACARTER@USDOJ.GOV |

Case 24-12391-CTG    Doc 391    Filed 12/06/24    Page 8 of 18

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 7                                                                 11/20/2024 11:32:53 AM

| | | | |
|---|---|---|---|
| 000066P001-1563S-026<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000029P001-1563S-026<br>OTTERBOURG P.C.<br>CHAD B. SIMON<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>CSIMON@OTTERBOURG.COM | 000030P001-1563S-026<br>OTTERBOURG P.C.<br>DANIEL F. FIORILLO<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>DFIORILLO@OTTERBOURG.COM | 000110P001-1563S-026<br>OTTERBOURG P.C.<br>JAMES C. DREW<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>JDREW@OTTERBOURG.COM |
| 000118P001-1563S-026<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>JWEISS@PASHMANSTEIN.COM | 000118P001-1563S-026<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>AGAMBALE@PASHMANSTEIN.COM | 000159P001-1563S-026<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>JOSEPH M GRAHAM<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019<br>JGRAHAM@PAULWEISS.COM | 000067P001-1563S-026<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV |
| 000128P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>MELISSA E VALDEZ<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON TX 77008<br>MVALDEZ@PBFCM.COM | 000136P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408<br>LMBKR@PBFCM.COM | 000139P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042<br>LREECE@PBFCM.COM | 000140P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042<br>LREECE@PBFCM.COM |
| 000141P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ELIZABETH BANDA CALVO<br>500 E BORDER ST., STE 640<br>ARLINGTON TX 76010<br>EBCALVO@PBFCM.COM | 000085P001-1563S-026<br>PIRELLI TIRE LLC<br>CLAUDIO ZANARDO<br>LOCKBOX #27826<br>27826 NETWORK PL<br>CHICAGO IL 60673-1826<br>CLAUDIO.ZANARDO@PIRELLI.COM | 000111P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>M. BLAKE CLEARY<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>BCLEARY@POTTERANDERSON.COM | 000112P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>L. KATHERINE GOOD<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>KGOOD@POTTERANDERSON.COM |
| 000113P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>GREGORY J. FLASSER<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>GFLASSER@POTTERANDERSON.COM | 000114P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>SAMEEN RIZVI<br>1313 N MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>SRIZVI@POTTERANDERSON.COM | 000096P001-1563S-026<br>REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFF LEPPERT<br>1765 N ELSTON AVE STE 216<br>CHICAGO IL 60642<br>JLEPPERT@REDWOODLOGISTICS.COM | 000152P001-1563S-026<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801<br>KGWYNNE@REEDSMITH.COM |
| 000152P001-1563S-026<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801<br>CCAPP@REEDSMITH.COM | 000123P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000123P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KNIGHT@RLF.COM | 000123P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEIGER@RLF.COM |

Case 24-12391-CTG  Doc 391  Filed 12/06/24  Page 9 of 18

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 6 of 7                                                                 11/20/2024 11:32:53 AM

