**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK   )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, LLC. ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 16th day of January 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

    i. *Order (I) Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Auditor to the Debtors Effective as of October 22, 2024 and (II) Granting Related Relief* (Docket No. 597);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

ii.   *Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* (Docket No. 598); and

iii.   *Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof* (Docket No 603),

via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; and via U.S. First Class mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 17th day of January 2025, New York, New York.

By_____
       Delicia A. Chung

Sworn before me this
17th day of January 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

2

# EXHIBIT 1

Electronic Mail
Exhibit Pages

000148P001-1563S-064
3PLOGIC LLC  D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS
JEFFREY LEPPERT
1765 N ELSTON AVE
CHICAGO IL 60642
JLEPPERT@REDWOODLOGISTICS.COM

000027P002-1563S-064
AKIN GUMP STRAUSS HAUER & FELD LLP
PHILIP C. DUBLIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
PDUBLIN@AKINGUMP.COM

000028P002-1563S-064
AKIN GUMP STRAUSS HAUER & FELD LLP
NAOMI MOSS
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
NMOSS@AKINGUMP.COM

000119P001-1563S-064
ALSTON & BIRD LLP
JACOB JOHNSON
1201 WEST PEACHTREE ST.,STE 4900
ATLANTA GA 30309
JACOB.JOHNSON@ALSTON.COM

000120P001-1563S-064
ALSTON & BIRD LLP
STEPHEN M BLANK
90 PARK AVENUE
NEW YORK NY 10016
STEPHEN.BLANK@ALSTON.COM

000183P001-1563S-064
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
GERARD.CATALANELLO@ALSTON.COM

000183P001-1563S-064
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
KIMBERLY.SCHIFFMAN@ALSTON.COM

000032P001-1563S-064
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000033P001-1563S-064
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000143P001-1563S-064
ASHBY & GEDDES P,A.
MICHAEL D DEBAECKE
500 DELAWARE AVE.,8TH FLOOR
WILMINGTON DE 19801
MDEBAECKE@ASHBYGEDDES.COM

000122P001-1563S-064
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
DALUZT@BALLARDSPAHR.COM

000122P001-1563S-064
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

000178P001-1563S-064
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000178P001-1563S-064
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000178P001-1563S-064
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
VESPERM@BALLARDSPAHR.COM

000179P001-1563S-064
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
HUBENB@BALLARDSPAHR.COM

000179P001-1563S-064
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
SIMONJM@BALLARDSPAHR.COM

000134P001-1563S-064
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
JHOOVER@BENESCHLAW.COM

000134P001-1563S-064
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
SWALSH@BENESCHLAW.COM

000172P001-1563S-064
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000180P001-1563S-064
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

000137P001-1563S-064
CHAFFETZ LINDSEY LLP
ALAN J LIPKIN
1700 BROADWAY, 33RD FLOOR
NEW YORK NY 10019
ALAN.LIPKIN@CHAFFETZLINDSEY.COM

000190P001-1563S-064
CLARK HILL PLC
KAREN M GRIVNER
824 N MARKET ST.,STE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

000191P001-1563S-064
CLARK HILL PLC
AUDREY L HORNISHER;TARA L BUSH
901 MAIN ST.,STE 6000
DALLAS TX 75202
AHORNISHER@CLARKHILL.COM

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000191P001-1563S-064<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>TBUSH@CLARKHILL.COM | 000035P001-1563S-064<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-064<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000176P001-1563S-064<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST.,20TH FLOOR<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM |
| 000144P001-1563S-064<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707<br>TODD.PEARCE@CONTI-NA.COM | 000125P001-1563S-064<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000188P001-1563S-064<br>Caiola & Rose, LLC<br>Kimberly Reeves, Esq.<br>125 Clairemont Ave., Suite 240<br>Decatur GA 30030<br>kimberly@caiolarose.com | 000014P001-1563S-064<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000037P001-1563S-064<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-064<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000174P001-1563S-064<br>DELIA GARZA,TRAVIS COUNTY ATTORNEY<br>JASON A STARKS, ASST COUNTY ATTORNEY<br>P O BOX 1748<br>AUSTIN TX 78767<br>JASON.STARKS@TRAVISCOUNTYTX.GOV | 000038P001-1563S-064<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV |
| 000184P001-1563S-064<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>CRAIG.MARTIN@US.DLAPIPER.COM | 000184P001-1563S-064<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>MATTHEW.SARNA@US.DLAPIPER.COM | 000185P001-1563S-064<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>DALE.CATHELL@US.DLAPIPER.COM | 000185P001-1563S-064<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM |
| 000150P001-1563S-064<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-064<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000129P001-1563S-064<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM | 000181P001-1563S-064<br>GIBSON DUNN & CRUTCHER LLP<br>KEITH R MARTORANA, ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KMARTORANA@GIBSONDUNN.COM |
| 000182P001-1563S-064<br>GIBSON DUNN & CRUTCHER LLP<br>SUZANNE SPAN, ESQ<br>3161 MICHELSON DRIVE STE 1200<br>IRVINE CA 92612<br>SSPAN@GIBSONDUNN.COM | 000133P001-1563S-064<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM | 000133P001-1563S-064<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM | 000157P001-1563S-064<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM |

