**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                      Chapter **11**

                                                            Case No. **24**-**12391** (**CTG**)

Debtor: **American Tire Distributors, Inc., et al.**

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **David F. Mills (N.C. State Bar No. 18326)**

to represent **Pinecrest Development Company; GAT Real Estate, LLC**

in this action.

**/s/ Kate Roggio Buck**

Firm Name: McCarter & English, LLP
Address: Renaissance Centre
405 N King Street, 8th Floor
Wilmington, DE 19801
Phone: (302) 984-6323
Email: kbuck@mccarter.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **North Carolina** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

**/S/ David F. Mills**

Firm Name: Narron Wenzel, PA
Address: 102 S Third Street
PO Box 1567
Phone: Smithfield, NC 27577
Email: (919) 578-6709
dmills@narronwenzel.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105