**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Delicia A. Chung, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, LLC ("<u>DRC</u>"), 48 Wall Street, New York, NY 10005.

3.  On the 28th day of January 2025, <u>DRC</u>, acting under my supervision, caused to serve, a true and accurate copy of the *Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* (Docket No. 666), via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 2</u>; via U.S. Postal Overnight Express delivery upon the parties as set forth in <u>Exhibit 3</u>; and via U.S. First Class mail upon the parties as set forth in <u>Exhibit 4</u>, attached hereto.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

4.  On the 29th day of January 2025, <u>DRC</u>, acting under my supervision, caused to serve, a true and accurate copy of the *Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* (Docket No. 666), via electronic mail upon the parties as set forth in <u>Exhibit 5</u>; via Federal Express Priority Overnight delivery upon the parties as set forth in <u>Exhibit 6</u>; and via U.S. Postal Overnight Express delivery upon the parties as set forth in <u>Exhibit 7</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 30th day of January 2025, New York, New York.

By _____

Delicia A. Chung

Sworn before me this
30th day of January 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: _September 14, 2025_

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000148P001-1563S-073<br>3PLOGIC LLC  D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFFREY LEPPERT<br>1765 N ELSTON AVE<br>CHICAGO IL 60642<br>JLEPPERT@REDWOODLOGISTICS.COM | 000027P002-1563S-073<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>PDUBLIN@AKINGUMP.COM | 000028P002-1563S-073<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>NMOSS@AKINGUMP.COM | 104080P001-1563A-073<br>ALCHEMY WORX (SELLUP)<br>166 5TH AVE<br>NEW YORK NY 10010<br>JCLARK@ALCHEMYWORX.COM |
| 000119P001-1563S-073<br>ALSTON & BIRD LLP<br>JACOB JOHNSON<br>1201 WEST PEACHTREE ST.,STE 4900<br>ATLANTA GA 30309<br>JACOB.JOHNSON@ALSTON.COM | 000120P001-1563S-073<br>ALSTON & BIRD LLP<br>STEPHEN M BLANK<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>STEPHEN.BLANK@ALSTON.COM | 000183P001-1563S-073<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>GERARD.CATALANELLO@ALSTON.COM | 000183P001-1563S-073<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>KIMBERLY.SCHIFFMAN@ALSTON.COM |
| 000032P001-1563S-073<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000401P001-1563A-073<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000033P001-1563S-073<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000402P001-1563A-073<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV |
| 000143P001-1563S-073<br>ASHBY & GEDDES P.A.<br>MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>WILMINGTON DE 19801<br>MDEBAECKE@ASHBYGEDDES.COM | 104083P001-1563A-073<br>ATIDIV (LOFT GROUP)<br>3315 COLLINS AVE APT 4D<br>MIAMI BEACH FL 33140<br>KOMAL.PALAN@ATIDIV.COM | 000122P001-1563S-073<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>DALUZT@BALLARDSPAHR.COM | 000122P001-1563S-073<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM |
| 000178P001-1563S-073<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000178P001-1563S-073<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000178P001-1563S-073<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>VESPERM@BALLARDSPAHR.COM | 000179P001-1563S-073<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>HUBENB@BALLARDSPAHR.COM |
| 000179P001-1563S-073<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>SIMONJM@BALLARDSPAHR.COM | 104088P001-1563A-073<br>BEDIGITAL<br>PENDYRIS ST<br>CARDIFF CF11 6BH<br>UNITED KINGDOM<br>FINANCE@BEDIGITALUK.COM | 000134P001-1563S-073<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>JHOOVER@BENESCHLAW.COM | 000134P001-1563S-073<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>SWALSH@BENESCHLAW.COM |

Case 24-12391-CTG American Tire Distributors, et al. Doc 669 Filed 01/30/25 Page 5 of 25

Electronic Mail
Exhibit Pages

Page # : 2 of 9

01/28/2025 09:08:19 PM

000172P001-1563S-073
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000180P001-1563S-073
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

000197P001-1563S-073
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
425 MARKET ST.,STE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000137P001-1563S-073
CHAFFETZ LINDSEY LLP
ALAN J LIPKIN
1700 BROADWAY, 33RD FLOOR
NEW YORK NY 10019
ALAN.LIPKIN@CHAFFETZLINDSEY.COM

000190P001-1563S-073
CLARK HILL PLC
KAREN M GRIVNER
824 N MARKET ST.,STE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

