**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | |
| | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Roderick Wong, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, LLC ("DRC"), 48 Wall Street, New York, NY 10005.

3.  On the 27th day of January 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

    i.  *Motion of Debtors for Entry of An Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* (Docket No. 664); and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

    ii.    *Motion of Debtors for Entry of An Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* (Docket No. 665),

via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; and via U.S. First Class mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

4.    On the 27th day of January 2025, <u>DRC</u>, acting under my supervision, caused to serve, a true and accurate copy of the *Motion of Debtors for Entry of An Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* (Docket No. 665), via electronic mail upon the parties as set forth in <u>Exhibit 3</u>; and via U.S. First Class mail upon the parties as set forth in <u>Exhibit 4</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 30th day of January 2025, New York, New York.

By   _____
           Roderick Wong

Sworn before me this
30th day of January 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Electronic Mail

Exhibit Pages

000148P001-1563S-072
3PLOGIC LLC  D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS
JEFFREY LEPPERT
1765 N ELSTON AVE
CHICAGO IL 60642
JLEPPERT@REDWOODLOGISTICS.COM

000027P002-1563S-072
AKIN GUMP STRAUSS HAUER & FELD LLP
PHILIP C. DUBLIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
PDUBLIN@AKINGUMP.COM

000028P002-1563S-072
AKIN GUMP STRAUSS HAUER & FELD LLP
NAOMI MOSS
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
NMOSS@AKINGUMP.COM

000119P001-1563S-072
ALSTON & BIRD LLP
JACOB JOHNSON
1201 WEST PEACHTREE ST.,STE 4900
ATLANTA GA 30309
JACOB.JOHNSON@ALSTON.COM

000120P001-1563S-072
ALSTON & BIRD LLP
STEPHEN M BLANK
90 PARK AVENUE
NEW YORK NY 10016
STEPHEN.BLANK@ALSTON.COM

000183P001-1563S-072
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
GERARD.CATALANELLO@ALSTON.COM

000183P001-1563S-072
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
KIMBERLY.SCHIFFMAN@ALSTON.COM

000032P001-1563S-072
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000033P001-1563S-072
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000143P001-1563S-072
ASHBY & GEDDES P.A.
MICHAEL D DEBAECKE
500 DELAWARE AVE.,8TH FLOOR
WILMINGTON DE 19801
MDEBAECKE@ASHBYGEDDES.COM

000122P001-1563S-072
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
DALUZT@BALLARDSPAHR.COM

000122P001-1563S-072
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

000178P001-1563S-072
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000178P001-1563S-072
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000178P001-1563S-072
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
VESPERM@BALLARDSPAHR.COM

000179P001-1563S-072
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
HUBENB@BALLARDSPAHR.COM

000179P001-1563S-072
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
SIMONJM@BALLARDSPAHR.COM

000134P001-1563S-072
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
JHOOVER@BENESCHLAW.COM

000134P001-1563S-072
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
SWALSH@BENESCHLAW.COM

000172P001-1563S-072
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

000180P001-1563S-072
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

000197P001-1563S-072
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
425 MARKET ST.,STE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000137P001-1563S-072
CHAFFETZ LINDSEY LLP
ALAN J LIPKIN
1700 BROADWAY, 33RD FLOOR
NEW YORK NY 10019
ALAN.LIPKIN@CHAFFETZLINDSEY.COM

000190P001-1563S-072
CLARK HILL, PLC
KAREN M GRIVNER
824 N MARKET ST.,STE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

