## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### INITIAL NOTICE OF DESIGNATION OF
### CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES
### AS "ASSUMED CONTRACTS" AND ASSUMPTION AND ASSIGNMENT THEREOF

**PLEASE TAKE NOTICE** that, on November 26, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Select and Alternative Stalking Horse Bid and Provide Alternative Bid Protections, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief* [Docket No. 361] (the "Bidding Procedures Order"),[2] by which the Court approved procedures for the assumption or assumption and assignment of executory contracts and unexpired leases and granted related relief, as set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, also on November 26, 2024, the Debtors entered into that certain asset purchase agreement for the sale of substantially all of the Debtors' assets (as amended on February 9, 2025 and which may be modified, amended, or supplemented, the "APA") [Docket No. 355] with Asphalt Buyer LLC (the "Purchaser").

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2024 and January 27, 2025, pursuant to the Bidding Procedures Order, the Debtors filed the *Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 462] (the "Initial Cure Notice") *Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 666] (the "Supplemental Cure Notice," and, together with the Initial Cure Notice, the "Cure Notices"), respectively, which included a list of potentially assumed and assigned executory contracts or unexpired leases attached thereto as Schedule 1 and set forth the Debtors' proposed Cure Costs

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order, the Sale Order, or the APA, as applicable.

related to each such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that, on February 11, 2025, the Court entered an order [Docket No. 730] (the "Sale Order") approving, among other things, (i) the Debtors' entry into and performance under the APA and authorizing the sale of substantially all of the Debtors' assets to the Purchaser (and/or its designees) and (ii) assumption by the Debtors and assignment to the Purchaser (and/or its designees) of certain executory contracts and unexpired leases to be designated by the Purchaser as "Assumed Contracts" pursuant to the Sale Order, the APA, and sections 363 and 365 of the Bankruptcy Code, subject to, and effective as of, the closing of the Sale Transaction (such date, the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and the APA, the Debtors hereby file and provide notice of an initial list of assigned executory contracts and unexpired leases prior to the Closing Date as reflected in Schedule 2.5(a) of the APA, attached hereto as **Schedule 1** (the "Assumed Contracts Exhibit").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Order and the APA, the Purchaser has preliminarily determined that the executory contracts and unexpired leases set forth on **Schedule 1** attached hereto will be assumed by the Debtors and assigned to the Purchaser and shall be designated as "Assumed Contracts" within the meaning of the Sale Order and the APA, in each case subject to, and effective as of, the Closing Date (unless such other date is mutually agreed upon by the Debtors and the Purchaser), and subject to the Purchaser's rights to amend the Assumed Contracts Exhibit pursuant to the terms and conditions of the APA.[3]  For the avoidance of doubt, the Debtors intend to file a notice of the occurrence of the Closing Date upon the closing of the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that the Cure Cost for each Assumed Contract shall be as previously noticed in accordance with the Cure Notices and as approved by the Court pursuant to the Sale Order or as otherwise agreed upon between the relevant counterparty and the Debtors and/or the Purchaser in writing, as set forth on **Schedule 1**; *provided, however*, that a counterparty to an Assumed Contract shall not be barred from seeking additional amounts on account of defaults occurring between the objection deadline set forth in the Initial Cure Notice or Supplemental Cure Notice, as applicable, and the assumption and assignment of the applicable Assumed Contract.[4]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and the APA, the Debtors and the Purchaser reserve all rights to modify the Assumed Contracts Exhibit attached hereto as **Schedule 1** through the Designation Rights Period.  The Assumed Contracts Exhibit attached hereto as **Schedule 1** is preliminary and not a final list of Assumed Contracts under the APA.  An updated list of Assumed Contracts will be filed with the Court prior to the Closing Date pursuant to the terms of the APA and the Sale Order.  If any executory contract or unexpired lease is not included on the Assumed Contracts Exhibit attached hereto as **Schedule 1**, that is not a definitive determination that such executory contract or unexpired lease will not be designed as an Assumed Contract.  In addition, the Purchaser reserves the right to remove any executory contract or unexpired lease included on the Assumed Contracts Exhibit attached hereto as **Schedule 1** such that it will no longer be considered an Assumed Contract in accordance with the terms of the APA.

---

[3]    For the avoidance of doubt, pursuant to the Sale Order and the APA, postpetition trade and accounts payable (including without limitation those arising under Assumed Contracts) incurred in the ordinary course of business will be assumed by the Purchaser.  *See* Docket No. 730-6, Amendment to Section 2.3(d).

[4]    *See* Sale Order ¶ I, n. 7.

**PLEASE TAKE FURTHER NOTICE** that nothing herein (i) alters in any way the prepetition nature of the Assumed Contracts or the validity, priority, or amount of any claims of a counterparty to any Assumed Contracts against the Debtors that may arise under such Assumed Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Assumed Contract against the Debtors that may arise under such Assumed Contract.

Dated:  February 14, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | David R. Gremling (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone:  (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile:  (302) 652 | Telephone:  (312) 862-2000 |
| Email:  ljones@pszjlaw.com | Facsimile:  (312) 862 |
| tcairns@pszjlaw.com | Email:  anup.sathy@kirkland.com |
| ecorma@pszjlaw.com | chad.husnick@kirkland.com |
| | dave.gremling@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*　　*Co-Counsel for the Debtors and Debtors in Possession*