**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket No. 676** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER ON DISCLOSURE STATEMENT MOTION**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.      On January 31, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Disclosure Statement for the Joint Chapter 11 Plan of American Tire Distributors, Inc. and its Debtor Affiliates* [Docket No. 674] (the "Disclosure Statement") and the *Joint Chapter 11 Plan of American Tire Distributors, Inc. and its Debtor Affiliates* [Docket No. 675] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On February 3, 2025, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Form of Ballot and Notices in Connection Therewith,*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are:  American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992).  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

4911-6769-1549.3 03709.00001

*(IV) Scheduling Certain Dates and Deadlines and Shortening Notice with Respect Thereto, and (V) Granting Related Relief* [Docket No. 676] (the "Motion").

3.      On February 4, 2025, the Court entered an order [Docket No. 678] shortening notice with respect to the Motion, setting a hearing on the Motion for February 20, 2025 at 11:30 a.m. (prevailing Eastern Time) and setting an objection deadline for February 14, 2025 at 4:00 p.m. (prevailing Eastern Time).

4.      On February 18, 2025, the Debtors filed the *Amended Joint Chapter 11 Plan of American Tire Distributors, Inc. and its Debtor Affiliates* [Docket No. 761] (the "Amended Plan").  On February 19, 2025, the Debtors filed the *Disclosure Statement for the Amended Joint Chapter 11 Plan of American Tire Distributors, Inc. and its Debtor Affiliates* [Docket No. 762] (the "Amended Disclosure Statement").

5.      The Debtors received comments to the Motion, the Plan, and the Disclosure Statement from the United States Trustee (the "U.S. Trustee"), the Official Committee of Unsecured Creditors (the "Committee"), and the ad hoc group (the "Ad Hoc Group") of certain unaffiliated beneficial holders and/or investment advisors or managers of beneficial holders of the New Money DIP Loans and Term Loans (each as defined in the Restructuring Support Agreement).  The Debtors have made revisions to the proposed form of order on the Motion (the "Revised Order") based on the comments received.[2]  The U.S. Trustee, the Committee, and the Ad Hoc Group have signed off on the changes made in the Revised Order.  Other than the aforesaid comments, the Debtors have received no responses or objections to the Motion, and no responses or objections to the Motion appear on the Court's docket in these cases.

---

[2]    The Debtors also made revisions to the Plan and Disclosure Statement based on the comments received.  Copies of redline comparisons showing such revisions can be found in the *Notice of Filing of Redlines of Amended Plan and Amended Disclosure Statement* [Docket No. 763].

6.      The Revised Order is attached hereto as **Exhibit A**.

7.      A redlined copy of the Revised Order is attached hereto as **Exhibit B**, showing changes from the proposed form of order originally submitted with the Motion.

8.      The Debtors respectfully request entry of the Revised Order at the Court's earliest convenience.

Dated:  February 19, 2025
Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | David R. Gremling (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone: (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile: (302) 652-4400 | Telephone: (312) 862-2000 |
| Email:  ljones@pszjlaw.com | Facsimile: (312) 862-2200 |
|        tcairns@pszjlaw.com | Email:  anup.sathy@kirkland.com |
|        ecorma@pszjlaw.com |         chad.husnick@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*          *Co-Counsel for the Debtors and Debtors in Possession*