# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) ) ) | Case No. 24-12391 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF THE OCCURRENCE
## OF SALE CLOSING PURSUANT TO THE
## ASSET PURCHASE AGREEMENT ON FEBRUARY 28, 2025

**PLEASE TAKE NOTICE** that, on November 26, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Select and Alternative Stalking Horse Bid and Provide Alternative Bid Protections, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief* [Docket No. 361] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, also on November 26, 2024, the Debtors entered into that certain asset purchase agreement for the sale of substantially all of the Debtors' assets (as amended on February 9, 2025 and which may be modified, amended, or supplemented, the "Asset Purchase Agreement") [Docket No. 355] with Asphalt Buyer LLC (the "Purchaser").

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2024 and January 27, 2025, pursuant to the Bidding Procedures Order, the Debtors filed the *Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 462] (the "Initial Cure Notice") *Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 666] (the "Supplemental Cure Notice," and, together with the Initial Cure Notice, the "Cure Notices"), respectively, which included a list of potentially assumed and assigned executory

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order, the Sale Order, or the Asset Purchase Agreement, as applicable.

contracts or unexpired leases attached thereto as Schedule 1 and set forth the Debtors' proposed Cure Costs related to each such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that, on January 12, 2025, the Debtors filed the *Notice of (I) Selection of Winning Bidder and (II) Cancellation of Auction* [Docket No. 596], whereby the Debtors announced the cancellation of the auction and the selection of the Purchaser as the Winning Bidder for the Acquired Assets.

**PLEASE TAKE FURTHER NOTICE** that, on February 11, 2025, the Court entered an order [Docket No. 730] (the "Sale Order") approving, among other things, (i) the Debtors' entry into and performance under the Asset Purchase Agreement and authorizing the sale of substantially all of the Debtors' assets to the Purchaser (and/or its designees) and (ii) assumption by the Debtors and assignment to the Purchaser (and/or its designees) of certain executory contracts and unexpired leases to be designated by the Purchaser as "Assumed Contracts" pursuant to the Sale Order, the Asset Purchase Agreement, and sections 363 and 365 of the Bankruptcy Code, subject to, and effective as of, the closing of the Sale Transaction (such date, the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that, on February 14, 2025 and February 27, 2025, the Debtors filed the *Initial Notice of Designation of Certain Executory Contracts and/or Unexpired Leases as "Assumed Contracts" and Assumption and Assignment Thereof* [Docket No. 753] and the *Supplemental Notice of Designation of Certain Executory Contracts and/or Unexpired Leases as "Assumed Contracts" and Assumption and Assignment Thereof* [Docket No. 821], respectively, which included lists of assigned executory contracts and unexpired leases preliminarily determined to be designated as "Assumed Contracts" pursuant to the procedures under the Asset Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that, the Closing Date of the Sale Transaction under the Asset Purchase Agreement occurred on February 28, 2025.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the Debtors' website at https://www.donlinrecano.com/atd. You may also obtain copies of any filed documents by visiting the Court's website at https://ecf.ded.uscourts.gov/ in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

Dated:  March 3, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
chad.husnick@kirkland.com
dave.gremling@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*      *Co-Counsel for the Debtors and Debtors in Possession*

3

4924-9037-1107.1 03709.00001