**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              ) ss:
COUNTY OF NEW YORK  )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 27th day of February 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

    i. *Order Authorizing the Filing of the Reply of the Ad Hoc Group to Objections of on Demand Technologies, Inc. d/b/a OneRail to Debtors' Proposed Sale Transaction Under Seal* [Docket No. 807]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

      ii.    *Amended Notice of Agenda of Matters Scheduled for Hearing on February 28, 2025 at 11:30 a.m. (ET)* [Docket No. 823],

via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; and via U.S. First Class mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of March 2025, New York, New York.

By _____
Sung Jae Kim

Sworn before me this
5th day of March 2025

_____
Notary Public

[Notary Seal: ROBIN ALEXANDRA CHARLES, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01CH6427586, QUALIFIED IN KINGS COUNTY, COMM. EXP. 01-03-2026]

**EXHIBIT 1**

Case 24-12391-CTG    Doc 855    Filed 03/06/25    Page 4 of 14

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 8                                                                                                    02/27/2025  11:17:06 AM

| | | | |
|---|---|---|---|
| 000148P001-1563S-118<br>3PLOGIC LLC D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFFREY LEPPERT<br>1765 N ELSTON AVE<br>CHICAGO IL 60642<br>JLEPPERT@REDWOODLOGISTICS.COM | 000027P002-1563S-118<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>PDUBLIN@AKINGUMP.COM | 000028P002-1563S-118<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>NMOSS@AKINGUMP.COM | 000211P001-1563S-118<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD ST., SUITE 1800<br>DALLAS TEXAS 75201<br>MBRIMMAGE@AKINGUMP.COM |
| 000211P001-1563S-118<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD ST., SUITE 1800<br>DALLAS TEXAS 75201<br>LLAWRENC@AKINGUMP.COM | 000209P001-1563S-118<br>ALPHA INDUSTRIAL PROPERTIES<br>AUBURN OWNER LLC; NEIL KLEIN<br>PRINCIPAL/ GENERAL COUNSEL<br>19 N. GREEN ST.<br>CHICAGO IL 60607<br>NKLEIN@ALPHAINDPROP.COM | 000210P001-1563S-118<br>ALPHA INDUSTRIAL PROPERTIES<br>AUBURN OWNER LLC; MIKE DICARO<br>VICE PRESIDENT<br>19. N. GREEN ST.<br>CHICAGO IL 60607<br>MDICARO@ALPHAINDPROP.COM | 000119P001-1563S-118<br>ALSTON & BIRD LLP<br>JACOB JOHNSON<br>1201 WEST PEACHTREE ST.,STE 4900<br>ATLANTA GA 30309<br>JACOB.JOHNSON@ALSTON.COM |
| 000120P001-1563S-118<br>ALSTON & BIRD LLP<br>STEPHEN M BLANK<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>STEPHEN.BLANK@ALSTON.COM | 000183P001-1563S-118<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>GERARD.CATALANELLO@ALSTON.COM | 000183P001-1563S-118<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>KIMBERLY.SCHIFFMAN@ALSTON.COM | 000032P001-1563S-118<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV |
| 000033P001-1563S-118<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000143P001-1563S-118<br>ASHBY & GEDDES P,A.<br>MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>WILMINGTON DE 19801<br>MDEBAECKE@ASHBYGEDDES.COM | 000122P001-1563S-118<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>DALUZT@BALLARDSPAHR.COM | 000122P001-1563S-118<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM |
| 000178P001-1563S-118<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000178P001-1563S-118<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000178P001-1563S-118<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>VESPERM@BALLARDSPAHR.COM | 000179P001-1563S-118<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>HUBENB@BALLARDSPAHR.COM |
| 000179P001-1563S-118<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>SIMONJM@BALLARDSPAHR.COM | 000134P001-1563S-118<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>JHOOVER@BENESCHLAW.COM | 000134P001-1563S-118<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>SWALSH@BENESCHLAW.COM | 000172P001-1563S-118<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |

