**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         ) ss:
COUNTY OF NEW YORK  )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 27th day of February 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the "Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 1, 2025 Through January 31, 2025" (Docket No. 824), upon the parties as set forth in Exhibit 1, attached hereto, via electronic mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are American Tire Distributors, Inc. (4594); ATD New Holdings II, Inc. (4985); ATD New Holdings III, Inc. (0977); ATD New Holdings, Inc. (3406); ATD Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); FLX FWD Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Terry's Tire Town Holdings, LLC (7409); The Hercules Tire & Rubber Company (3365); Tire Pros Francorp, LLC (1813); Tirebuyer.com, LLC (9093); and Torqata Data and Analytics LLC (4992). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12220 Herbert Wayne Court, Huntersville, NC 28078.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of March 2025, New York, New York.

By _____
Sung Jae Kim

Sworn before me this
5th day of March 2025

_____
Notary Public

*[Notary seal: ROBIN ALEXANDRA CHARLES, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01CH6427586, QUALIFIED IN KINGS COUNTY, COMM. EXP. 01-03-2026]*

2

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000027P002-1563S-119<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>PDUBLIN@AKINGUMP.COM | 000028P002-1563S-119<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>NMOSS@AKINGUMP.COM | 000192P001-1563S-119<br>AMERICAN TIRE DISTRIBUTORS<br>ROBERT C. TOMS IV<br>12200 HERBERT WAYNE COURT<br>HUNTERSVILLE NC 28078<br>RToms@atd.com | 000021P001-1563S-119<br>KIRKLAND AND ELLIS LLP<br>CHAD J HUSNICK<br>333 WEST WOLF PT PLZ<br>CHICAGO IL 60654<br>CHAD.HUSNICK@KIRKLAND.COM |
| 000022P001-1563S-119<br>KIRKLAND AND ELLIS LLP<br>ANUP SATHY<br>333 WEST WOLF PT PLZ<br>CHICAGO IL 60654<br>ANUP.SATHY@KIRKLAND.COM | 000023P001-1563S-119<br>KIRKLAND AND ELLIS LLP<br>DAVID R GREMLING<br>333 WEST WOLF PT PLZ<br>CHICAGO IL 60654<br>DAVID.GREMLING@KIRKLAND.COM | 000193P001-1563S-119<br>KIRKLAND AND ELLIS LLP<br>MELISSA MERTZ; MAX M. FREEDMAN<br>333 WEST WOLF PT PLZ<br>CHICAGO IL 60654<br>melissa.mertz@kirkland.com | 000193P001-1563S-119<br>KIRKLAND AND ELLIS LLP<br>MELISSA MERTZ; MAX M. FREEDMAN<br>333 WEST WOLF PT PLZ<br>CHICAGO IL 60654<br>max.freedman@kirkland.com |
| 000194P001-1563S-119<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL;<br>RAFF FERRAIOLI; DARREN SMOLARSKI<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>lmarinuzzi@mofo.com | 000194P001-1563S-119<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL;<br>RAFF FERRAIOLI; DARREN SMOLARSKI<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>dmannal@mofo.com | 000194P001-1563S-119<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL;<br>RAFF FERRAIOLI; DARREN SMOLARSKI<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>rferraioli@mofo.com | 000194P001-1563S-119<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL;<br>RAFF FERRAIOLI; DARREN SMOLARSKI<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>dsmolarski@mofo.com |
| 000003P002-1563S-119<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>RICHARD.SCHEPACARTER@USDOJ.GOV | 000029P001-1563S-119<br>OTTERBOURG P.C.<br>CHAD B. SIMON<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>CSIMON@OTTERBOURG.COM | 000030P001-1563S-119<br>OTTERBOURG P.C.<br>DANIEL F. FIORILLO<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>DFIORILLO@OTTERBOURG.COM | 000024P001-1563S-119<br>PACHULSKI STANG ZIEHL AND JONES LLP<br>LAURA DAVIS JONES<br>919 NORTH MARKET ST<br>17TH FL<br>WILMINGTON DE 19801<br>LJONES@PSZJLAW.COM |
| 000025P001-1563S-119<br>PACHULSKI STANG ZIEHL AND JONES LLP<br>TIMOTHY P CAIRNS<br>919 NORTH MARKET ST<br>17TH FL<br>WILMINGTON DE 19801<br>TCAIRNS@PSZJLAW.COM | 000026P001-1563S-119<br>PACHULSKI STANG ZIEHL AND JONES LLP<br>EDWARD A CORMA<br>919 NORTH MARKET ST<br>17TH FL<br>WILMINGTON DE 19801<br>ECORMA@PSZJLAW.COM | 000111P001-1563S-119<br>POTTER ANDERSON & CORROON LLP<br>M. BLAKE CLEARY<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>BCLEARY@POTTERANDERSON.COM | 000112P001-1563S-119<br>POTTER ANDERSON & CORROON LLP<br>L. KATHERINE GOOD<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>KGOOD@POTTERANDERSON.COM |
| 000156P002-1563S-119<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>LUKE.MURLEY@SAUL.COM | 000156P002-1563S-119<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>TURNER.FALK@SAUL.COM | 000156P002-1563S-119<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>NICHOLAS.SMARGIASSI@SAUL.COM | |

Records Printed :   23