## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2025, a copy of the foregoing *Omnibus Objection* was served on all parties receiving CM/ECF notices in this case and upon the on parties listed below and on the attached service list by email:

American Tire Distributors, Inc.,
12200 Herbert Wayne Court,
Huntersville, NC 28078
Attn.: Robert C. Toms, IV (via USPS First Class Mail)

Kirkland & Ellis LLP,
333 West Wolf Point Plaza
Chicago, Illinois 60654
Attn.: Anup Sathy, P.C. (anup.sathy@kirkland.com),
Attn.: Chad J. Husnick, P.C. (chad.husnick@kirkland.com),
Attn.: David R. Gremling (dave.gremling@kirkland.com), and
Attn.: Melissa Mertz (melissa.mertz@kirkland.com);
*Co-Counsel to the Debtors*

Pachulski Stang Ziehl & Jones LLP,
919 North Market Street, 17th Floor
Wilmington, Delaware 19801,
Attn: Laura Davis Jones (ljones@pszjlaw.com),
Attn.: Timothy P. Cairns (tcairns@pszjlaw.com),
Attn.: Edward A. Corma (ecorma@pszjlaw.com);
*Co-Counsel to the Debtors*

The Office of the United States Trustee for the District of Delaware,
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn.: Richard L. Shepacarter (richard.schepacarter@usdoj.gov);
Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov)

Otterbourg P.C.,
230 Park Avenue
New York, New York 10169
Attn.: Daniel F. Fiorillo (DFiorillo@otterbourg.com),
Attn.: Chad B. Simon (CSimon@otterbourg.com);
*Counsel to Wells Fargo Bank, National Association, as administrative agent for certain prepetition and postpetition lenders of the Debtors*

1617858712

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn.: Philip C. Dublin (pdublin@akingump.com)
Attn.: Zachary Wittenberg (zwittenberg@akingump.com)
Attn.: Naomi Moss (nmoss@akingump.com)
*Counsel to the Ad Hoc Group and the DIP Term Lenders*

Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Attn.: M. Blake Cleary (bcleary@potteranderson.com)
Attn.: L. Katherine Good (kgood@potteranderson.com)
*Counsel to the Ad Hoc Group and the DIP Term Lenders*

Morrison & Foerster LLP,
250 West 55th Street
New York, New York 10019
Attn.: Lorenzo Marinuzzi (lmarinuzzi@mofo.com),
Attn.: Doug Mannal (dmannal@mofo.com),
Attn.: Theresa A. Foudy (tfoudy@mofo.com),
Attn.: Benjamin Butterfield (bbutterfield@mofo.com),
Attn.:  Raff Ferraioli (rferraioli@mofo.com),
Attn.: Darren Smolarski (dsmolarski@mofo.com)
*Counsel to the Committee*

Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19081
Attn.: Lucian B. Murley (luke.murley@saul.com),
Attn.: Turner N. Falk (turner.falk@saul.com),
Attn.: Nicholas Smargiassi (nicholas.smargiassi@saul.com)
*Counsel to the Committee*


        */s/  R. Craig Martin*
        R. Craig Martin (DE 5032)

2

1617858712