IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLDCO TIRE DISTRIBUTORS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12391 (CTG)<br><br>(Jointly Administered)<br>**D.I. 951** |

**NOTICE OF WITHDRAWAL OF SUPPLEMENTAL DECLARATION OF LORENZO MARINUZZI IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN TIRE DISTRIBUTORS, INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MORRISON & FOERSTER LLP AS COUNSEL EFFECTIVE AS OF NOVEMBER 5, 2024**

Please be advised that on March 27, 2025, The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, filed the *Supplemental Declaration of Lorenzo Marinuzzi in Support of the Application of the Official Committee of Unsecured Creditors of American Tire Distributors, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Morrison & Foerster LLP as Counsel Effective as of November 5, 2024* (the "Supplemental Declaration") [DI 951]. The Committee hereby withdraws the Supplemental Declaration.

Dated: March 27, 2025

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:    (302) 421-6898
Email:    luke.murley@saul.com

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

55331176.1 03/27/2025