**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 27, 2025 AT 1:00 P.M. (ET)[3]**

---

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by one hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

**ADJOURNED MATTER:**

1.  Motion of Abdullah Maali and Bahia Maali for Relief from Automatic Stay [Filed 3/3/25] (Docket No. 841)

    Response Deadline:  March 17, 2025 at 4:00 p.m. (ET). [Extended for Debtors until **March 26, 2025** at 4:00 p.m. (ET)].

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

[2]   **Amended items appear in bold.**

[3]   This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re:  Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

<u>Responses Received:</u> None

<u>Related Documents:</u> None

<u>Status:</u> This matter is adjourned to the hearing on March 31, 2025 at 10:00 a.m. (ET).

**<u>MATTERS WITH ORDERS ENTERED:</u>**

2.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of Supplemental Declaration of Chad J. Husnick in Support of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of October 22, 2024 [Filed 2/25/25] ([Docket No. 803](#))

<u>Response Deadline:</u>  March 11, 2025 at 4:00 p.m. (ET).

<u>Responses Received:</u>  None

(a)    Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of Supplemental Declaration of Chad J. Husnick in Support of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of October 22, 2024 [Filed 3/12/25] ([Docket No. 875](#))

(b)    [Entered] Order Authorizing Debtors to File Under Seal Certain Portions of Supplemental  Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry  of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of October 22, 2024 [Entered 3/13/25] ([Docket No. 878](#))

<u>Status:</u> An order has been entered.  No hearing is necessary unless otherwise directed by the Court.

3.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of Certification of Counsel Regarding Stipulated Order Resolving Objections of On Demand Technologies, Inc. d/b/a OneRail to Debtors Sale Transactions [Filed 2/25/25] ([Docket No. 804](#))

<u>Response Deadline:</u>  March 11, 2025 at 4:00 p.m. (ET).

<u>Responses Received:</u>  None

<u>Related Documents:</u>

4922-0710-9935.1 03709.00001

(a)     Certification of No Objection Regarding Debtors' Motion for Entry of an Order
Authorizing Debtors to File Under Seal Certain Portions of Certification of
Counsel Regarding Stipulated Order Resolving Objections of On Demand
Technologies, Inc. d/b/a OneRail to Debtors Sale Transactions [Filed 3/12/25]
([Docket No. 876](#))

(b)     [Entered] Order Authorizing Debtors to File Under Seal Certain Portions of
Certification of Counsel Regarding Stipulated Order Resolving Objections of On
Demand Technologies, Inc. d/b/a OneRail to Debtors Sale Transactions [Entered
3/13/25] ([Docket No. 879](#))

Status: An order has been entered.  No hearing is necessary unless otherwise directed by
the Court.

**MATTER GOING FORWARD:**

4.     Amended Joint Chapter 11 Plan of American Tire Distributors, Inc. and Its Debtor
Affiliates [Filed 2/18/25] ([Docket No. 761](#))

Response Deadline:  March 24, 2025 at 12:00 p.m. (ET).

Responses Received:

(a)     Objection of Stephen Williams And Susan Williams and Colorado Counties
Casualty and Property Pool To Final Approval Of Disclosure Statement and
Confirmation of Amended Joint Chapter 11 Plan of American Tire Distributors
and its Debtor Affiliates [Filed 3/17/25] ([Docket No. 887](#))

(i)     Notice of Withdrawal of Objection of Stephen Williams and Susan
Williams and Colorado Counties Casualty and Property Pool to Final Approval of
Disclosure Statement and Confirmation of Amended Joint Chapter 11 Plan of
American Tire Distributors and its Debtor Affiliates [Filed 3/24/25]
([Docket No. 921](#))

Related Documents:

(a)     Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of
American Tire Distributors, Inc. and Its Debtor Affiliates [Filed 2/19/25] ([Docket
No. 762](#))

(b)     [Entered] Order (I) Conditionally Approving the Adequacy of the Disclosure
Statement, (II) Approving the Solicitation and Voting Procedures With Respect to
Confirmation of the Debtors' Joint Chapter 11 Plan, (III) Approving the Form of
Ballot and Notices In Connection Therewith, (IV) Scheduling Certain Dates and
Deadlines and Shortening Notice With Respect Thereto, and (V) Granting Related
Relief  ([Docket No. 766](#))

4922-0710-9935.1 03709.00001

(c)      Notice of Hearing to Consider Confirmation of the Amended Joint Chapter 11 Plan of American Tire Distributors, Inc [Filed 3/6/25] (Docket No. 859)

(d)      Plan Supplement for the Joint Chapter 11 Plan of American Tire Distributors, Inc. and Its Debtor Affiliates [Filed 3/18/25] (Docket No. 890)

(e)      Debtors' Witness and Exhibit List for Hearing on March 27, 2025 at 1:00 p.m. (ET) [Filed 3/25/25] (Docket No. 924)

(f)      Amended Joint Chapter 11 Plan of Oldco Tire Distributors, Inc. and Its Debtor Affiliates (Technical Modifications) [Filed 3/25/25] (Docket No. 927)

(g)      Notice of Filing of Redline of Technical Modification Plan [Filed 3/25/25] (Docket No. 928)

(h)      Debtors' Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Amended Joint Chapter 11 Plan (Technical Modifications) [Filed 3/25/25] (Docket No. 929)

(i)      Declaration of Roger Meltzer in Support of Confirmation of the Amended Joint Chapter 11 Plan of Oldco Tire Distributors, Inc. and Its Debtor Affiliates (Technical Modifications) [Filed 3/25/25] (Docket No. 930)

(j)      Declaration of Ronald J. Bienias, Chief Restructuring Officer of Oldco Tire Distributors, Inc., in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Amended Joint Chapter 11 Plan of Oldco Tire Distributors, Inc. and Its Debtor Affiliates (Technical Modifications) [Filed 3/25/25] (Docket No. 931)

(k)      (SEALED) Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Amended Joint Plan of American Tire Distributors, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 3/25/25] (Docket No. 932)

(l)      [REDACTED] Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Amended Joint Plan of American Tire Distributors, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed 3/25/25] (Docket No. 935)

(m)      Notice of Filing of Proposed Confirmation Order [Filed 3/25/25] (Docket No. 938)

(n)      Debtors' Amended Witness and Exhibit List for Hearing on March 27, 2025 at 1:00 p.m. (ET) [Filed 3/26/25] (Docket No. 944)

4922-0710-9935.1 03709.00001

(o)    **Notice of Filing of Revised Confirmation Order [Filed 3/27/25] ([Docket No. 948](#))**

Status: This matter is going forward.  The Debtors plan to submit a revised form of confirmation order ahead of the hearing.

Dated:  March **27**, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | David R. Gremling (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone: (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile: (302) 652-4400 | Telephone: (312) 862-2000 |
| Email: ljones@pszjlaw.com | Facsimile: (312) 862-2200 |
|  tcairns@pszjlaw.com | Email: anup.sathy@kirkland.com |
|  ecorma@pszjlaw.com |  chad.husnick@kirkland.com |
| |  dave.gremling@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*            *Co-Counsel for the Debtors and Debtors in Possession*

4922-0710-9935.1 03709.00001