Oldco Tire Distributors, Inc.
24-12391

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Matthew | Austria | Austria Legal, LLC | CO2 AI | Video and Audio |
| Malcolm | Bates | Office of the United States Trustee | US Trustee | Video and Audio |
| Jim | Bienias | AlixPartners | Debtors | Video and Audio |
| Nick | Buchta | Jones Day | The Goodyear Tire & Rubber Company | Video and Audio |
| Johnny | Burlacu | Donlin Recano | | Video and Audio |
| Benjamin | Butterfield | Morrison & Foerster LLP | Creditors&#039; Committee | Video and Audio |
| Cameron | Capp | | | Video and Audio |
| M. | Cleary | Potter Anderson & Corroon LLP | Ad Hoc Group | Video and Audio |
| Kevin | Cockerham | | | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Edward | Corma | Pachulski Stang Ziehl & Jones | Debtors | Video and Audio |
| Roma | Desai | Office of the Attorney General of Texas | Texas Commission on Environmental Quality | Video and Audio |
| Robert | Diehl | Kirkland & Ellis LLP | Debtors | Video and Audio |
| August | Dinwiddie | Hughes Hubbard & Reed LLP - New York, NY | Casual Observer | Audio Only |
| Reuben | Dizengoff | SRZ | WSFS | Video and Audio |
| William | Dorward | Singer & Levick, PC | Link Logistics | Video and Audio |
| Kevin | Eide | AKIN GUMP STRAUSS HAUER & FELD LLP | Ad Hoc Group | Video and Audio |
| Michael | Esser | Kirkland & Ellis | Debtors | Video and Audio |
| Turner | Falk | Saul Ewing LLP | Committee | Video and Audio |
| Raff | Ferraioli | Morrison & Forester LLP | Creditors&#039; Committee | Video and Audio |
| Scott | Flaherty | Press/LevFin Insights | | Audio Only |
| Gregory | Flasser | Potter Anderson & Corroon LLP | Ad Hoc Group | Video and Audio |
| Sean | Flynn | Office of The Attorney General of Texas | TCEQ | Video and Audio |
| Theresa | Foudy | Morrison & Foerster LLP | Creditors&#039; Committee | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Paul | Glassman | Stradling Yoca Carlson & Rauth | ZC Rubber America, Inc. | Video and Audio |
| Ivan | Gold | Allen Matkins Leck Gamble Mallory & Natsis LLP | 7409-7515 Leadbetter Road, LLC | Video and Audio |
| David | Gremling | Kirkland & Ellis | Debtors | Video and Audio |
| Patrick | Holohan | | | Audio Only |
| Chad | Husnick | Kirkland & Ellis | Debtors | Video and Audio |
| Garo | Khachikian | Province | Creditors&#039; Committee | Video and Audio |
| Brian | Laine | Alston & Bird LLP | Van Wagner Sports & Entertainment, LLC | Video and Audio |
| Jason | Levin | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Alan | Lipkin | Chaffetz Lindsey LLP | HEF (NC-SC) QRS 14-86 Inc. | Video and Audio |
| Don | Mago | | Interested Party | Video and Audio |
| Christian | Mancino | Kirkland & Ellis | Debtors | Video and Audio |
| Lorenzo | Marinuzzi | Morrison & Foerster LLP | Creditors&#039; Committee | Video and Audio |
| James | McCauley | Richards, Layton & Finger | Citi | Video and Audio |
| Roger | Meltzer | DLA Piper | | Video and Audio |
| Melissa | Mertz | Kirkland & Ellis | Debtors | Video and Audio |

Oldco Tire Distributors, Inc.
24-12391

| First | Last | Firm | Representing | Attendance |
|---|---|---|---|---|
| Curtis | Miller | Morris Nichols Arsht & Tunnell | HEF (NC-SC) QRS 14-86 Inc. | Video and Audio |
| David | Mills | Narron Wenzel, PA | Pinecrest Development | Video and Audio |
| Eric | Monzo | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Naomi | Moss | Akin Gump Stauss Hauer & Feld LLP | Ad Hoc Group | Video and Audio |
| Lucian | Murley | Saul Ewing LLP | Creditors' Committee | Video and Audio |
| Paul | Navid | Province | Creditors' Committee | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | HEF (NC-SC) QRS 14-86 Inc. | Video and Audio |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | Ad Hoc Group | Video and Audio |
| Megan | Robertson | SRZ | WSFS | Video and Audio |
| Laurel | Roglen | Ballard Spahr LLP | Golden Springs Development Company | Video and Audio |
| Melissa | Romano | | | Video and Audio |
| Mark | Salzberg | Squire Patton Boggs (US) LLP | Blue Yonder, Inc. | Audio Only |
| Kimberly | Schiffman | Alston & Bird LLP | Van Wagner Sports & Entertainment, LLC | Video and Audio |
| Darren | Smolarski | Morrison & Foerster LLP | Creditors' Committee | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | Wells Fargo Bank | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Justin | Szeto | Akin Gump Stauss Hauer & Feld LLP | | Video and Audio |
| Catherine | Via | Burr & Forman LLP | Regions Bank | Video and Audio |
| Alex | Wittenberg | Law360 | | Audio Only |
| Blanka | Wolfe | | | Audio Only |
| Oliver | Zeltner | Jones Day | The Goodyear Tire & Rubber Company | Video and Audio |
| Ben | Zigterman | Law360 | | Audio Only |