**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OLDCO TIRE DISTRIBUTORS, INC., *et al.*,[1] | ) | Case No. 24-12391 (CTG) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK   )
                        ) ss:
COUNTY OF NEW YORK   )

I, Jennifer S. Goode, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, LLC ("<u>DRC</u>"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 2nd day of June 2025, <u>DRC</u>, acting under my supervision, caused to serve, a true and accurate copy of the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* (Docket No. 1155), via U.S. First Class Mail upon the parties as set forth on <u>Exhibit 1</u>, attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on this 9th day of June 2025, New York, New York.

By *Jennifer Goode*
Jennifer S. Goode

Sworn before me this
9th day of June 2025

Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

2

.

# EXHIBIT 1

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

06/02/2025 04:50:46 PM

| | | | |
|---|---|---|---|
| 041322P002-1563A-196A<br>AMERICAN REFUSE INC<br>JOY STEWART<br>1316 J ST<br>WASCO CA 93280 | 011072P001-1563A-196A<br>AMIDON PARTNERS LLC<br>2700 N FOURTH AVE<br>SIOUX FALLS SD 57104 | 011072S001-1563A-196A<br>AMIDON PARTNERS LLC<br>STEVE BOURASSA<br>2316 GALENA CT<br>SIOUX FALLS SD 57110 | 105344P001-1563A-196A<br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147 |
| 105344S001-1563A-196A<br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br>PAUL ADAMEC<br>500 TECHNOLOGY DRIVE<br>WELDON SPRING MD 63026 | 105369P001-1563A-196A<br>FORBES<br>WILLIAM HOSINSKI<br>499 WASHINGOTN BLVD<br>JERSEY CITY NJ 07310 | 105050P001-1563A-196A<br>LANE HARVEY<br>ADDRESS INTENTIONALLY OMITTED | 105516P001-1563A-196A<br>HEALTHCARE REALTY SVCS LLC AS AGENT FOR<br>HTA-10115 KINCEY AVENUE LLC<br>AKA PARK HUNTERSVILLE PARTNERS LLC<br>CHRIS HATTON<br>10508 PARK RD STE 140<br>CHARLOTTE NC 28210 |
| 105516S001-1563A-196A<br>HEALTHCARE REALTY SVCS LLC AS AGENT FOR<br>HTA-10115 KINCEY AVENUE LLC<br>AKA PARK HUNTERSVILLE PARTNERS LLC<br>STEPHEN COX JR<br>3310 WEST END AVE STE 700<br>NASHVILLE TN 37203 | 105516S002-1563A-196A<br>HEALTHCARE REALTY SVCS LLC AS AGENT FOR<br>HTA-10115 KINCEY AVENUE LLC<br>AKA PARK HUNTERSVILLE PARTNERS LLC<br>BAKER DONELSON BEARMAN ET AL<br>633 CHESTNUT ST STE 1900<br>CHATTANOOGA TN 37450 | 104982P002-1563A-196A<br>HEF NC SC QRS 14-86 INC<br>WP CAREY AND CO LLC<br>MARINA FOLZ<br>ONE MANHATTAN WEST<br>395 9TH AVE 58TH FL<br>NEW YORK NY 10001 | 104982S001-1563A-196A<br>HEF NC SC QRS 14-86 INC<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY 33RD FL<br>NEW YORK NY 10019 |
| 104982S002-1563A-196A<br>HEF NC SC QRS 14-86 INC<br>MORRIS NICHOLS ARSHT AND TUNNEL LLP<br>CURTIS S MILLER<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | 000300P002-1563A-196A<br>IA- DEPT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>BANKRUPTCY UNIT<br>HOOVER STATE OFFICE BLDG<br>1305 E WALNUT<br>DES MOINES IA 50319 | 006221P001-1563A-196A<br>CALVIN JOHNSON<br>ADDRESS INTENTIONALLY OMITTED | 006221S001-1563A-196A<br>CALVIN JOHNSON<br>JEFFREY COOPER<br>ADDRESS INTENTIONALLY OMITTED |
| 105457P002-1563A-196A<br>MARTINS INDUSTRIES<br>BERNSTEIN SHUR SAWYER AND NELSON PA<br>LETSON D BOOTS ESQ<br>100 MIDDLE ST<br>PO BOX 9729<br>PORTLAND ME 04104-5029 | 105457S001-1563A-196A<br>MARTINS INDUSTRIES<br>BENOIT BEAUCHEMIN<br>1200 BLVD INDUSTRIAL<br>FARMHAM QC J2N 385 J2N 385<br>CANADA | 000065P001-1563A-196A<br>MINNESOTA POLLUTION CONTROL AGENCY<br>520 LAFAYETTE RD<br>ST. PAUL MN 55155-4194 | 031145P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 035241P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 028147P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 040453P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 023127P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED |
| 039797P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 038609P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 025372P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED | 030466P001-1563A-196A<br>NAME AND ADDRESS INTENTIONALLY OMITTED |

