IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC., *et al.*,[1] | Case No. 24-12391 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 1143 and 1227** |

**AGREED ORDER GRANTING MOTION OF FACILITYSOURCE, LLC
D/B/A CBRE RETAIL FOR ALLOWANCE AND PAYMENT
OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion of FacilitySource, LLC d/b/a/ CBRE Retail for Allowance and Payment of Administrative Expense Claim* [Docket No. 1143] (the "**Motion**")[2] and the *Debtors' Limited Response to Administrative Expense Claim of FacilitySource, LLC d/b/a/ CBRE Retail* [Docket No. 1227] (the "**Response**"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion has

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion; provided, however, that the term "Debtors" shall including the "Wind-Down Debtors" as defined in Article I(153) of the *Amended Joint Chapter 11 Plan or Oldco Tire Distributors, Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 968-1].

been given and that no other or further notice is necessary; and objections to the Motion having been withdrawn, resolved, or overruled on the merits; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. CBRE is hereby allowed an administrative expense claim against the Debtors in the amount of $806,577.07 pursuant to 11 U.S.C. § 503(b)(1)(A) (the "**Administrative Expense Claim**").

3. The Buyer is authorized and directed to pay the Administrative Expense Claim to CBRE as follows:

   a. $276,116.25 on or before July 14, 2025;

   b. $265,490.54 on or before September 15, 2025; and

   c. $264,970.28 on or before December 1, 2025.

4. All payments made hereunder shall be made via wire and/or electronic transfer according to instructions provided in writing to the Buyer and the Debtors by CBRE.

5. Nothing in this Order shall release the Debtors of their obligations under Article II(A) of the Plan to pay the Administrative Expense Claim in accordance with the terms of this Order; provided, however, that CBRE has agreed to accept payment of the Administrative Expense Claim first from the Buyer in accordance with the terms of this Order.

6. The Debtors and CBRE are directed and authorized to take all actions reasonably necessary to effectuate the relief granted in this Order.

7. CBRE's rights are reserved to supplement and amend the Motion if additional unpaid administrative amounts have accrued.

8. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order, including without limitation any request by CBRE for further relief.

**Dated: July 15th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

4909-6062-0871, v. 2