**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Virginia Department of Taxation, an agency of the Commonwealth of Virginia, in this action:

I am admitted to practice law in the courts of the Commonwealth of Virginia, the United States District Cout for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Western District of Virginia, and the Fourth Circuit Court of Appeals. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court – District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The Post Effective Date Debtor in this Chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.
.

1

2

Respectfully submitted,

VIRGINIA DEPARTMENT OF TAXATION

_____
Flora T. Hezel (VSB # 47482)
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-8587
Email: fhezel@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically filed a true copy of the foregoing Government Certification via the CM/ECF System, and electronically transmitted a copy of such Certification to counsel for the Plan Administrator via email as follows:

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Carins (DE Bar No. 4228)<br>Edward A. Corma (DE Bar No. 6718)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Co-Counsel for the Plan Administrator* | Anup Sathy, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>David R. Gremling (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>anup.sathy@kirkland.com<br>chad.husnick@kirkland.com<br>dave.gremling@kirkland.com<br><br>*Co-Counsel for the Plain Administrator* |

Flora T. Hezel (VSB # 47482)
Office of the Virginia Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-8587
Email: fhezel@oag.state.va.us

*Counsel to Commonwealth of Virginia,
Department of Taxation*