UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| , AMERICAN TIRE DISTRIBUTORS, INC., , | )<br>)<br>)<br>) |
| Debtors, | ) Case No. 24-12391-CTG-11<br>) Ch. 11 Reorganization<br>) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #29

Comes now the Missouri Department of Revenue and, pursuant to Rule 3006 of the Bankruptcy Rules, hereby files a Notice of Withdrawal of its claim in the amount of $156,456.04. Said claim was dated 10/30/2024.

Andrew Bailey, Attorney General
State of Missouri

_____
James Treece, MO. Bar # 65681
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
Jefferson City, MO 65101
(573) 751-5531 FAX (573) 751-7232
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on 07/16/2025.

_____
James Treece