# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC, | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Christopher S. Baxter of Sebaly Shillito + Dyer to represent Crown Equipment Corporation in the above-captioned proceeding.

Dated: July 18, 2025

/s/ *John D. Demmy*
John D. Demmy, Esq. (DE No. 2802)
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6848
Email: john.demmy@saul.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to the Court, am admitted, practicing, and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: July 18, 2025

/s/ *Christopher S. Baxter*
Christopher S. Baxter, Esq.
Sebaly, Shillito + Dyer
220 E. Monument Ave. Suite 500
Dayton, OH 45402
Telephone: (937) 222-2500
Email:  cbaxter@ssdlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

55911979.1