IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC.., *et al.*,[1] | ) | Case No. 24-12391 (CTG), *et seq.* |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

Ref. Docket Nos. 1175

Objection Deadline: August 6, 2025 at 4:00 p.m. (ET)
Hearing Date: To be scheduled if necessary

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH PRE-PETITION LITIGATION FOR NOMINAL PURPOSE TO PROCEED AGAINST THIRD PARTIES AND INSURANCE POLICIES AND PROCEEDS**

**TO: Parties listed on the Certificate of Service**

**PLEASE TAKE NOTICE** that on June 17, 2025, 2025, Brian Worthy filed the *Motion for Relief From Stay To Proceed With Pre-Petition Litigation For Nominal Purpose To Proceed Against Third Parties and Insurance Policies and Proceeds* [Docket No. 1175] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") which seeks the following relief: Relief from the automatic stay to prosecute pre-petition litigation under applicable non-bankruptcy laws against one or more of the above-captioned debtors for claims arising from Movant's employment with the debtor(s) limited to pursuing available insurance proceeds. You were previously served with a copy of the Motion on June 17, 2025.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 6, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to Brian Worthy, Amanda E. Heystek, Esq., Wenzel Fenton Cabassa, P.A., 1110 N. Florida Ave., Suite 300, Tampa, FL 33602, aheystek@wfclaw.com.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER A FINAL ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF NECESSARY, A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE SCHEDULED BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: July 22, 2025 2025

*/s/ Amanda E. Heystek*
Amanda E. Heystek
Florida Bar No. 0285020
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Direct: 813-379-2560
aheystek@wfclaw.com
rcooke@wfclaw.com
***Attorney for Creditor
Brian Worthy***