IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) ) ) | Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | **Re: Docket No. 1206** |

ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR
COMPENSATION FOR SERVICES RENDERED AS
FRESH START ACCOUNTING ADVISOR TO THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 24, 2025 THROUGH MARCH 28, 2025

Upon consideration of the *First and Final Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered as Fresh Start Accounting Advisor to the Debtors for the Period from February 24, 2025 Through March 28, 2025* [Docket No. 1206] (the "Final Fee Application") filed by Deloitte Financial Advisory Services LLP ("Deloitte"), attorneys for the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Final Fee Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

the Final Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that notice of the Final Fee Application and opportunity for a hearing thereon were appropriate and no other notice need be provided; and the Court having reviewed the Final Fee Application and having determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Final Fee Application is GRANTED.

2. Deloitte is allowed, on a final basis, compensation and actual and necessary expenses in the amount of $145,981.00 for the period from February 24 2024 through and including March 28, 2025.

3. The Debtors are authorized to make payment to Deloitte on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by Deloitte.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*[Signature]*

**Dated: July 25th, 2025**  
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**  
**UNITED STATES BANKRUPTCY JUDGE**