| | | | |
|---|---|---|---|
| 000158P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SHAPIRO@RLF.COM | 000158P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>MCCAULEY@RLF.COM | 000098P002-1563S-026<br>RYDER SYSTEM, INC<br>ROBERT D. FATOVIC<br>6000 WINDWARD PKWY<br>ALPHARETTA GA 30005<br>BOB_FATOVIC@RYDER.COM | 000149P001-1563S-026<br>RYDER TRUCK RENTAL INC<br>MICHAEL MANDELL<br>2333 PONCE DE LEON BLVD STE 700<br>CORAL GABLES FL 33134<br>MANDMS@RYDER.COM |
| 000101P001-1563S-026<br>SAILUN USA<br>MR. YUAN<br>4406 MALONE RD<br>MEMPHIS TN 38118-7303<br>ZHONGXUE.YUAN@SAILUNTIRE.COM | 000156P001-1563S-026<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>LUKE.MURLEY@SAUL.COM | 000115P001-1563S-026<br>SCHULTE ROTH & ZABEL LLP<br>REUBEN E DIZENGOFF,ESQ<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>REUBEN.DIZENGOFF@SRZ.COM | 000116P001-1563S-026<br>SCHULTE ROTH & ZABEL LLP<br>DOUGLAS S MINTZ,ESQ<br>555 13TH STREET,NW STE 6W<br>WASHINGTON DC 20004<br>DOUGLAS.MINTZ@SRZ.COM |
| 000016P001-1563S-026<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000017P001-1563S-026<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000109P003-1563S-026<br>SHI INTERNATIONAL CORP<br>SCOTT BUNCHMAN<br>290 DAVIDSON AV<br>SOMERSET NJ 08873<br>SCOTT_BUNCHMAN@SHI.COM | 000109P003-1563S-026<br>SHI INTERNATIONAL CORP<br>SCOTT BUNCHMAN<br>290 DAVIDSON AV<br>SOMERSET NJ 08873<br>MARCUS_BLAKE@SHI.COM |
| 000153P001-1563S-026<br>SIRLIN LESSER & BENSON P.C.<br>DANA S PLON,ESQ<br>123 SOUTH BROAD ST.,STE 2100<br>PHILADELPHIA PA 19109<br>DPLON@SIRLINLAW.COM | 000070P001-1563S-026<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM | 000170P001-1563S-026<br>STRADLING YOCCA CARLSON & RAUTH<br>PAUL R GLASSMAN<br>10100 SANTA MONICA BLVD., STE 1450<br>LOS ANGELES CA 90067<br>PGLASSMAN@STRADLINGLAW.COM | 000145P002-1563S-026<br>SUMITOMO RUBBER NORTH AMERICA INC<br>TOBY BEINER<br>8656 HAVEN AVE.<br>RANCHO CUCAMONGA CA 91730<br>TBEINER@SRNATIRE.COM |
| 000084P002-1563S-026<br>SUMITOMO RUBBER NORTH AMERICAN INC.<br>DARREN THOMAS<br>13649 VALLEY BLVD<br>FONTANA CA 92335<br>DTHOMAS@SRNATIRE.COM | 000106P001-1563S-026<br>SUTONG CHINA TIRE RESOURCES INC<br>NANCY ZHAO<br>33402 HEMPSTEAD HWY<br>STE A<br>HOCKLEY TX 77447<br>NZHAO@SUTONGCTR.COM | 000166P001-1563S-026<br>SWANSON MARTIN & BELL LLP<br>CHARLES S STAHL JR.<br>2525 CABOT DRIVE STE 204<br>LISLE IL 60532<br>CSTAHL@SMBTRIALS.COM | 000095P001-1563S-026<br>THE CARLSTAR GROUP LLC<br>ROBB SMEDEMA<br>PO BOX 100929<br>PASADENA CA 91189-0930<br>ROBB.SMEDEMA@CARLSTARGROUP.COM |
| 000147P001-1563S-026<br>THE CARLSTAR GROUP LLC<br>RANDY O'BANION<br>725 COOL SPRINGS BLVD STE 500<br>FRANKLIN TN 37067<br>RANDY.OBANION@CARLSTARGROUP.COM | 000080P001-1563S-026<br>THE GOODYEAR TIRE AND RUBBER CO<br>RYAN WALDRON<br>200  INNOVATION WAY<br>AKRON OH 44316<br>RYAN_WALDRON@GOODYEAR.COM | 000169P001-1563S-026<br>THE ROSNER LAW GROUP LLC<br>FREDERICK B ROSNER, ESQ<br>824 N MARKET ST.,STE 810<br>WILMINGTON DE 19801<br>ROSNER@TEAMROSNER.COM | 000082P001-1563S-026<br>TOYO TIRE USA CORP<br>MIKE GRABER<br>5665 PLAZA DR STE 200<br>CYPRESS CA 90630<br>GRABERM@TOYOTIRES.COM |

Case 24-12391-CTG   Doc 391   Filed 12/06/24   Page 10 of 18
American Tire Distributors, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 7 of 7                                                                                                               11/20/2024 11:32:53 AM

000005P001-1563S-026
US ATTORNEY FOR DELAWARE
CHARLES OBERLY ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-026
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000074P001-1563S-026
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-026
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000078P001-1563S-026
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000099P001-1563S-026
YOKOHAMA TIRE CORP
JEFF BARNA
1 MACARTHUR PL STE 800
SANTA ANA CA 92707
JEFF.BARNA@YOKOHOMATIRE.COM

000165P001-1563S-026
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

000165P001-1563S-026
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
KGUERKE@YCST.COM

000165P001-1563S-026
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
AJACOB@YCST.COM

000165P001-1563S-026
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
RLAMB@YCST.COM