Page # : 3 of 7                                                                                          01/16/2025 02:16:40 PM

---

000157P001-1563S-064
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
DENNIS.MELORO@GTLAW.COM

000130P001-1563S-064
HINCKLEY ALLEN & SNYDER LLP
JENNIFER V DORAN,ESQ
28 STATE STREET
BOSTON MA 02109
JDORAN@HINCKLEYALLEN.COM

000044P001-1563S-064
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

000044P001-1563S-064
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
CONSUMER@AG.IOWA.GOV

000142P001-1563S-064
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
HLENNOX@JONESDAY.COM

000142P001-1563S-064
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
OZELTNER@JONESDAY.COM

000142P001-1563S-064
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
NBUCHTA@JONESDAY.COM

000160P001-1563S-064
K & L GATES LLP
DAVID WEITMAN,ESQ
1717 MAIN ST.,STE 2800
DALLAS TX 75201
DAVID.WEITMAN@KLGATES.COM

000161P001-1563S-064
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM

000161P001-1563S-064
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
MATTHEW.GOELLER@KLGATES.COM

000189P003-1563S-064
KELLEY LAW FIRM
LALAH JOHNSON
201 N. HARWOOD ST.
DALLAS TX 75201
JOHNSON@KELLEYFIRM.COM

000163P001-1563S-064
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
MHANDLER@KSLAW.COM

000163P001-1563S-064
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
NBELLO@KSLAW.COM

000164P001-1563S-064
KING & SPALDING LLP
THADDEUS D WILSON
1180 PEACHTREE ST.,NE
ATLANTA GA 30309
THADWILSON@KSLAW.COM

000132P001-1563S-064
KIRKLAND AND ELLIS LLP
MELISSA MERTZ
601 LEXINGTON AVENUE
NEW YORK NY 10022
MELISSA.MERTZ@KIRKLAND.COM

000121P001-1563S-064
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
TARA L GRUNDEMEIER
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

000124P001-1563S-064
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000127P001-1563S-064
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

000131P001-1563S-064
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

000047P001-1563S-064
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000162P001-1563S-064
MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE
LAURA MOLLET,GENERAL COUNSEL
14401 PRINCETON AVE
MOORPARK CA 93021
LAURA.MOLLET@BIGBRANDTIRE.COM

000049P001-1563S-064
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000050P001-1563S-064
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000126P001-1563S-064
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

Page # : 4 of 7                                                                                                01/16/2025 02:16:40 PM

| | | | |
|---|---|---|---|
| 000051P001-1563S-064<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000055P001-1563S-064<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000117P001-1563S-064<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM | 000117P001-1563S-064<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>JLEVIN@MORRISJAMES.COM |
| 000138P001-1563S-064<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>CMILLER@MORRISNICHOLS.COM | 000138P001-1563S-064<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>APARK@MORRISNICHOLS.COM | 000154P001-1563S-064<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>LMARINUZZI@MOFO.COM | 000154P001-1563S-064<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DMANNAL@MOFO.COM |
| 000154P001-1563S-064<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>TFOUDY@MOFO.COM | 000155P002-1563S-064<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>BBUTTERFIELD@MOFO.COM | 000155P002-1563S-064<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>RFERRAIOLI@MOFO.COM | 000155P002-1563S-064<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DSMOLARSKI@MOFO.COM |
| 000171P001-1563S-064<br>MUNSCH HARDT KOPF & HARR PC<br>DEBORAH M PERRY<br>500 N AKARD ST.,STE 4000<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM | 000151P001-1563S-064<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HCFL.GOV | 000151P001-1563S-064<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>STROUPJ@HCFL.GOV | 000151P001-1563S-064<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>CONNORSA@HCFL.GOV |
| 000056P001-1563S-064<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 000135P001-1563S-064<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>JODY A BEDENBAUGH<br>MERIDIAN<br>1320 MAIN ST., 17TH FLOOR<br>COLUMBIA SC 29201<br>JODY.BEDENBAUGH@NELSONMULLINS.COM | 000057P001-1563S-064<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000058P001-1563S-064<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV |
| 000146P002-1563S-064<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>DONGWOO.KIM@NEXENTIRE.COM | 000146P002-1563S-064<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>PETERP@NEXENTIRE.COM | 000063P001-1563S-064<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV | 000167P001-1563S-064<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>ROMA.DESAI@OAG.TEXAS.GOV |