000191P001-1563S-073
CLARK HILL PLC
AUDREY L HORNISHER;TARA L BUSH
901 MAIN ST.,STE 6000
DALLAS TX 75202
AHORNISHER@CLARKHILL.COM

000191P001-1563S-073
CLARK HILL PLC
AUDREY L HORNISHER;TARA L BUSH
901 MAIN ST.,STE 6000
DALLAS TX 75202
TBUSH@CLARKHILL.COM

000035P001-1563S-073
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000404P001-1563A-073
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000036P001-1563S-073
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000405P001-1563A-073
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000176P001-1563S-073
CONNOLLY GALLAGHER LLP
JEFFREY C WISLER
1201 NORTH MARKET ST.,20TH FLOOR
WILMINGTON DE 19801
JWISLER@CONNOLLYGALLAGHER.COM

000144P001-1563S-073
CONTINENTAL TIRE THE AMERICAS LLC
TODD S PEARCE
1830 MACMILLAN PARK DRIVE
FORT MILL SC 29707
TODD.PEARCE@CONTI-NA.COM

000125P001-1563S-073
COZEN OCONNOR
JOHN T CARROLL III
1201 N MARKET ST STE 1001
WILMINGTON DE 19801
JCARROLL@COZEN.COM

000188P001-1563S-073
Caiola & Rose, LLC
Kimberly Reeves, Esq.
125 Clairemont Ave., Suite 240
Decatur GA 30030
kimberly@caiolarose.com

000014P001-1563S-073
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000037P001-1563S-073
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000406P001-1563A-073
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000004P001-1563S-073
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000174P001-1563S-073
DELIA GARZA,TRAVIS COUNTY ATTORNEY
JASON A STARKS, ASST COUNTY ATTORNEY
P O BOX 1748
AUSTIN TX 78767
JASON.STARKS@TRAVISCOUNTYTX.GOV

000038P001-1563S-073
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000407P001-1563A-073
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000184P001-1563S-073
DLA PIPER LLP (US)
R CRAIG MARTIN;MATTHEW S SARNA
1201 NORTH MARKET ST.,STE 2100
WILMINGTON DE 19801
CRAIG.MARTIN@US.DLAPIPER.COM

000184P001-1563S-073
DLA PIPER LLP (US)
R CRAIG MARTIN;MATTHEW S SARNA
1201 NORTH MARKET ST.,STE 2100
WILMINGTON DE 19801
MATTHEW.SARNA@US.DLAPIPER.COM

000185P001-1563S-073
DLA PIPER LLP (US)
DALE K CATHELL;VIRGINIA R CALLAHAN
650 SOUTH EXETER ST.,STE 1100
BALTIMORE MD 21202
DALE.CATHELL@US.DLAPIPER.COM

000185P001-1563S-073
DLA PIPER LLP (US)
DALE K CATHELL;VIRGINIA R CALLAHAN
650 SOUTH EXETER ST.,STE 1100
BALTIMORE MD 21202
VIRGINIA.CALLAHAN@US.DLAPIPER.COM

000150P001-1563S-073
FACILITYSOURCE LLC DBA CBRE RETAIL
MOLLY MACHOLD,LEAD SENIOR COUNSEL
2575 E CAMELBACK RD STE 500
PHOENIX AZ 85016
MOLLY.MACHOLD@CBRE.COM

105360P002-1563A-073
FACTOR SYSTEMS INC DBA BILLTRUST
AGI HONOR
11D SOUTH GOLD DR
HAMILTON NJ 08691
ACCOUNTSRECEIVABLE@BILLTRUST.COM

000129P001-1563S-073
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON;JOSEPH N ARGENTINA JR
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
PATRICK.JACKSON@FAEGREDRINKER.COM

000129P001-1563S-073
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON;JOSEPH N ARGENTINA JR
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
JOSEPH.ARGENTINA@FAEGREDRINKER.COM

104102P001-1563A-073
FIRST ORION
500 PRESIDENT CLINTON AVE
LITTLE ROCK AR 72201
ACCOUNTING@FIRSTORION.COM

104103P001-1563A-073
GECKOBYTECOM INC
(DBA FITMENT GROUP)
208 E SUPERIOR ST
DULUTH MN 55802
DEANNA@FITMENTGROUP.COM

000181P001-1563S-073
GIBSON DUNN & CRUTCHER LLP
KEITH R MARTORANA, ESQ
200 PARK AVENUE
NEW YORK NY 10166
KMARTORANA@GIBSONDUNN.COM