| | | | |
|---|---|---|---|
| 000191P001-1563S-072<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>AHORNISHER@CLARKHILL.COM | 000191P001-1563S-072<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>TBUSH@CLARKHILL.COM | 000035P001-1563S-072<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-072<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000176P001-1563S-072<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST.,20TH FLOOR<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM | 000144P001-1563S-072<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707<br>TODD.PEARCE@CONTI-NA.COM | 000125P001-1563S-072<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000188P001-1563S-072<br>Caiola & Rose, LLC<br>Kimberly Reeves, Esq.<br>125 Clairemont Ave., Suite 240<br>Decatur GA 30030<br>kimberly@caiolarose.com |
| 000014P001-1563S-072<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000037P001-1563S-072<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-072<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000174P001-1563S-072<br>DELIA GARZA,TRAVIS COUNTY ATTORNEY<br>JASON A STARKS, ASST COUNTY ATTORNEY<br>P O BOX 1748<br>AUSTIN TX 78767<br>JASON.STARKS@TRAVISCOUNTYTX.GOV |
| 000038P001-1563S-072<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000184P001-1563S-072<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>CRAIG.MARTIN@US.DLAPIPER.COM | 000184P001-1563S-072<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>MATTHEW.SARNA@US.DLAPIPER.COM | 000185P001-1563S-072<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>DALE.CATHELL@US.DLAPIPER.COM |
| 000185P001-1563S-072<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM | 000150P001-1563S-072<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-072<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000129P001-1563S-072<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM |
| 000181P001-1563S-072<br>GIBSON DUNN & CRUTCHER LLP<br>KEITH R MARTORANA, ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KMARTORANA@GIBSONDUNN.COM | 000182P001-1563S-072<br>GIBSON DUNN & CRUTCHER LLP<br>SUZANNE SPAN, ESQ<br>3161 MICHELSON DRIVE STE 1200<br>IRVINE CA 92612<br>SSPAN@GIBSONDUNN.COM | 000133P001-1563S-072<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM | 000133P001-1563S-072<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM |

01/27/2025 08:02:31 PM

| | | | |
|---|---|---|---|
| 000157P001-1563S-072<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM | 000157P001-1563S-072<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>DENNIS.MELORO@GTLAW.COM | 000130P001-1563S-072<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109<br>JDORAN@HINCKLEYALLEN.COM | 000004P001-1563S-072<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV |
| 000044P001-1563S-072<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000142P001-1563S-072<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>HLENNOX@JONESDAY.COM | 000142P001-1563S-072<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>OZELTNER@JONESDAY.COM | 000142P001-1563S-072<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>NBUCHTA@JONESDAY.COM |
| 000160P001-1563S-072<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201<br>DAVID.WEITMAN@KLGATES.COM | 000161P001-1563S-072<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM | 000161P001-1563S-072<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM | 000189P003-1563S-072<br>KELLEY LAW FIRM<br>LALAH JOHNSON<br>201 N. HARWOOD ST.<br>DALLAS TX 75201<br>JOHNSON@KELLEYFIRM.COM |
| 000163P001-1563S-072<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>MHANDLER@KSLAW.COM | 000163P001-1563S-072<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>NBELLO@KSLAW.COM | 000164P001-1563S-072<br>KING & SPALDING LLP<br>THADDEUS D WILSON<br>1180 PEACHTREE ST.,NE<br>ATLANTA GA 30309<br>THADWILSON@KSLAW.COM | 000132P001-1563S-072<br>KIRKLAND AND ELLIS LLP<br>MELISSA MERTZ<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>MELISSA.MERTZ@KIRKLAND.COM |
| 000121P001-1563S-072<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>TARA L GRUNDEMEIER<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@LGBS.COM | 000124P001-1563S-072<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 000127P001-1563S-072<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br>AUSTIN.BANKRUPTCY@LGBS.COM | 000131P001-1563S-072<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST., STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@LGBS.COM |
| 000047P001-1563S-072<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000162P001-1563S-072<br>MAICO LLC d/b/a BIG BRAND TIRE & SERVICE<br>LAURA MOLLET,GENERAL COUNSEL<br>14401 PRINCETON AVE<br>MOORPARK CA 93021<br>LAURA.MOLLET@BIGBRANDTIRE.COM | 000049P001-1563S-072<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000050P001-1563S-072<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |

Case 24-12391-CTG American Tire Distributors, Inc. et al. Doc 674 Filed 01/30/25 Page 7 of 21

Electronic Mail
Exhibit Pages

Page # : 4 of 7                                                                                    01/27/2025 08:02:31 PM

000196P001-1563S-072
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000196P001-1563S-072
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
MZARE@MCCARTER.COM

000126P001-1563S-072
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

000051P001-1563S-072
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000055P001-1563S-072
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000117P001-1563S-072
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000117P001-1563S-072
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000138P001-1563S-072
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
CMILLER@MORRISNICHOLS.COM

000138P001-1563S-072
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
APARK@MORRISNICHOLS.COM

000154P001-1563S-072
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
LMARINUZZI@MOFO.COM

000154P001-1563S-072
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
DMANNAL@MOFO.COM