Case 24-12391-CTG    Doc 355    Filed 03/06/25    Page 5 of 14
American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 8                                                                                      02/27/2025  11:17:06 AM

| | | | |
|---|---|---|---|
| 000198P001-1563S-118<br>BERNKOPF GOODMAN LLP<br>MARTIN POMEROY<br>TWO SEAPORT LANE<br>BOSTON MA 02210<br>MPOMEROY@BERNKOPFLEGAL.COM | 000180P001-1563S-118<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000197P001-1563S-118<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000137P001-1563S-118<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019<br>ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| 000190P001-1563S-118<br>CLARK HILL PLC<br>KAREN M GRIVNER<br>824 N MARKET ST.,STE 710<br>WILMINGTON DE 19801<br>KGRIVNER@CLARKHILL.COM | 000191P001-1563S-118<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>AHORNISHER@CLARKHILL.COM | 000191P001-1563S-118<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>TBUSH@CLARKHILL.COM | 000199P001-1563S-118<br>CLARK HILL PLC<br>Karen M. Grivner<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801<br>kgrivner@clarkhill.com |
| 000200P001-1563S-118<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas Texas 75202<br>ahornisher@clarkhill.com | 000200P001-1563S-118<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas Texas 75202<br>tbush@clarkhill.com | 000035P001-1563S-118<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-118<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000176P001-1563S-118<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST.,20TH FLOOR<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM | 000144P001-1563S-118<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707<br>TODD.PEARCE@CONTI-NA.COM | 000125P001-1563S-118<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000188P001-1563S-118<br>Caiola & Rose, LLC<br>Kimberly Reeves, Esq.<br>125 Clairemont Ave., Suite 240<br>Decatur GA 30030<br>kimberly@caiolarose.com |
| 000014P001-1563S-118<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000037P001-1563S-118<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-118<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000174P001-1563S-118<br>DELIA GARZA,TRAVIS COUNTY ATTORNEY<br>JASON A STARKS, ASST COUNTY ATTORNEY<br>P O BOX 1748<br>AUSTIN TX 78767<br>JASON.STARKS@TRAVISCOUNTYTX.GOV |
| 000038P001-1563S-118<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000184P001-1563S-118<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>CRAIG.MARTIN@US.DLAPIPER.COM | 000184P001-1563S-118<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>MATTHEW.SARNA@US.DLAPIPER.COM | 000185P001-1563S-118<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>DALE.CATHELL@US.DLAPIPER.COM |

Case 24-12391-CTG American Tire Distributors, Inc., et al. Page 6 of 14
Doc 855 Filed 03/06/25

Electronic Mail
Exhibit Pages

Page # : 3 of 8                                                                                                    02/27/2025 11:17:06 AM

| | | | |
|---|---|---|---|
| 000185P001-1563S-118<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM | 000203P001-1563S-118<br>Exeter 11503 Pocomoke, LLC<br>Rebecca Y. Barrett<br>.<br>rebecca.barrett@eqtexeter.com | 000150P001-1563S-118<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-118<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM |
| 000129P001-1563S-118<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM | 000181P001-1563S-118<br>GIBSON DUNN & CRUTCHER LLP<br>KEITH R MARTORANA, ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KMARTORANA@GIBSONDUNN.COM | 000182P001-1563S-118<br>GIBSON DUNN & CRUTCHER LLP<br>SUZANNE SPAN, ESQ<br>3161 MICHELSON DRIVE STE 1200<br>IRVINE CA 92612<br>SSPAN@GIBSONDUNN.COM | 000133P001-1563S-118<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM |
| 000133P001-1563S-118<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM | 000157P001-1563S-118<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM | 000157P001-1563S-118<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>DENNIS.MELORO@GTLAW.COM | 000130P001-1563S-118<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109<br>JDORAN@HINCKLEYALLEN.COM |
| 000044P001-1563S-118<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000044P001-1563S-118<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000142P001-1563S-118<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>HLENNOX@JONESDAY.COM | 000142P001-1563S-118<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>OZELTNER@JONESDAY.COM |
| 000142P001-1563S-118<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>NBUCHTA@JONESDAY.COM | 000160P001-1563S-118<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201<br>DAVID.WEITMAN@KLGATES.COM | 000161P001-1563S-118<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM | 000161P001-1563S-118<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM |
| 000189P003-1563S-118<br>KELLEY LAW FIRM<br>LALAH JOHNSON<br>201 N. HARWOOD ST.<br>DALLAS TX 75201<br>JOHNSON@KELLEYFIRM.COM | 000163P001-1563S-118<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>MHANDLER@KSLAW.COM | 000163P001-1563S-118<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>NBELLO@KSLAW.COM | 000164P001-1563S-118<br>KING & SPALDING LLP<br>THADDEUS D WILSON<br>1180 PEACHTREE ST.,NE<br>ATLANTA GA 30309<br>THADWILSON@KSLAW.COM |