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 2 of 3                                                                                    06/02/2025 04:50:46 PM

028181P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

031949P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

035355P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

026286P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

023870P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

028012P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

039961P003-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

027015P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

023895P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

033042P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

025555P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

037600P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

025733P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

026533P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

031440P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

041085P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

025244P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

037239P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

023456P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

028928P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

029475P001-1563A-196A
NAME AND ADDRESS INTENTIONALLY OMITTED

013822P001-1563A-196A
NAME INTENTIONALLY OMITTED

013474P001-1563A-196A
NAME INTENTIONALLY OMITTED

105747P002-1563A-196A
NEW LEGEND INC
JESSIE SINGH
1235 OSWALD RD
YUBA CITY CA 95991

105354P001-1563A-196A
NM- TAXATION AND REVENUE DEPT
LISA ELA
PO BOX 8575
ALBUQUERQUE NM 87198-8575

042205P002-1563A-196A
NORTHWEST HANDLING SYSTEMS INC
PAMELA CHWAST
1100 SW 7TH ST
RENTON WA 98057

042205S001-1563A-196A
NORTHWEST HANDLING SYSTEMS INC

000475P001-1563A-196A
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION AND ANTITRUST BUREAU
600 E BLVD AVE
DPET 125
BISMARK ND 58505

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                          06/02/2025 04:50:46 PM

---

000459P001-1563A-196A
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
1305 EAST WALNUST ST 2ND FL
HOOVER BLDG
DES MOINES IA 50319

000468P001-1563A-196A
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
6 STATE HOUSE STATION
AUGUSTA ME 04333

105499P001-1563A-196A
RIGOBERTO ROMERO
BIBIYAN LAW GROUP PC
1460 WESTWOOD BLVD
LOS ANGELES CA 90024

105499S001-1563A-196A
RIGOBERTO ROMERO
DUNDON ADVISERS LLC
APRIL KIMM
10 BANK ST STE 1100
WHITE PLAINS NY 10606

042465P001-1563A-196A
SHINE BRIGHT INC
PO BOX 1005
DERBY KS 67307

043437P001-1563A-196A
SIDETRADE SA
114 RUE GALLIENI
BOULOGNE-BILLANCOURT  92100
FRANCE

043437S001-1563A-196A
SIDETRADE SA
SHERRARD GERMAN & KELLY PC
CHRISTOPHER DAVIS
535 SMITHFIELD ST STE 300
PITTSBURGH PA 15222

000379P001-1563A-196A
SOS OF TENNESSEE
TRE HARGETT
312 ROSA L PARKS AVE
8TH FL SNODGRASS TOWER
NASHVILLE TN 37243-1102

000384P001-1563A-196A
SOS OF WASHINGTON
STEVE HOBBS
LEGISLATEIVE BLDG
PO BOX 40220
OLYMPIA WA 98504-0220

000489P001-1563A-196A
TENNESSEE ATTORNEY GENERAL
CONSUMER PROTECTION
PO BOX 20207
NASHVILLE TN 37202-0207

043486P003-1563A-196A
VAN WAGNER SPORTS AND ENTERTAINMENT LLC
STEVEN PRETSFELDER
800 THRID AVE
28TH FL
NEW YORK NY 10022

043486S001-1563A-196A
VAN WAGNER SPORTS AND ENTERTAINMENT LLC
ALSTON & BIRD LLP
GERARD S CATALANELLO
KIMBERLY J SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016-1387

Records Printed :  **68**