000083P001-1563S-026
ZC RUBBER AMERICA INC
HENRY SHEN
661 BREA CANYON RD STE #7
WALNUT CA 91789
SHENHAOYU@ZC-RUBBER.COM

000091P001-1563S-026
ZHILIAN TRADING LIMITED (HTR)
YI YANG
7A-7B NO 9 NANJING RD
UNITED EDIFICE
QINGDAO
CHINA
YANGYI@ZHILIAN.COM

Records Printed :   **156**

# EXHIBIT 2

Case 24-12391-CTG    Doc 391    Filed 12/06/24    Page 12 of 18

American Tire Distributors, Inc., et al.
Federal Express Overnight
Exhibit Pages

Page # : 1 of 5                                                                                          11/20/2024 11:37:00 AM

| | | | |
|---|---|---|---|
| 000148P001-1563S-026<br>3PLOGIC LLC D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFFREY LEPPERT<br>1765 N ELSTON AVE<br>CHICAGO IL 60642 | 000027P002-1563S-026<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036 | 000028P002-1563S-026<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036 | 000031P001-1563S-026<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 |
| 000119P001-1563S-026<br>ALSTON & BIRD LLP<br>JACOB JOHNSON<br>1201 WEST PEACHTREE ST.,STE 4900<br>ATLANTA GA 30309 | 000120P001-1563S-026<br>ALSTON & BIRD LLP<br>STEPHEN M BLANK<br>90 PARK AVENUE<br>NEW YORK NY 10016 | 000032P001-1563S-026<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007 | 000033P001-1563S-026<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610 |
| 000143P001-1563S-026<br>ASHBY & GEDDES P,A.<br>MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>WILMINGTON DE 19801 | 000122P001-1563S-026<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034 | 000134P001-1563S-026<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101 | 000103P002-1563S-026<br>BLUEYONDER INC<br>RJ JOHNSTON<br>15059 N SCOTTSDALE RD.<br>STE 400<br>SCOTTSDALE AZ 85260 |
| 000089P001-1563S-026<br>BRIDGESTONE AMERICAS TIRE OPERATIONS<br>BRIDGET NEAL<br>200 4TH AVE SOUTH<br>STE 100<br>NASHVILLE TN 37201 | 000034P001-1563S-026<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000137P001-1563S-026<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019 | 000035P001-1563S-026<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203 |
| 000036P001-1563S-026<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120 | 000081P001-1563S-026<br>CONTINENTAL TIRE NORTH AMERICA INC<br>JOCHEN ETZEL BILL CALDWELL<br>1830 MACMILLAN PK DR<br>FORT MILL SC 29707 | 000144P001-1563S-026<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707 | 000125P001-1563S-026<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801 |
| 000014P001-1563S-026<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000037P001-1563S-026<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000008P001-1563S-026<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000006P001-1563S-026<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000007P001-1563S-026<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000038P001-1563S-026<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001 | 000150P001-1563S-026<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016 | 000129P001-1563S-026<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801 |

Case 24-12391-CTG    Doc 391    Filed 12/06/24    Page 13 of 18

American Tire Distributors, Inc., et al.
Federal Express Overnight
Exhibit Pages

Page # : 2 of 5                                                                                                           11/20/2024 11:37:00 AM

| | | | |
|---|---|---|---|
| 000039P001-1563S-026<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000040P001-1563S-026<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000105P001-1563S-026<br>GOOGLE INC<br>PHILIPP SCHINDLER<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043 | 000133P001-1563S-026<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109 |
| 000157P001-1563S-026<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801 | 000100P001-1563S-026<br>GREMAX INDUSTRIAL PTE LTD CROWN<br>TIM LIANG<br>NO. 60, PAYA LEBAR RD<br>#11-08 PAYA LEBAR SQUARE<br>SINGAPORE  409051<br>SINGAPORE | 000090P001-1563S-026<br>HANKOOK TIRE AMERICA CORP<br>ROB WILLIAMS<br>1450 VALLEY RD<br>WAYNE NJ 07470 | 000130P001-1563S-026<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109 |
| 000042P001-1563S-026<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000043P001-1563S-026<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 000002P001-1563S-026<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000044P001-1563S-026<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319 |
| 000142P001-1563S-026<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190 | 000160P001-1563S-026<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201 | 000161P001-1563S-026<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801 | 000045P001-1563S-026<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 |
| 000046P001-1563S-026<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | 000163P001-1563S-026<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH F<br>NEW YORK NY 10036 | 000164P001-1563S-026<br>KING & SPALDING LLP<br>THADDEUS D WILSON<br>1180 PEACHTREE ST.,NE<br>ATLANTA GA 30309 | 000092P001-1563S-026<br>KUMHO TIRE USA INC<br>SHAWN DENLEIN<br>133 PEACHTREE ST NE<br>STE 2800<br>ATLANTA GA 30303 |
| 000124P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207 | 000131P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST., STE 2200<br>SAN ANTONIO TX 78205 | 000047P001-1563S-026<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802 | 000048P001-1563S-026<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 |
| 000162P001-1563S-026<br>MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE<br>LAURA MOLLET,GENERAL COUNSEL<br>14401 PRINCETON AVE<br>MOORPARK CA 93021 | 000049P001-1563S-026<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022 | 000050P001-1563S-026<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698 | 000010P001-1563S-026<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 |