Electronic Mail
Exhibit Pages

01/16/2025 02:16:40 PM

---

000167P001-1563S-064
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-064
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000003P002-1563S-064
OFFICE OF THE US TRUSTEE
RICHARD L. SCHEPACARTER
844 KING ST
STE 2207
WILMINGTON DE 19801
RICHARD.SCHEPACARTER@USDOJ.GOV

000173P001-1563S-064
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
LHILTON@ONELLP.COM

000173P001-1563S-064
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
RHUNT@ONELLP.COM

000066P001-1563S-064
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-064
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-064
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

000110P001-1563S-064
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-064
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-064
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-064
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-064
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-064
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-064
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1563S-064
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-064
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-064
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-064
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-064
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-064
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-064
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

000152P001-1563S-064
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-064
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

Page # : 6 of 7

01/16/2025 02:16:40 PM

---

000123P001-1563S-064
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-064
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-064
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-064
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-064
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000149P001-1563S-064
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

000156P002-1563S-064
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000156P002-1563S-064
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
TURNER.FALK@SAUL.COM

000156P002-1563S-064
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
NICHOLAS.SMARGIASSI@SAUL.COM

000115P001-1563S-064
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-064
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-064
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-064
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000187P001-1563S-064
SINGER & LEVICK P.C.
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD,.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000153P001-1563S-064
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-064
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000175P001-1563S-064
SQUIRE PATTON BOGGS (US) LLP
MARK A SALZBERG
2550 M ST.,NW
WASHINGTON DC 20037
MARK.SALZBERG@SQUIREPB.COM

000170P001-1563S-064
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-064
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNATIRE.COM

000166P001-1563S-064
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

000147P001-1563S-064
THE CARLSTAR GROUP LLC
RANDY O'BANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000169P001-1563S-064
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-064
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-064
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

American Tire Distributors, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 7 of 7                                                                01/16/2025 02:16:40 PM

000074P001-1563S-064
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-064
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000177P001-1563S-064
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
MMUELLER@WILLIAMSMULLEN.COM

000177P001-1563S-064
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JMCLEMORE@WILLIAMSMULLEN.COM

000177P001-1563S-064
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JVANTINE@WILLIAMSMULLEN.COM

000078P001-1563S-064
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000186P001-1563S-064
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000186P001-1563S-064
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
MARCY.SMITH@WBD-US.COM

000165P001-1563S-064
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

000165P001-1563S-064
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
KGUERKE@YCST.COM

000165P001-1563S-064
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
RLAMB@YCST.COM

Records Printed :  **155**

**EXHIBIT 2**

**American Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 1 of 2                                                                                                01/16/2025 02:20:44 PM

| | | | |
|---|---|---|---|
| 000031P001-1563S-064<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000013P001-1563S-064<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000034P001-1563S-064<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000008P001-1563S-064<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000006P001-1563S-064<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1563S-064<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000039P001-1563S-064<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000009P001-1563S-064<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000040P001-1563S-064<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000041P001-1563S-064<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000042P001-1563S-064<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000043P001-1563S-064<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| 000001P001-1563S-064<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1563S-064<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000045P001-1563S-064<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000046P001-1563S-064<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 |
| 000048P001-1563S-064<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 000018P001-1563S-064<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000010P001-1563S-064<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000052P001-1563S-064<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000053P001-1563S-064<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000054P001-1563S-064<br>MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | 000059P001-1563S-064<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000060P001-1563S-064<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 |
| 000061P001-1563S-064<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000062P001-1563S-064<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000064P001-1563S-064<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | 000065P001-1563S-064<br>OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 |

**American Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                                01/16/2025 02:20:44 PM

| | | | |
|---|---|---|---|
| 000068P001-1563S-064<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000015P001-1563S-064<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000012P001-1563S-064<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000069P001-1563S-064<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 |
| 000071P001-1563S-064<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000072P001-1563S-064<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000011P001-1563S-064<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000019P001-1563S-064<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 |
| 000075P001-1563S-064<br>VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000076P001-1563S-064<br>WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000077P001-1563S-064<br>WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | 000079P001-1563S-064<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 |

Records Printed : **40**