000182P001-1563S-073
GIBSON DUNN & CRUTCHER LLP
SUZANNE SPAN, ESQ
3161 MICHELSON DRIVE STE 1200
IRVINE CA 92612
SSPAN@GIBSONDUNN.COM

000133P001-1563S-073
GOULSTON & STORRS PC
DOUGLAS B ROSNER; TAYLOR DIAS
ONE POST OFFICE SQUARE, 25TH FLOOR
BOSTON MA 02109
DROSNER@GOULSTONSTORRS.COM

000133P001-1563S-073
GOULSTON & STORRS PC
DOUGLAS B ROSNER; TAYLOR DIAS
ONE POST OFFICE SQUARE, 25TH FLOOR
BOSTON MA 02109
TDIAS@GOULSTONSTORRS.COM

000157P001-1563S-073
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
ANTHONY.CLARK@GTLAW.COM

000157P001-1563S-073
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
DENNIS.MELORO@GTLAW.COM

000130P001-1563S-073
HINCKLEY ALLEN & SNYDER LLP
JENNIFER V DORAN,ESQ
28 STATE STREET
BOSTON MA 02109
JDORAN@HINCKLEYALLEN.COM

104107P001-1563A-073
ID ME
8280 GREENSBORO DR STE 800
MCLEAN VA 22102
NUMAN.SIDDIQUI@ID.ME

041909P002-1563A-073
INTERPACK SYSTEMS
ROBERT GLENN YEAKLEY II
5215 SIMPSON FERRY RD
MECHANICSBURG PA 17050
INTERPACK@INTERPACKUSA.COM

000044P001-1563S-073
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

000044P001-1563S-073
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
CONSUMER@AG.IOWA.GOV

000413P001-1563A-073
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

000413P001-1563A-073
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
CONSUMER@AG.IOWA.GOV

000142P001-1563S-073
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
HLENNOX@JONESDAY.COM

000142P001-1563S-073
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
OZELTNER@JONESDAY.COM

000142P001-1563S-073
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
NBUCHTA@JONESDAY.COM

Case 24-12391-CTG Doc 669 Filed 01/30/25 American Tire Distributors, et al. Page 7 of 25

Electronic Mail

Exhibit Pages

01/28/2025 09:08:19 PM

---

104110P001-1563A-073
JUDITH BYERS
52 CAROLIN RD
MONTCLAIR NJ 07043
JBYERS@TIREBUYER.COM

000160P001-1563S-073
K & L GATES LLP
DAVID WEITMAN,ESQ
1717 MAIN ST.,STE 2800
DALLAS TX 75201
DAVID.WEITMAN@KLGATES.COM

000161P001-1563S-073
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM

000161P001-1563S-073
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
MATTHEW.GOELLER@KLGATES.COM

000189P003-1563S-073
KELLEY LAW FIRM
LALAH JOHNSON
201 N. HARWOOD ST.
DALLAS TX 75201
JOHNSON@KELLEYFIRM.COM

000163P001-1563S-073
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
MHANDLER@KSLAW.COM

000163P001-1563S-073
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
NBELLO@KSLAW.COM

000164P001-1563S-073
KING & SPALDING LLP
THADDEUS D WILSON
1180 PEACHTREE ST.,NE
ATLANTA GA 30309
THADWILSON@KSLAW.COM

000132P001-1563S-073
KIRKLAND AND ELLIS LLP
MELISSA MERTZ
601 LEXINGTON AVENUE
NEW YORK NY 10022
MELISSA.MERTZ@KIRKLAND.COM

000121P001-1563S-073
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
TARA L GRUNDEMEIER
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

000124P001-1563S-073
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000127P001-1563S-073
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

000131P001-1563S-073
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

000047P001-1563S-073
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000416P001-1563A-073
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000162P001-1563S-073
MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE
LAURA MOLLET,GENERAL COUNSEL
14401 PRINCETON AVE
MOORPARK CA 93021
LAURA.MOLLET@BIGBRANDTIRE.COM

000049P001-1563S-073
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000418P001-1563A-073
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000050P001-1563S-073
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000419P001-1563A-073
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000196P001-1563S-073
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000196P001-1563S-073
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
MZARE@MCCARTER.COM