000154P001-1563S-072
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
TFOUDY@MOFO.COM

000155P001-1563S-072
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
BBUTTERFIELD@MOFO.COM

000155P002-1563S-072
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
RFERRAIOLI@MOFO.COM

000155P002-1563S-072
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
DSMOLARSKI@MOFO.COM

000171P001-1563S-072
MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000151P001-1563S-072
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HCFL.GOV

000151P001-1563S-072
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
STROUPJ@HCFL.GOV

000151P001-1563S-072
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
CONNORSA@HCFL.GOV

000195P001-1563S-072
NARRON WENZEL P.A.
DAVID F MILLS,ESQ
102 S THIRD ST
P O BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000056P001-1563S-072
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

000135P001-1563S-072
NELSON MULLINS RILEY & SCARBOROUGH LLP
JODY A BEDENBAUGH
MERIDIAN
1320 MAIN ST., 17TH FLOOR
COLUMBIA SC 29201
JODY.BEDENBAUGH@NELSONMULLINS.COM

000057P001-1563S-072
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000058P001-1563S-072
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000146P002-1563S-072
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
DONGWOO.KIM@NEXENTIRE.COM

000146P002-1563S-072
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
PETERP@NEXENTIRE.COM

000063P001-1563S-072
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000167P001-1563S-072
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV

000167P001-1563S-072
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-072
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000003P002-1563S-072
OFFICE OF THE US TRUSTEE
RICHARD L. SCHEPACARTER
844 KING ST
STE 2207
WILMINGTON DE 19801
RICHARD.SCHEPACARTER@USDOJ.GOV

000173P001-1563S-072
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
LHILTON@ONELLP.COM

000173P001-1563S-072
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
RHUNT@ONELLP.COM

000066P001-1563S-072
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-072
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-072
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

000110P001-1563S-072
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-072
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-072
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-072
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-072
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-072
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-072
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1563S-072
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-072
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE. 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-072
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-072
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-072
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-072
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-072
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

000152P001-1563S-072
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-072
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

000123P001-1563S-072
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-072
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-072
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-072
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-072
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000149P001-1563S-072
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

000156P002-1563S-072
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000156P002-1563S-072
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
TURNER.FALK@SAUL.COM

000156P002-1563S-072
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
NICHOLAS.SMARGIASSI@SAUL.COM

000115P001-1563S-072
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-072
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-072
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-072
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000187P001-1563S-072
SINGER & LEVICK P.C.
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000153P001-1563S-072
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-072
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000175P001-1563S-072
SQUIRE PATTON BOGGS (US) LLP
MARK A SALZBERG
2550 M ST.,NW
WASHINGTON DC 20037
MARK.SALZBERG@SQUIREPB.COM

000170P001-1563S-072
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-072
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNATIRE.COM

000166P001-1563S-072
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

American Tire Distributors, Inc., et al
**Electronic Mail**
**Exhibit Pages**

000147P001-1563S-072
THE CARLSTAR GROUP LLC
RANDY OBANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000169P001-1563S-072
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-072
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-072
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000074P001-1563S-072
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-072
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000177P001-1563S-072
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
MMUELLER@WILLIAMSMULLEN.COM

000177P001-1563S-072
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JMCLEMORE@WILLIAMSMULLEN.COM

000177P001-1563S-072
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JVANTINE@WILLIAMSMULLEN.COM

000078P001-1563S-072
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000186P001-1563S-072
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000186P001-1563S-072
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
MARCY.SMITH@WBD-US.COM

000165P001-1563S-072
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

000165P001-1563S-072
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
KGUERKE@YCST.COM

000165P001-1563S-072
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
RLAMB@YCST.COM

Records Printed :   **159**

# EXHIBIT 2

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

01/27/2025 08:01:26 PM

000031P001-1563S-072
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000013P001-1563S-072
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000034P001-1563S-072
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000008P001-1563S-072
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1563S-072
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1563S-072
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000039P001-1563S-072
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000009P001-1563S-072
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000040P001-1563S-072
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

000041P001-1563S-072
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000042P001-1563S-072
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000043P001-1563S-072
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000001P001-1563S-072
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1563S-072
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000045P001-1563S-072
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000046P001-1563S-072
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000048P001-1563S-072
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

000018P001-1563S-072
MASSACHUSETTS DEPT OF REVENUE
COLLECTIONS BUREAU/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090