Case 24-12391-CTG    Doc 355    Filed 03/06/25    Page 7 of 14

American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 8                                                                                                       02/27/2025 11:17:06 AM

| | | | |
|---|---|---|---|
| 000132P001-1563S-118<br>KIRKLAND AND ELLIS LLP<br>MELISSA MERTZ<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>MELISSA.MERTZ@KIRKLAND.COM | 000121P001-1563S-118<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>TARA L GRUNDEMEIER<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@LGBS.COM | 000124P001-1563S-118<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 000127P001-1563S-118<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br>AUSTIN.BANKRUPTCY@LGBS.COM |
| 000131P001-1563S-118<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST., STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@LGBS.COM | 000047P001-1563S-118<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000049P001-1563S-118<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000050P001-1563S-118<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000196P001-1563S-118<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK; MALIHEH ZARE<br>405 NORTH KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>KBUCK@MCCARTER.COM | 000196P001-1563S-118<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK; MALIHEH ZARE<br>405 NORTH KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>MZARE@MCCARTER.COM | 000202P001-1563S-118<br>MCCARTER AND ENGLISH LLP<br>KATE ROGGIO BUCK ESQ<br>Maliheh Zare, Esq.<br>405 NORTH KING ST<br>8TH FLOOR<br>WILMINGTON DE 19801<br>KBUCK@MCCARTER.COM | 000202P001-1563S-118<br>MCCARTER AND ENGLISH LLP<br>KATE ROGGIO BUCK ESQ<br>Maliheh Zare, Esq.<br>405 NORTH KING ST<br>8TH FLOOR<br>WILMINGTON DE 19801<br>mzare@mccarter.com |
| 000126P001-1563S-118<br>MCCREARY VESELKA BRAGG & ALLEN P.C.<br>JULIE ANN PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269<br>JPARSONS@MVBALAW.COM | 000051P001-1563S-118<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000055P001-1563S-118<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000117P001-1563S-118<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM |
| 000117P001-1563S-118<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>JLEVIN@MORRISJAMES.COM | 000138P001-1563S-118<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>CMILLER@MORRISNICHOLS.COM | 000138P001-1563S-118<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER; AUSTIN T PARK<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>APARK@MORRISNICHOLS.COM | 000154P001-1563S-118<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>LMARINUZZI@MOFO.COM |
| 000154P001-1563S-118<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DMANNAL@MOFO.COM | 000154P001-1563S-118<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>TFOUDY@MOFO.COM | 000155P002-1563S-118<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>BBUTTERFIELD@MOFO.COM | 000155P002-1563S-118<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>RFERRAIOLI@MOFO.COM |

Case 24-12391-CTG Doc 855 Filed 03/06/25 Page 8 of 14
American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 8                                                                                   02/27/2025 11:17:06 AM