Case 24-12391-CTG  Doc 391  Filed 12/06/24  Page 14 of 18

American Tire Distributors, Inc., et al.
Federal Express Overnight
Exhibit Pages

Page # : 3 of 5                                                                                                 11/20/2024 11:37:00 AM

| | | | |
|---|---|---|---|
| 000104P002-1563S-026<br>MICROSOFT LICENSING GP<br>LEGAL AND CORPORATE AFFAIRS<br>TAMMY GARLICK<br>ONE MICROSOFT WAY<br>REDMOND WA 98052 | 000052P001-1563S-026<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 | 000053P001-1563S-026<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000054P001-1563S-026<br>MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 |
| 000055P001-1563S-026<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401 | 000117P001-1563S-026<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801 | 000154P001-1563S-026<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | 000155P001-1563S-026<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY |
| 000171P001-1563S-026<br>MUNSCH HARDT KOPF & HARR PC<br>DEBORAH M PERRY<br>500 N AKARD ST.,STE 4000<br>DALLAS TX 75201-6659 | 000056P001-1563S-026<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920 | 000135P001-1563S-026<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>JODY A BEDENBAUGH<br>MERIDIAN<br>1320 MAIN ST., 17TH FLOOR<br>COLUMBIA SC 29201 | 000057P001-1563S-026<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 |
| 000058P001-1563S-026<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397 | 000059P001-1563S-026<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000060P001-1563S-026<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 | 000061P001-1563S-026<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 |
| 000087P001-1563S-026<br>NEXEN TIRE<br>BRIAN HAN<br>21073 PATHFINDER RD<br>STE 100<br>DIAMOND BAR CA 91765 | 000146P002-1563S-026<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286 | 000086P001-1563S-026<br>NITTO TIRE USA INC<br>KEIKO BROCKEL<br>1900  ST ROCHESTER AVE<br>ONTARIO CA 91761 | 000093P001-1563S-026<br>NORTH AMERICAN COMMERCIAL TIRE RESOURCES<br>MARK LAMMLEIN<br>1441 SOUTH MAIN<br>NORTH CANTON OH 44720 |
| 000063P001-1563S-026<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040 | 000003P002-1563S-026<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000064P001-1563S-026<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | 000065P001-1563S-026<br>OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 |
| 000066P001-1563S-026<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096 | 000029P001-1563S-026<br>OTTERBOURG P.C.<br>CHAD B. SIMON<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075 | 000030P001-1563S-026<br>OTTERBOURG P.C.<br>DANIEL F. FIORILLO<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075 | 000110P001-1563S-026<br>OTTERBOURG P.C.<br>JAMES C. DREW<br>230 PARK AVENUE<br>NEW YORK NY 10169 |

Case 24-12391-CTG   Doc 391   Filed 12/06/24   Page 15 of 18

American Tire Distributors, Inc., et al.
Federal Express Overnight
Exhibit Pages

Page # : 4 of 5                                                                                              11/20/2024 11:37:00 AM