000126P001-1563S-073
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

000051P001-1563S-073
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

Case 24-12391-CTG American Tire Distributors, Inc. et al. Doc 669 Filed 01/30/25 Page 8 of 25

Electronic Mail
Exhibit Pages

Page # : 5 of 9

01/28/2025 09:08:19 PM

000420P001-1563A-073
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000055P001-1563S-073
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000424P001-1563A-073
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000117P001-1563S-073
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000117P001-1563S-073
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000138P001-1563S-073
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
CMILLER@MORRISNICHOLS.COM

0001138P001-1563S-073
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
APARK@MORRISNICHOLS.COM

000154P001-1563S-073
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
LMARINUZZI@MOFO.COM

000154P001-1563S-073
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
DMANNAL@MOFO.COM

000154P001-1563S-073
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
TFOUDY@MOFO.COM

000155P002-1563S-073
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
BBUTTERFIELD@MOFO.COM

000155P002-1563S-073
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
RFERRAIOLI@MOFO.COM

000155P002-1563S-073
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
DSMOLARSKI@MOFO.COM

000171P001-1563S-073
MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

031829P001-1563A-073
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

000151P001-1563S-073
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HCFL.GOV

000151P001-1563S-073
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
STROUPJ@HCFL.GOV

000151P001-1563S-073
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
CONNORS.A@HCFL.GOV

000195P001-1563S-073
NARRON WENZEL P.A.
DAVID F MILLS,ESQ
102 S THIRD ST
P O BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000056P001-1563S-073
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

000425P001-1563A-073
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

000135P001-1563S-073
NELSON MULLINS RILEY & SCARBOROUGH LLP
JODY A BEDENBAUGH
MERIDIAN
1320 MAIN ST., 17TH FLOOR
COLUMBIA SC 29201
JODY.BEDENBAUGH@NELSONMULLINS.COM

000057P001-1563S-073
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000426P001-1563A-073
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

Case 24-12391-CTG American Tire Distributors, Inc. et al. Doc 669 Filed 01/30/25 Page 9 of 25

Electronic Mail
Exhibit Pages

Page # : 6 of 9

01/28/2025 09:08:19 PM

000058P001-1563S-073
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000427P001-1563A-073
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000146P002-1563S-073
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
DONGWOO.KIM@NEXENTIRE.COM

000146P002-1563S-073
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
PETERP@NEXENTIRE.COM

000063P001-1563S-073
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000432P001-1563A-073
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000167P001-1563S-073
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV

000167P001-1563S-073
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-073
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000003P002-1563S-073
OFFICE OF THE US TRUSTEE
RICHARD L. SCHEPACARTER
844 KING ST
STE 2207
WILMINGTON DE 19801
RICHARD.SCHEPACARTER@USDOJ.GOV

000173P001-1563S-073
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
LHILTON@ONELLP.COM

000173P001-1563S-073
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
RHUNT@ONELLP.COM

000066P001-1563S-073
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000435P001-1563A-073
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-073
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-073
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

000110P001-1563S-073
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-073
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-073
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-073
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-073
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000436P001-1563A-073
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-073
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-073
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

---

000139P001-1563S-073
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-073
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-073
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-073
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-073
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-073
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-073
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

104115P001-1563A-073
RAKUTEN - CARD LINKED OFFER NETWORK
PO BOX 415613
BOSTON MA 02241-5613
RAKUTEN@HIGHRADIUS.COM

000152P001-1563S-073
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-073
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

000123P001-1563S-073
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-073
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-073
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-073
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-073
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000149P001-1563S-073
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

000156P001-1563S-073
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000156P002-1563S-073
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
TURNER.FALK@SAUL.COM

000156P002-1563S-073
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
NICHOLAS.SMARGIASSI@SAUL.COM

000115P001-1563S-073
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-073
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-073
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-073
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000187P001-1563S-073
SINGER & LEVICK P.C.
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,.STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000153P001-1563S-073
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-073
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000439P001-1563A-073
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000175P001-1563S-073
SQUIRE PATTON BOGGS (US) LLP
MARK A SALZBERG
2550 M ST.,NW
WASHINGTON DC 20037
MARK.SALZBERG@SQUIREPB.COM

000170P001-1563S-073
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-073
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNTIRE.COM

000166P001-1563S-073
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

104125P001-1563A-073
TECHPODS JSC
31 ALEKSANDAR MALINOV BLVD
SOFIA
SOFIA CITY PROVINCE  1729
BULGARIA
BEN@TECHPODS.CO

000147P001-1563S-073
THE CARLSTAR GROUP LLC
RANDY O'BANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000169P001-1563S-073
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-073
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-073
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000442P001-1563A-073
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