000010P001-1563S-072
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000052P001-1563S-072
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000053P001-1563S-072
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000054P001-1563S-072
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

000059P001-1563S-072
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000060P001-1563S-072
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000061P001-1563S-072
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000062P001-1563S-072
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

000064P001-1563S-072
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

000065P001-1563S-072
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

**American Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

01/27/2025 08:01:26 PM

| | | | |
|---|---|---|---|
| 000068P001-1563S-072<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000015P001-1563S-072<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000012P001-1563S-072<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000069P001-1563S-072<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 |
| 000071P001-1563S-072<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000072P001-1563S-072<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000011P001-1563S-072<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000019P001-1563S-072<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 |
| 000075P001-1563S-072<br>VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000076P001-1563S-072<br>WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000077P001-1563S-072<br>WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | 000079P001-1563S-072<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 |

Records Printed : **40**

**EXHIBIT 3**

American Tire Distributors, Inc., et al
**Electronic Mail**
**Exhibit Page**

01/27/2025 10:15:59 PM

---

011123P002-1563A-072A
SLC MARINE LLC / SLC LEADBETTER LLC
PERKINS COIE; ALAN D SMITH
1201 THIRD AVENUE 49TH FLR
SEATTLE WA 98101
ADSMITH@PERKINSCOIE.COM