| | | | |
|---|---|---|---|
| 000155P002-1563S-118<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DSMOLARSKI@MOFO.COM | 000171P001-1563S-118<br>MUNSCH HARDT KOPF & HARR PC<br>DEBORAH M PERRY<br>500 N AKARD ST.,STE 4000<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM | 000204P001-1563S-118<br>MUNSCH HARDT KOPF & HARR, P.C.<br>DEBORAH M PERRY<br>500 N AKARD STREET SUITE 4000<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM | 000151P001-1563S-118<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HCFL.GOV |
| 000151P001-1563S-118<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>STROUPJ@HCFL.GOV | 000151P001-1563S-118<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>CONNORSA@HCFL.GOV | 000201P001-1563S-118<br>NARRON WENZEL<br>David F. Mills, Esq.<br>102 S THIRD ST<br>PO BOX 1567<br>SMITHFIELD NC 27577<br>DMILLS@NARRONWENZEL.COM | 000195P001-1563S-118<br>NARRON WENZEL P.A.<br>DAVID F MILLS,ESQ<br>102 S THIRD ST<br>P O BOX 1567<br>SMITHFIELD NC 27577<br>DMILLS@NARRONWENZEL.COM |
| 000056P001-1563S-118<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 000135P001-1563S-118<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>JODY A BEDENBAUGH<br>MERIDIAN<br>1320 MAIN ST., 17TH FLOOR<br>COLUMBIA SC 29201<br>JODY.BEDENBAUGH@NELSONMULLINS.COM | 000057P001-1563S-118<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000058P001-1563S-118<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV |
| 000146P002-1563S-118<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>DONGWOO.KIM@NEXENTIRE.COM | 000146P002-1563S-118<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>PETERP@NEXENTIRE.COM | 000063P001-1563S-118<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV | 000167P001-1563S-118<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>ROMA.DESAI@OAG.TEXAS.GOV |
| 000167P001-1563S-118<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>SEAN.FLYNN@OAG.TEXAS.GOV | 000167P001-1563S-118<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV | 000003P002-1563S-118<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>RICHARD.SCHEPACARTER@USDOJ.GOV | 000173P001-1563S-118<br>ONE LLP<br>LAWRENCE J HILTON;ROBERT D HUNT<br>23 CORPORATE PLAZA<br>SUITE 150-105<br>NEWPORT BEACH CA 92660<br>LHILTON@ONELLP.COM |
| 000173P001-1563S-118<br>ONE LLP<br>LAWRENCE J HILTON;ROBERT D HUNT<br>23 CORPORATE PLAZA<br>SUITE 150-105<br>NEWPORT BEACH CA 92660<br>RHUNT@ONELLP.COM | 000066P001-1563S-118<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000029P001-1563S-118<br>OTTERBOURG P.C.<br>CHAD B. SIMON<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>CSIMON@OTTERBOURG.COM | 000030P001-1563S-118<br>OTTERBOURG P.C.<br>DANIEL F. FIORILLO<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>DFIORILLO@OTTERBOURG.COM |

Case 24-12391-CTG Doc 355 Filed 03/06/25 Page 9 of 14
American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 6 of 8                                                         02/27/2025 11:17:06 AM

| | | | |
|---|---|---|---|
| 000110P001-1563S-118<br>OTTERBOURG P.C.<br>JAMES C. DREW<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>JDREW@OTTERBOURG.COM | 000118P001-1563S-118<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>JWEISS@PASHMANSTEIN.COM | 000118P001-1563S-118<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>AGAMBALE@PASHMANSTEIN.COM | 000159P001-1563S-118<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>JOSEPH M GRAHAM<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019<br>JGRAHAM@PAULWEISS.COM |
| 000067P001-1563S-118<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000128P001-1563S-118<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>MELISSA E VALDEZ<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON TX 77008<br>MVALDEZ@PBFCM.COM | 000136P001-1563S-118<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408<br>LMBKR@PBFCM.COM | 000139P001-1563S-118<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042<br>LREECE@PBFCM.COM |
| 000140P001-1563S-118<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042<br>LREECE@PBFCM.COM | 000141P001-1563S-118<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ELIZABETH BANDA CALVO<br>500 E BORDER ST., STE 640<br>ARLINGTON TX 76010<br>EBCALVO@PBFCM.COM | 000111P001-1563S-118<br>POTTER ANDERSON & CORROON LLP<br>M. BLAKE CLEARY<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>BCLEARY@POTTERANDERSON.COM | 000112P001-1563S-118<br>POTTER ANDERSON & CORROON LLP<br>L. KATHERINE GOOD<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>KGOOD@POTTERANDERSON.COM |
| 000113P001-1563S-118<br>POTTER ANDERSON & CORROON LLP<br>GREGORY J. FLASSER<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>GFLASSER@POTTERANDERSON.COM | 000114P001-1563S-118<br>POTTER ANDERSON & CORROON LLP<br>SAMEEN RIZVI<br>1313 N MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>SRIZVI@POTTERANDERSON.COM | 000152P001-1563S-118<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801<br>KGWYNNE@REEDSMITH.COM | 000152P001-1563S-118<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801<br>CCAPP@REEDSMITH.COM |
| 000123P001-1563S-118<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000123P001-1563S-118<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KNIGHT@RLF.COM | 000123P001-1563S-118<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEIGER@RLF.COM | 000158P001-1563S-118<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SHAPIRO@RLF.COM |
| 000158P001-1563S-118<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>MCCAULEY@RLF.COM | 000149P001-1563S-118<br>RYDER TRUCK RENTAL INC<br>MICHAEL MANDELL<br>2333 PONCE DE LEON BLVD STE 700<br>CORAL GABLES FL 33134<br>MANDMS@RYDER.COM | 000156P002-1563S-118<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>LUKE.MURLEY@SAUL.COM | 000156P002-1563S-118<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>TURNER.FALK@SAUL.COM |