| | | | |
|---|---|---|---|
| 000118P001-1563S-026<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801 | 000159P001-1563S-026<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>JOSEPH M GRAHAM<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | 000067P001-1563S-026<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120 | 000128P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>MELISSA E VALDEZ<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON TX 77008 |
| 000139P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042 | 000141P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ELIZABETH BANDA CALVO<br>500 E BORDER ST., STE 640<br>ARLINGTON TX 76010 | 000111P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>M. BLAKE CLEARY<br>1313 NORTH MARKET STREET<br>WILMINGTON DE 19801 | 000112P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>L. KATHERINE GOOD<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801 |
| 000113P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>GREGORY J. FLASSER<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801 | 000114P001-1563S-026<br>POTTER ANDERSON & CORROON LLP<br>SAMEEN RIZVI<br>1313 N MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801 | 000096P001-1563S-026<br>REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFF LEPPERT<br>1765 N ELSTON AVE STE 216<br>CHICAGO IL 60642 | 000152P001-1563S-026<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801 |
| 000068P001-1563S-026<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000123P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000158P001-1563S-026<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000098P002-1563S-026<br>RYDER SYSTEM, INC<br>ROBERT D. FATOVIC<br>6000 WINDWARD PKWY<br>ALPHARETTA GA 30005 |
| 000149P001-1563S-026<br>RYDER TRUCK RENTAL INC<br>MICHAEL MANDELL<br>2333 PONCE DE LEON BLVD STE 700<br>CORAL GABLES FL 33134 | 000101P001-1563S-026<br>SAILUN USA<br>MR. YUAN<br>4406 MALONE RD<br>MEMPHIS TN 38118-7303 | 000115P001-1563S-026<br>SCHULTE ROTH & ZABEL LLP<br>REUBEN E DIZENGOFF,ESQ<br>919 THIRD AVENUE<br>NEW YORK NY 10022 | 000116P001-1563S-026<br>SCHULTE ROTH & ZABEL LLP<br>DOUGLAS S MINTZ,ESQ<br>555 13TH STREET,NW STE 6W<br>WASHINGTON DC 20004 |
| 000015P001-1563S-026<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000016P001-1563S-026<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000017P001-1563S-026<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000109P003-1563S-026<br>SHI INTERNATIONAL CORP<br>SCOTT BUNCHMAN<br>290 DAVIDSON AV<br>SOMERSET NJ 08873 |
| 000153P001-1563S-026<br>SIRLIN LESSER & BENSON P.C.<br>DANA S PLON,ESQ<br>123 SOUTH BROAD ST.,STE 2100<br>PHILADELPHIA PA 19109 | 000012P001-1563S-026<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRU<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000069P001-1563S-026<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000070P001-1563S-026<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501 |

American Tire Distributors, Inc., et al.
Federal Express Overnight
Exhibit Pages

Page # : 5 of 5                                                                                                                  11/20/2024 11:37:00 AM

| | | | |
|---|---|---|---|
| 000170P001-1563S-026<br>STRADLING YOCCA CARLSON & RAUTH<br>PAUL R GLASSMAN<br>10100 SANTA MONICA BLVD., STE 1450<br>LOS ANGELES CA 90067 | 000145P002-1563S-026<br>SUMITOMO RUBBER NORTH AMERICA INC<br>TOBY BEINER<br>8656 HAVEN AVE.<br>RANCHO CUCAMONGA CA 91730 | 000084P002-1563S-026<br>SUMITOMO RUBBER NORTH AMERICAN INC.<br>DARREN THOMAS<br>13649 VALLEY BLVD<br>FONTANA CA 92335 | 000106P001-1563S-026<br>SUTONG CHINA TIRE RESOURCES INC<br>NANCY ZHAO<br>33402 HEMPSTEAD HWY<br>STE A<br>HOCKLEY TX 77447 |
| 000166P001-1563S-026<br>SWANSON MARTIN & BELL LLP<br>CHARLES S STAHL JR.<br>2525 CABOT DRIVE STE 204<br>LISLE IL 60532 | 000072P001-1563S-026<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000147P001-1563S-026<br>THE CARLSTAR GROUP LLC<br>RANDY O'BANION<br>725 COOL SPRINGS BLVD STE 500<br>FRANKLIN TN 37067 | 000080P001-1563S-026<br>THE GOODYEAR TIRE AND RUBBER CO<br>RYAN WALDRON<br>200 INNOVATION WAY<br>AKRON OH 44316 |
| 000169P001-1563S-026<br>THE ROSNER LAW GROUP LLC<br>FREDERICK B ROSNER, ESQ<br>824 N MARKET ST.,STE 810<br>WILMINGTON DE 19801 | 000082P001-1563S-026<br>TOYO TIRE USA CORP<br>MIKE GRABER<br>5665 PLAZA DR STE 200<br>CYPRESS CA 90630 | 000005P001-1563S-026<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1563S-026<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 |
| 000019P001-1563S-026<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 | 000073P001-1563S-026<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320 | 000074P001-1563S-026<br>VERMONT ATTORNEY GENERAL<br>CHARITY R CLARK<br>PAVILLION OFFICE BLDG<br>109 STATE ST<br>MONTPELIER VT 05609-1001 | 000075P001-1563S-026<br>VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 |
| 000168P001-1563S-026<br>WELTMAN WEINBERG AND REIS CO.,LPA<br>SCOTT D FINK, AGENT<br>5990 WEST CREEK RD STE 200<br>INDEPENDENCE OH 44131 | 000077P001-1563S-026<br>WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | 000079P001-1563S-026<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 | 000099P001-1563S-026<br>YOKOHAMA TIRE CORP<br>JEFF BARNA<br>1 MACARTHUR PL STE 800<br>SANTA ANA CA 92707 |
| 000165P001-1563S-026<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801 | 000083P001-1563S-026<br>ZC RUBBER AMERICA INC<br>HENRY SHEN<br>661 BREA CANYON RD STE #7<br>WALNUT CA 91789 | 000091P001-1563S-026<br>ZHILIAN TRADING LIMITED (HTR)<br>YI YANG<br>7A-7B NO 9 NANJING RD<br>UNITED EDIFICE<br>QINGDAO<br>CHINA | |