104128P001-1563A-073
VALUELABS
OFFICE 418 419 420 BLDG A4
DUBAI  503037
UNITED ARAB EMIRATES
INVOICING@VALUELABS.COM

000074P001-1563S-073
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000443P001-1563A-073
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-073
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000177P001-1563S-073
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
MMUELLER@WILLIAMSMULLEN.COM

000177P001-1563S-073
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JMCLEMORE@WILLIAMSMULLEN.COM

000177P001-1563S-073
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JVANTINE@WILLIAMSMULLEN.COM

000078P001-1563S-073
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000447P001-1563A-073
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000186P001-1563S-073
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000186P001-1563S-073
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
MARCY.SMITH@WBD-US.COM

American Tire Distributors, Inc., et al

**Electronic Mail**
**Exhibit Pages**

01/28/2025 09:08:19 PM

---

| | | | |
|---|---|---|---|
| 000165P001-1563S-073 | 000165P001-1563S-073 | 000165P001-1563S-073 | 104132P001-1563A-073 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP | ZENDESK - CUSTOMER SVC |
| KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB | KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB | KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB | 1019 MARKET ST |
| 1000 NORTH KING ST | 1000 NORTH KING ST | 1000 NORTH KING ST | SAN FRANCSICO CA 94103 |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 | WILMINGTON DE 19801 | AR@ZENDESK.COM |
| BANKFILINGS@YCST.COM | KGUERKE@YCST.COM | RLAMB@YCST.COM | |

Records Printed :   **196**

# EXHIBIT 2

American Tire Distributors, Inc., et al.
**Federal Express Overnight**
**Exhibit Page**