Records Printed :  **1**

**EXHIBIT 4**

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

01/27/2025 10:15:44 PM

011097P001-1563A-072A
121 WILSHIRE BLVD LLC
1 EXECUTIVE DR
EDGEWOOD NY 11717

011133P001-1563A-072A
12200 HERBERT WAYNE OWNER LLC
874 S CURTISWOOD LN
NASHVILLE TN 37204

011084P001-1563A-072A
4723 CAPITAL CIRCLE LLC
110 W 40TH ST STE 900
NEW YORK NY 10018

011131P001-1563A-072A
5000 CAPITAL ROAD, LLC
11444 W OLYMPIC BLVD
LOS ANGELES CA 90064

011124P001-1563A-072A
530 MARVEL ROAD, LLC
7340 MONTEVIDEO RD
JESSUP MD 20794

010101P001-1563A-072A
55 PENT HIGHWAY ASSOCIATES, LLC
305 LOCUST CT
FRANKLIN LAKES NJ 07417

011026P001-1563A-072A
7600 DISTRICT BOULEVARD LLC
PREMIER MANAGEMENT CO
PO BOX 9116
BAKERSFIELD CA 93389

011026S001-1563A-072A
7600 DISTRICT BOULEVARD LLC
7600 DISTRICT BLVD
BAKERSFIELD CA 93313

011118P001-1563A-072A
880 ACORN HOLDINGS LLC
500 FRANK W BURR BLVD #47
TEANECK NJ 07666

011100P001-1563A-072A
A1 CONSTRUCTION CO, INC
3205 KERMIT HIGHWAY
ODESSA TX 79764

011046P001-1563A-072A
AG RC STUART AVENUE OWNER LLC
110 SE 2ND ST STE 101
DELRAY BEACH FL 33444

011072P001-1563A-072A
AMIDON PARTNERS, LLC
2700 N FOURTH AVE
SIOUX FALLS SD 57104

011018P001-1563A-072A
ARA ATD SLIDELL, LLC
1320 S DIXIE HWY STE 241
CORAL GABLES FL 33144

011119P001-1563A-072A
ARA TUSCON, LLC
1320 S DIXIE HWY #241
CORAL GABLES FL 33146

011038P001-1563A-072A
ARMOUR CREEK REALTY CO, INC
132 HARRIS DR
POCA WV 25159

011128P001-1563A-072A
AT CHAT OWNER LLC
STRATEGIC LEASE PARTNERS
30 HUDSON YARDS
STE 7500
NEW YORK NY 10001

011085P001-1563A-072A
AT INDUSTRIAL OWNER 4 LLC
HILLWOOD ALLIANCE SVC LLC
9800 HILLWOOD PKWY
STE 300
FORT WORTH TX 76177

011035P001-1563A-072A
AT-BT LLC
1875 DEER PK CIR SOUTH
GRAND JUNCTION CO 81507

011096P001-1563A-072A
ATFMF, LLC
1875 DEER PK CIR SOUTH
GRAND JUNCTION CO 81507

104380P001-1563A-072A
BC AREA 6 LOT 2 LLC
PRISA LHC LLC
1343 ASHTON RD
HANOVER MD 21076

011037P001-1563A-072A
BCDPF RAILHEAD DC LP
BLACK CREEK GROUP
2300 N FIELD ST
STE 2125
DALLAS TX 75201

011082P001-1563A-072A
BCI IV TOTOWA CC LLC
518 17TH ST STE 1700
DENVER CO 80202

011080P001-1563A-072A
BCP CASPER, LLC
441 LANDMARK DR
CASPER WY 82609

011041P001-1563A-072A
BCP NOVI, LLC
4904 WATERS EDGE DR
RALEIGH NC 27606

011099P001-1563A-072A
BCPF NORTHPOINT VEGAS LLC
BARINGS LLC
111 S WACKER DR
STE 3100
CHICAGO IL 60606

011048P001-1563A-072A
BECKNELL INDUSTRIAL LLC
2450 E 146TH ST STE 200
CARMEL IN 46033

011066P001-1563A-072A
BIG BOX 4410 EAGLE FALLS, LLC
100 MASTONFORD RD
RADNO PA 19087

011057P001-1563A-072A
BIGR 3020 TUCKER STREET LEASECO, LLC
27777 FRANKLIN RD
SOUTHFIELD MI 48034

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

01/27/2025 10:15:44 PM

---

011055P001-1563A-072A
BOISE INDUSTRIAL CANYON PROPCO 2, LLC
PO BOX 31001-3180
PASADENA CA 91110-3180

011086P001-1563A-072A
BOWLUS REALTY LTD
PO BOX 80614
CANTON OH 44718

011019P001-1563A-072A
CHARLIE'S NORTH PLATTE PLUMBING
PO BOX 1842
NORTH PLATTE NE 69103

011060P001-1563A-072A
CHY II, GP
2555 3RD ST #200
SACRAMENTO CA 95818


011025P001-1563A-072A
CI DAL I-V LLC
LINK INDUSTRIAL MANAGEMENT LLC
220 COMMERCE DR
STE 400
FORT WASHINGTON PA 19034

011030P001-1563A-072A
CICF I - FL2B01 LLC
ONE BEACON ST 17TH FL
BOSTON MA 02108

104440P001-1563A-072A
CLAREMONT 220 OCONNELL WAY LLC
220 O'CONNELL WAY
TAUNTON MA 02718

011049P001-1563A-072A
CLARK FAMILY LIMITED PARTNERSHIP
220 S CTR ST
HICKORY NC 28602


011049S001-1563A-072A
CLARK FAMILY LIMITED PARTNERSHIP
106 SOMERSET DR NW
CONOVER NC 28613

104444P001-1563A-072A
COLLIERS INTERNATIONAL
851 SW SIXTH AVE
PORTLAND OR 97204

011076P001-1563A-072A
CROSSROADS COMMERCE PARK INDUSTRIAL, LLC
801 GRAND AVE
DES MOINES IA 50392-1370

011062P001-1563A-072A
CROWN WEST REALTY, LLC
3808 N SULLIVAN RD
SPOKANE VALLEY WA 99216


011028P001-1563A-072A
DAKOTA UPREIT LIMITED PARTNERSHIP
3003 32ND AVE SOUTH
FARGO ND 58103

011029P001-1563A-072A
DEBORAH ANN STERNBERG, LLC
PO BOX 8374
ASHEVILLE NC 28814

011088P001-1563A-072A
DOGWOOD HOLDINGS LP
307 W TREMONT AVE
CHARLOTTE NC 28203

104362P001-1563A-072A
DOLAN CONTRACTORS INC
17230 N GREEN MOUNTAIN RD
SAN ANTONIO TX 78247


104363P001-1563A-072A
DOLAN CONTRACTORS INC
17230 N GREEN MOUNTAIN RD
SAN ANTONIO TX 28078

011089P001-1563A-072A
DUKE SECURED FINANCING 2006, LLC
DUKE REALTY CORP
3715 DAVINCI CT
STE 300
PEACHTREE CORNERS GA 30092