Case 24-12391-CTG   Doc 355   Filed 03/06/25   Page 10 of 14
American Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 7 of 8                                                                 02/27/2025 11:17:06 AM

| | | | |
|---|---|---|---|
| 000156P002-1563S-118<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>NICHOLAS.SMARGIASSI@SAUL.COM | 000115P001-1563S-118<br>SCHULTE ROTH & ZABEL LLP<br>REUBEN E DIZENGOFF,ESQ<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>REUBEN.DIZENGOFF@SRZ.COM | 000116P001-1563S-118<br>SCHULTE ROTH & ZABEL LLP<br>DOUGLAS S MINTZ,ESQ<br>555 13TH STREET,NW STE 6W<br>WASHINGTON DC 20004<br>DOUGLAS.MINTZ@SRZ.COM | 000016P001-1563S-118<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| 000017P001-1563S-118<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000187P001-1563S-118<br>SINGER & LEVICK P.C.<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD,.,STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | 000153P001-1563S-118<br>SIRLIN LESSER & BENSON P.C.<br>DANA S PLON,ESQ<br>123 SOUTH BROAD ST.,STE 2100<br>PHILADELPHIA PA 19109<br>DPLON@SIRLINLAW.COM | 000070P001-1563S-118<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM |
| 000175P001-1563S-118<br>SQUIRE PATTON BOGGS (US) LLP<br>MARK A SALZBERG<br>2550 M ST.,NW<br>WASHINGTON DC 20037<br>MARK.SALZBERG@SQUIREPB.COM | 000170P001-1563S-118<br>STRADLING YOCCA CARLSON & RAUTH<br>PAUL R GLASSMAN<br>10100 SANTA MONICA BLVD., STE 1450<br>LOS ANGELES CA 90067<br>PGLASSMAN@STRADLINGLAW.COM | 000145P002-1563S-118<br>SUMITOMO RUBBER NORTH AMERICA INC<br>TOBY BEINER<br>8656 HAVEN AVE.<br>RANCHO CUCAMONGA CA 91730<br>TBEINER@SRNATIRE.COM | 000166P001-1563S-118<br>SWANSON MARTIN & BELL LLP<br>CHARLES S STAHL JR.<br>2525 CABOT DRIVE STE 204<br>LISLE IL 60532<br>CSTAHL@SMBTRIALS.COM |
| 000147P001-1563S-118<br>THE CARLSTAR GROUP LLC<br>RANDY O'BANION<br>725 COOL SPRINGS BLVD STE 500<br>FRANKLIN TN 37067<br>RANDY.OBANION@CARLSTARGROUP.COM | 000169P001-1563S-118<br>THE ROSNER LAW GROUP LLC<br>FREDERICK B ROSNER, ESQ<br>824 N MARKET ST.,STE 810<br>WILMINGTON DE 19801<br>ROSNER@TEAMROSNER.COM | 000005P001-1563S-118<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000073P001-1563S-118<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV |
| 000074P001-1563S-118<br>VERMONT ATTORNEY GENERAL<br>CHARITY R CLARK<br>PAVILLION OFFICE BLDG<br>109 STATE ST<br>MONTPELIER VT 05609-1001<br>AGO.INFO@VERMONT.GOV | 000168P001-1563S-118<br>WELTMAN WEINBERG AND REIS CO.,LPA<br>SCOTT D FINK, AGENT<br>5990 WEST CREEK RD STE 200<br>INDEPENDENCE OH 44131<br>BRONATIONALECF@WELTMAN.COM | 000177P001-1563S-118<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>MMUELLER@WILLIAMSMULLEN.COM | 000177P001-1563S-118<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>JMCLEMORE@WILLIAMSMULLEN.COM |
| 000177P001-1563S-118<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>JVANTINE@WILLIAMSMULLEN.COM | 000078P001-1563S-118<br>WISCONSIN DEPT OF JUSTICE<br>BANKRUPTCY DEPT<br>17 WEST MAIN ST<br>PO BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US | 000186P001-1563S-118<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000186P001-1563S-118<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>MARCY.SMITH@WBD-US.COM |