Records Printed :  135

# EXHIBIT 3

American Tire Distributors, Inc., et al.
USPS Overnight Express
Exhibit Page

Page # : 1 of 1                                                                                                                      11/20/2024 11:37:42 AM

| | | | |
|---|---|---|---|
| 000013P001-1563S-026<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000094P002-1563S-026<br>BRIDGESTONE FIRESTONE INC<br>JOHN WELCH<br>PO BOX 73418<br>CHICAGO IL 60673-7418 | 000108P002-1563S-026<br>CROWN EQUIPMENT CORP<br>TOM KELLER<br>PO BOX 641173<br>CINCINNATI OH 45264-1173 | 000004P001-1563S-026<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 |
| 000107P002-1563S-026<br>FACILITYSOURCE LLC<br>MOLLY MACHOLD<br>3440 FLAIR DRIVE<br>LOCKBOX SERVICES 846847<br>EL MONTE CA 91731 | 000009P001-1563S-026<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000041P001-1563S-026<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000001P001-1563S-026<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000121P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>TARA L GRUNDEMEIER<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | 000127P001-1563S-026<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | 000018P001-1563S-026<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000126P001-1563S-026<br>MCCREARY VESELKA BRAGG & ALLEN P.C.<br>JULIE ANN PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 |
| 000088P002-1563S-026<br>MICHELIN NORTH AMERICA INC<br>LINDSAY RICCI & STEPHEN HOEFT<br>PO BOX 19001<br>GREENVILLE SC 29602-9001 | 000051P001-1563S-026<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212 | 000097P001-1563S-026<br>MICKEY THOMPSON<br>JOHN BODART<br>PO BOX 73437<br>CLEVELAND OH 44193 | 000138P001-1563S-026<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347 |
| 000151P001-1563S-026<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110 | 000102P003-1563S-026<br>NATIONAL UNION FIRE INSURANCE CO OF<br>PITTSBURGH PA<br>DAVID PERKINS<br>PO BOX 10472<br>NEWARK NJ 07193 | 000062P001-1563S-026<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000167P001-1563S-026<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 |
| 000136P001-1563S-026<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408 | 000085P001-1563S-026<br>PIRELLI TIRE LLC<br>CLAUDIO ZANARDO<br>LOCKBOX #27826<br>27826 NETWORK PL<br>CHICAGO IL 60673-1826 | 000156P001-1563S-026<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899 | 000071P001-1563S-026<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| 000095P001-1563S-026<br>THE CARLSTAR GROUP LLC<br>ROBB SMEDEMA<br>PO BOX 100929<br>PASADENA CA 91189-0930 | 000076P001-1563S-026<br>WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000078P001-1563S-026<br>WISCONSIN DEPT OF JUSTICE<br>BANKRUPTCY DEPT<br>17 WEST MAIN ST<br>PO BOX 7857<br>MADISON WI 53707 | |

Records Printed : 27