041268P001-1563A-073
ACCU-TIME SYSTEMS INC
89 WEST RD STE 5
ELLINGTON CT 06029

043048P001-1563A-073
BALANCED IMPACT
900 BROADWAY
OFFICE 706
NEW YORK NY 10003

043232P001-1563A-073
CORPTAX
2100 E LAKE COOK RD
BUFFALO GROVE IL 60089

043242P001-1563A-073
CYBERSOURCE CORP
1295 CHARLESTON RD
MOUNTAIN VIEW CA 94043

105285P001-1563A-073
DELOITTE TAX LLP
111 SOUTH WACKER
CHICAGO IL 60606

105285S001-1563A-073
DELOITTE TAX LLP
30 ROCKEFELLER PLAZA, 41ST FL
NEW YORK NY 10112

041667P001-1563A-073
E4E RELIEF LLC
220 NORTH TRYON ST
CHARLOTTE NC 28202

041670P001-1563A-073
EAGLES FLIGHT OF AMERICA, INC
7600 PARKLAWN AVE STE 408
EDINA MN 55435

041714P001-1563A-073
FACTOR SYSTEMS INC
DBA BILL TRUST
75  REMITTANCE DR DEPT 1394
CHICAGO IL 60675-1394

104100P001-1563A-073
FEEDONOMICS
21011 WARNER CTR LN STE A
WOODLAND HILLS CA 91367

041845P001-1563A-073
HCC LIFE INSURANCE CO
225 TOWNPARK DR
STE 350
KENNESAW GA 30144

042124P001-1563A-073
MERIT ANALYTICS GROUP LLC
425 EAST 58TH ST
3C
NEW YORK NY 10022

043355P001-1563A-073
MONDAYCOM
6 YITZHAK SADEH ST
TEL AVIV  6777506
ISRAEL

042220S001-1563A-073
OGLETREE, DEAKINS, NASH, SMOAK
FIRST BASE BUILDING
2142 BOYCE STREET, STE 401
COLUMBIA SC 29201

104114P001-1563A-073
PURCHASING POWER
2727 PACES FERRY RD
ATLANTA GA 30339

104117P001-1563A-073
RAKUTEN - PLATFORM FEE
800 CONCAR DR
SAN MATEO CA 94402

042461P001-1563A-073
SHARP BUSINESS SYSTESM OF NC/VA
4404 STUART ANDREW BLVD
CHARLOTTE NC 28217

104126P001-1563A-073
TECHPODS JSC
HUCKLETREE WEST 191 WOOD LN WHITE CITY
LONDON  W12 7FP
UNITED KINGDOM

104133P001-1563A-073
ZENDESK - IT
181 S FREMONT ST
SAN FRANCISCO CA 94105

Records Printed :   **19**

# EXHIBIT 3

**American Tire Distributors, Inc., et al.**
**USPS Overnight Express**
**Exhibit Page**

01/28/2025 01:58:46 PM

041804P001-1563A-073
GOTO TECHNOLOGIES USA, INC
PO BOX 50264
LOS ANGELES CA 90074-0264

042220P001-1563A-073
OGLETREE, DEAKINS, NASH, SMOAK
AND STEWART, PC
PO BOX 89
COLUMBIA SC 29202

042633P001-1563A-073
THOMSON REUTERS TAX AND ACCOUNTING INC
PO BOX 6016
CAROL STREAM IL 60197-6016

042694P001-1563A-073
U C CONSULTANTS
PO BOX 90248
NASHVILLE TN 37209

042769P001-1563A-073
WEX HEALTH, INC
PO BOX 9528
FARGO ND 58106-9528

Records Printed :  **5**

**EXHIBIT 4**

**American Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 1 of 2        01/28/2025 09:12:24 PM

---

000031P001-1563S-073
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000013P001-1563S-073
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000034P001-1563S-073
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000008P001-1563S-073
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1563S-073
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1563S-073
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000039P001-1563S-073
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000009P001-1563S-073
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000040P001-1563S-073
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

000041P001-1563S-073
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000042P001-1563S-073
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000043P001-1563S-073
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000001P001-1563S-073
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1563S-073
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000045P001-1563S-073
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000046P001-1563S-073
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000048P001-1563S-073
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

000018P001-1563S-073
MASSACHUSETTS DEPT OF REVENUE
COLLECTIONS BUREAU/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090

000010P001-1563S-073
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000052P001-1563S-073
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000053P001-1563S-073
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000054P001-1563S-073
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

000059P001-1563S-073
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000060P001-1563S-073
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000061P001-1563S-073
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000062P001-1563S-073
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

000064P001-1563S-073
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

000065P001-1563S-073
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

**American Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

01/28/2025 09:12:24 PM

| | | | |
|---|---|---|---|
| 000068P001-1563S-073<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000015P001-1563S-073<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000012P001-1563S-073<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000069P001-1563S-073<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 |
| 000071P001-1563S-073<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000072P001-1563S-073<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000011P001-1563S-073<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000019P001-1563S-073<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 |
| 000075P001-1563S-073<br>VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000076P001-1563S-073<br>WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000077P001-1563S-073<br>WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | 000079P001-1563S-073<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 |

Records Printed : **40**

**EXHIBIT 5**

**Electronic Mail**
**Exhibit Page**

| | | | |
|---|---|---|---|
| 105370P001-1563A-073A | 105379P001-1563A-073A | 105368P001-1563A-073A | 105371P001-1563A-073A |
| CORPORATE SPORT INC | E4E | EGENCIA | FEDERATED AUTO PARTS DISTRIBUTORS |
| GEORGIA MATTHEWS | KRISTEN CAFARELLA | DAN DOMANIK | BOB RESCO |
| 9119 CHURCH ST | 101 S TRYON ST 2900 | 666 THIRD AVE 4TH FL | PO BOX 2248 |
| MANASSAS VA 20110 | CHARLOTTE NC 28280 | NEW YORK NY 10017 | STAUNTON VA 24402-2248 |
| GMATTHEWS@PULSEEXPERIENTIAL.COM | KCAFARELLA@E4ERELIEF.ORG | DDOMANIK@EGENCIA.COM | BOB.RESCO@FEDERATEDAUTOPARTS.COM |

| | | | |
|---|---|---|---|
| 105369P001-1563A-073A | 043302P002-1563A-073A | 105378P001-1563A-073A | 105381P001-1563A-073A |
| FORBES | INDEED INC | NORTON LIFELOCK | OPS (OVERALL PARTS) |
| WILLIAM HOSINSKI | BRIAN JOHNSON | LOUIS J. PANTALONE | JACKIE STEVENS |
| 499 WASHINGOTN BLVD | 177 BORAD ST | 60 E RIO SALADO PKWY STE 1000 | 3600 EMBASSY PKWY |
| JERSEY CITY NJ 07310 | STAMFORD CT 06901 | TEMPE AZ 85281 | FAIRLAWN OH 44333 |
| WHOSINSKI@FORBES.COM | BRIAN.JOHNSON@GLASSDOOR.COM | LOU.PANTALONE@AON.COM | AR@OECONNECTION.COM |