011017P001-1563A-072A
ENGEL INVESTMENTS LLC
1181 AIRFLYTE DR
HAYS KS 67601

011095P001-1563A-072A
EXETER 13269 CORPORATE EXCHANGE, LP
101 WEST ELM ST STE 600
CONSHOHOCKEN PA 19428


011102P001-1563A-072A
EXETER 4632 RALEY, LLC
EXETER PROPERTY GROUP
101 WEST ELM S
STE 600
CONSHOHOCKEN PA 19428

011090P001-1563A-072A
EXETER S GESSNER 1, LP
101 WEST ELM ST
CONSHOHOCKEN PA 19428

011042P002-1563A-072A
FIELDSTONE VILLAGE LLC
4199 CLOUD SPRINGS RD
RINGGOLD GA 30736

011020P001-1563A-072A
FIRST INDUSTRIAL INVESTMENT II, LLC
9700 PATUXENT WOODS DR
COLUMBIA MD 21046


011054P001-1563A-072A
FR 8751 SKINNER, LLC
311 SOUTH WACKER DR
CHICAGO IL 60606

011027P001-1563A-072A
FRONTAGE RICHLAND PROPERTIES, LLC
12300 N FWY
HOUSTON TX 77060

011092P001-1563A-072A
G HOLMES BELL PROPERTIES, LLC
329 COMMERCIAL DR
SAVANNAH GA 31406

011075P001-1563A-072A
GOLDEN SPRINGS DEVELOPMENT CO, LLC
13116 E IMPERIAL HIGHWAY
SANTA FE SPRINGS CA 90670

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

011117P001-1563A-072A
GREEN MOUNTAIN VENTURES VIII, LLC
17303 GREEN MOUNTAIN RD
SAN ANTONIO TX 78247

011033P001-1563A-072A
HEALTHCARE TRUST OF AMERICA INC
39 BROAD ST
CHARLESTON SC 29401

011063P001-1563A-072A
HEF NCSC QRS 1486, INC
50 ROCKEFELLER PLZ
NEW YORK NY 10020

011081P001-1563A-072A
HUNT-HSA KC INDUSTRIAL II LLC
HSA COMMERCIAL INC
100 S WACKER DR
STE 950
CHICAGO IL 60606

011070P001-1563A-072A
IC INDUSTRIAL REIT
EVERGREEN INDUSTRIAL PROPERTIES
66 FRANKLIN ST
STE 200
OAKLAND CA 94607

011068P001-1563A-072A
ICON IPC TX PROPERTY OWNER POOL 6 DALLAS LLC
OWNER POOL 6 DALLAS LLC
LINK INDUSTRIAL MANAGEMENT LLC
220 COMMERCE DR
STE 400
FORT WASHINGTON PA 19034

011109P001-1563A-072A
IIP DES MOINES IA (3915 DELAWARE) LLC
INSITE REAL ESTATE LLC
1400 16TH ST
STE 300
OAK BROOK IL 60523

011125P001-1563A-072A
ILPT ALBANY LLC
THE RMR GROUP LLC
255 WASHINGTON ST STE 300
NEWTON MA 02458

011130P001-1563A-072A
ILPT BATON ROUGE LLC
THE RMR GROUP LLC
255 WASHINGTON ST STE 300
NEWTON MA 02458

011127P001-1563A-072A
ILPT ID COLORADO SPRINGS LLC
THE RMR GROUP LLC
255 WASHINGTON ST STE 300
NEWTON MA 02458

011106P001-1563A-072A
ILPT ORANGE TOWNSHIP LLC
THE RMR GROUP LLC
13620 RANCH RD 620 N
BLDG B STE 125
AUSTIN TX 78717

011121P001-1563A-072A
INDUSTRIAL DEVELOPERS OF OK 3,LLC
111 S ELGIN AVE
TULSA OK 74120-1816

011111P001-1563A-072A
INDUSTRIAL NORTH AMERICAN PROPERTIES II, LLC
HEITMAN CAPITAL MANAGEMENT LLC AAF
NALI PORTF
191 N WACKER DR
STE 2500
CHICAGO IL 60606