Case 24-12391-CTG   Doc 355   Filed 03/06/25   Page 11 of 14
American Tire Distributors, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 8 of 8                                                                                                                                              02/27/2025 11:17:06 AM

| | | | |
|---|---|---|---|
| 000205P001-1563S-118<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 N MARKET STREET SUITE 1200<br>WILMINGTON DE 19801<br>MORGAN.PATTERSON@WBD-US.COM | 000165P001-1563S-118<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | 000165P001-1563S-118<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>KGUERKE@YCST.COM | 000165P001-1563S-118<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>RLAMB@YCST.COM |

Records Printed :   **172**

**EXHIBIT 2**

Case 24-12391-CTG Doc 855 Filed 03/06/25 Page 13 of 14

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

Page # : 1 of 2                                                                                                                    02/27/2025 11:18:58 AM

| | | | |
|---|---|---|---|
| 000031P001-1563S-118<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000207P001-1563S-118<br>AMEX TRS CO.,INC.<br>BECKET & LEE LLP<br>CHRISTOPHER CRAMER, CLAIMS ADM<br>P O BOX 3001<br>MALVERN PA 19355-0701 | 000013P001-1563S-118<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000034P001-1563S-118<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 |
| 000008P001-1563S-118<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000006P001-1563S-118<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1563S-118<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000206P001-1563S-118<br>EXETER 11503 POCOMOKE LLC<br>HENRY STEINBERG OR STEVEN STEIN<br>FIVE RADNOR CORPORATE CENTER 100 MATSONFORD<br>RADNOR PA 19087 |
| 000039P001-1563S-118<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000009P001-1563S-118<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000040P001-1563S-118<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000041P001-1563S-118<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 |
| 000042P001-1563S-118<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000043P001-1563S-118<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 000001P001-1563S-118<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1563S-118<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000208P002-1563S-118<br>JLL INDUSTRIAL<br>MEGHAN JOHNSON, GEN MGR<br>225 108TH AVE NE, STE 550<br>BELLEVUE WA 98004 | 000045P001-1563S-118<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000046P001-1563S-118<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | 000048P001-1563S-118<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 |
| 000162P001-1563S-118<br>MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE<br>LAURA MOLLET,GENERAL COUNSEL<br>14401 PRINCETON AVE<br>MOORPARK CA 93021 | 000018P001-1563S-118<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000010P001-1563S-118<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000052P001-1563S-118<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |
| 000053P001-1563S-118<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000054P001-1563S-118<br>MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | 000059P001-1563S-118<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000060P001-1563S-118<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 |

American Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

Page # : 2 of 2                                                                                       02/27/2025 11:18:58 AM

| | | | |
|---|---|---|---|
| 000061P001-1563S-118<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000062P001-1563S-118<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000064P001-1563S-118<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | 000065P001-1563S-118<br>OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 |
| 000068P001-1563S-118<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000015P001-1563S-118<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000012P001-1563S-118<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000069P001-1563S-118<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 |
| 000071P001-1563S-118<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000072P001-1563S-118<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000011P001-1563S-118<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000019P001-1563S-118<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 |
| 000075P001-1563S-118<br>VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000076P001-1563S-118<br>WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | 000077P001-1563S-118<br>WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | 000079P001-1563S-118<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 |

Records Printed :   44