Records Printed :  **8**

# EXHIBIT 6

American Tire Distributors, Inc., et al.
Federal Express Overnight
Exhibit Page

Page # : 1 of 1                                                                                    01/29/2025 12:57:03 PM

105391P001-1563A-073A
ABS
10170 CHURCH RANCH WAY UNIT 320
WESTMINSTER CO 80021

105382P001-1563A-073A
AFTERMARKET AUTO PARTS ALLIANCE INC
2706 TREBLE CREEK
SAN ANTONIO TX 78258-4496

105383P001-1563A-073A
AXA XL
70 SEAVIEW AVE
STAMFORD CT 06902

105370P001-1563A-073A
CORPORATE SPORT INC
GEORGIA MATTHEWS
9119 CHURCH ST
MANASSAS VA 20110

105384P001-1563A-073A
DNB
5335 GATE PAKWY
JACKSONVILLE FL 32256

105379P001-1563A-073A
E4E
KRISTEN CAFARELLA
101 S TRYON ST 2900
CHARLOTTE NC 28280

105368P001-1563A-073A
EGENCIA
DAN DOMANIK
666 THIRD AVE 4TH FL
NEW YORK NY 10017

105385P001-1563A-073A
EMPLOYEE RELIEF FUND AGREEMENT
220 NORTH TRYON ST
CHARLOTTE NC 28202

105386P001-1563A-073A
FEDERATED AUTO PARTS
508 GREENVILLE
STAUNTON VA 24401

105369P001-1563A-073A
FORBES
WILLIAM HOSINSKI
499 WASHINGOTN BLVD
JERSEY CITY NJ 07310

105388P001-1563A-073A
GILBERTS AIR SPECIALISTS
710 N POST OAK RD STE 400V
HOUSTON TX 77024

105380P001-1563A-073A
HCC LIFE INSURANCE
GRETCHEN SHRADER
225 TOWNPARK DR STE 350
KENNESAW GA 30144

043302P002-1563A-073A
INDEED INC
BRIAN JOHNSON
177 BORAD ST
STAMFORD CT 06901

105374P001-1563A-073A
JELLY VISION LAB INC
JAY SINDER
848 W EASTMAN ST STE 104
CHICAGO IL 60642

105373P001-1563A-073A
EDWARD JONES
STACY HISMAN
2555 MANCHESTER Rd
ST. LOUI MO 63131

105378P001-1563A-073A
NORTON LIFELOCK
LOUIS J. PANTALONE
60 E RIO SALADO PKWY STE 1000
TEMPE AZ 85281

105387P001-1563A-073A
NORTON LIFELOCK BENEFIT SOLUTIONS
60 E RIO SALADO PKWY STE 1000
TEMPE AZ 85281

105381P001-1563A-073A
OPS (OVERALL PARTS)
JACKIE STEVENS
3600 EMBASSY PKWY
FAIRLAWN OH 44333

105389P001-1563A-073A
THE PRONTO NETWORK MSA
2601 HERITAG AVE
GRAPEVINE TX 76051

105372P001-1563A-073A
TOKIO MARINE
1125 SANCTUARY PKWY # 450
ALPHARETTA GA 30009

105376P001-1563A-073A
U.C. CONSULTANTS
CHRIS BRODBINE
223 OCEOLA AVE
NASHVILLE TN 37209

105392P001-1563A-073A
UOWN
UNIVERSITY CENTER DR STE 140
TAMPA FL 33612

105390P001-1563A-073A
VALLEY ALARM
804 PICO ST.
SAN FERNANDO CA 91340

105375P001-1563A-073A
WEX
ANDY DOEDEN
5050 LINCOLN DR STE 100
MINNEAPOLI MN 55436

Records Printed :  **24**

# EXHIBIT 7

**American Tire Distributors, Inc., et al.**
**USPS Overnight Express**
**Exhibit Page**

01/29/2025 12:57:27 PM

105371P001-1563A-073A
FEDERATED AUTO PARTS DISTRIBUTORS
BOB RESCO
PO BOX 2248
STAUNTON VA 24402-2248

105377P001-1563A-073A
NATIONWIDE
LOUIS PANTALONE
PO BOX 2344
BREA CA 92822-2344

Records Printed : **2**