011115P001-1563A-072A
JA INVESTMENTS
245 BIRCH ST
BLOUNTVILLE TN 37617

011077P001-1563A-072A
JACOBUS BEATRIX LLC
MANCO ABBOTT
PO BOX 9440
FRESNO CA 93792-9440

011069P001-1563A-072A
JEFF COMMERCE LEGACY, LLC
1901 S ARCHIBALD AVE
ONTARIO CA 91761

011064P001-1563A-072A
JONES CREEK PROPERTY GROUP LLC
3658 WELLINGTON DR
FRANKLINTON NC 27525

011116P001-1563A-072A
JPET ALBUQUERQUE LLC
230 E SOUTH TEMPLE
SALT LAKE CITY UT 84111

011044P001-1563A-072A
KOBOLD CONSTRUCTION
1258 W MISSION BLVD
ONTARIO CA 91762

011034P001-1563A-072A
KOMARI REAL ESTATE, LLC
4033 WILL Z WAY CT
GREENWOOD IN 46143

011011P001-1563A-072A
JO DIAN LAVOICE
ADDRESS INTENTIONALLY OMITTED

011059P001-1563A-072A
LIBERTY PROPERTY LIMITED PARTNERSHIP
8827 NORTH SAM HOUSTON PKWY WEST
HOUSTON TX 77064

104608P001-1563A-072A
LINK LOGISTICS REAL ESTATE MANAGEMENT LLC
PO BOX 896716
CHARLOTTE NC 28289-6716

011103P002-1563A-072A
LIT/HODGES INDUSTRIAL TRUST
CLARION PARTNERS
2323 VICTORY AVE STE 1600
DALLAS TX 75219-7696

011083P001-1563A-072A
MAHN COURT ATD, LLC
626 EAST WISCONSIN AVE
MILWAUKEE WI 53202

011052P001-1563A-072A
MANASSAS AIRPORT LOT 4, LLC
THE PRUITT CORP
14900 BOGLE DR STE 204
CHANTILLY VA 20151

011047P001-1563A-072A
MEMPHIS INDUSTRIAL TT LLC
INVESTCORP INTERNATIONAL REALTY INC
280 PK AVE
36TH FL
NEW YORK NY 10017

011008P001-1563A-072A
GARY Q MICHEL
ADDRESS INTENTIONALLY OMITTED

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

011056P001-1563A-072A
MLRP SERGO, LLC
ML REALTY PARTNERS LL
ONE PIERCE PL
ITASCA IL 60413

011104P001-1563A-072A
MORTON ATD, LLC
626 EAST WISCONSIN AVE
MILWAUKEE WI 53202

011009P001-1563A-072A
HAROLD W AND MARGARET R MUELLER
ADDRESS INTENTIONALLY OMITTED

104649P001-1563A-072A
NASSAU STEEL  LLC
999 S OYSTER BAY RD
BETHPAGE NY 11714-1035

011126P001-1563A-072A
NC1, LLC
SVN RANKIN CO LLC
2808 S INGRAM MILL
A100
SPRINGFIELD MO 65804

011040P001-1563A-072A
NLR WAREHOUSE LP
425 W CAPITOL AVE
LITTLE ROCK AR 72201

011079P001-1563A-072A
OMAHA RANCH,LLC AND WEST KINGS RANCH, LLC
PO BOX 9440
FRESNO CA 93792

011016P001-1563A-072A
PACAB LLC
PROLOGIS
17777 CTR CT DR NORTH STE 100
CERRITOS CA 90703

011129P001-1563A-072A
PENSACOLA 206 OWNER LLC
FOUNDATION CAPITAL PARTNERS
110 W 40TH ST
STE 900
NEW YORK NY 10018

011045P001-1563A-072A
PINECREST DEVELOPMENT CO
PO BOX 2342
WILSON NC 27894

011045S001-1563A-072A
PINECREST DEVELOPMENT CO
1380 STAFFORD UMBERGER DR
WYTHEVILLE VA 24382

011074P001-1563A-072A
POOL 1 INDUSTRIAL CA LLC
101 WEST ELM ST
CONSHOHOCKEN PA 19428

011105P001-1563A-072A
POOL 3 INDUSTRIAL PA LLC
101 WEST ELM ST
CONSHOHOCKEN PA 19428

011067P001-1563A-072A
POOL 6 INDUSTRIAL IN LLC
101 WEST ELM ST
CONSHOHOCKEN PA 19428

011091P001-1563A-072A
PROGRESS RD NORFOLK LP
2703 JENNER DR
BALTIMORE MD 21209

011023P001-1563A-072A
PROLOGIS TARGETED US LOGISTICS FUND
1800 WAZEE ST
DENVER CO 80202

011061P001-1563A-072A
PROLOGIS, INC
3353 GTWY BLVD
FREMONT CA 94538

011110P001-1563A-072A
RADER PROPERTIES GROUP III, LLC
8901 S LA CIENEGA BLVD
INGLEWOOD CA 90301

104353P001-1563A-072A
SAGIC CAPITAL  RICHARD BENNETT
874 S CURTISWOOD LN
NASHVILLE TN 37204

011132P001-1563A-072A
SC GREENVILLE GARLINGTON, LLC
REALTYLINK LLC
201 RIVERPLACE
STE 400
GREENVILLE SC 29601

011107P001-1563A-072A
SL5 ATL INDUSTRIAL 2, LP
STONELAKE CAPITAL PARTNERS
100 CRESCENT CT
STE 850
DALLAS TX 75201

104800P001-1563A-072A
SOUTH-TEX BUILDING INC
PO BOX 879
MCALLEN TX 78505-0879

011098P001-1563A-072A
SOUTHERN GLAZERS WINE AND SPIRITS, LLC
14911 QUORUM DR
DALLAS TX 75254

011036P001-1563A-072A
SPADA INVESTMENTS, LLC
8448 NE 33RD DR STE 200
PORTLAND OR 97211

011039P001-1563A-072A
STAG 5101 SOUTH COUNCIL ROAD, LLC
ONE FEDERAL ST 23RD FL
BOSTON MA 02110

011122P001-1563A-072A
STAG BIRMINGHAM 3
ONE FEDERAL ST
BOSTON MA 02110

011108P001-1563A-072A
STAG INDUSTRIAL HOLDINGS, LLC
STAG INDUSTRIAL INC
ONE FEDERAL ST
23RD FL
BOSTON MA 02110

104804P001-1563A-072A
STAG INDUSTRIAL INC
STAG INDUSTRIAL HOLDINGS LLC
BOSTON MA 02110

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

01/27/2025 10:15:44 PM

104805P001-1563A-072A
STAG LONDONDERRY LLC
STAG INDUSTRIAL HOLDINGS LLC
STAG INDUSTRIAL INC
BOSTON MA 02110

011087P001-1563A-072A
STALL ROAD, LLC
BROOKWOOD CAPITAL PARTNERS
400 W NORTH ST
STE 112
RALEIGH NC 27603

011015P001-1563A-072A
THE BUNCHER CO
1300 PENN AVE
PITTSBURGH PA 15222-4211

011043P001-1563A-072A
THE FULL MONTY LLC
THE HOROWITZ GROUP
11661 SAN VICENTE BLVD
STE 301
LOS ANGELES CA 90049

011078P001-1563A-072A
THE MCCALLUM CO LLC
PO BOX 11282
COLUMBIA SC 29211

104846P001-1563A-072A
THE RMR GROUP LLC
255 WASHINGTON ST STE 300
NEWTON MA 02458

011073P001-1563A-072A
THE RURAL BALL GP
11661 SAN VICENTE BLVD
LOS ANGELES CA 90049

011071P001-1563A-072A
THOMSON LOGISTICS ASSETS LLC
275 7TH AVE STE 746
NEW YORK NY 10001

011112P001-1563A-072A
TKC XXXV, LLC
5935 CARNEGIE BLVD
CHARLOTTE NC 28209

011094P001-1563A-072A
TLF LOGISTICS II TECH RIDGE PORTFOLIO, LLC
PO BOX 75284
DALLAS TX 75284

011021P001-1563A-072A
WAREHOUSE SERVICES, INC
PO BOX 608
MT. VERNON IN 47620

011021S001-1563A-072A
WAREHOUSE SERVICES, INC
56 S BURTY RD
PIEDMONT SC 29673

011012P001-1563A-072A
WARREN DEVELOPMENT II LLC
AND CHUNKY MONKEY LLC
ONE CANAL PLZ
PORTLAND ME 04101

011053P001-1563A-072A
WESTERN B NORTHWEST WA LLC
90 PK AVE 32ND FL
NEW YORK NY 10006

011065P001-1563A-072A
WIP, INC
CHARLES A PAUL III
6329 OLEANDER DR
STE 200
WILMINGTON NC 28403

011010P001-1563A-072A
CLAUDE J YOW
ADDRESS INTENTIONALLY OMITTED

Records Printed :   128