
Tina Kotek, Governor

RECEIVED
202? JUL 28 PM 3:00
DONL RECANO & CO. LLC

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor


U.S. TRUSTEE
AMERICAN TIRE DISTRIBUTORS, INC.
844 KING STREET LOCKBOX 35 STE 2207
WILMINTON DE  19801

Date:       July 21, 2025
Letter ID:  L2123579744

## Bankruptcy Claim Withdrawal

Debtor:                      AMERICAN TIRE DISTRIBUTORS, INC.
Bankruptcy Case Number: 24-12391-CTG

Please withdraw our claim number 198, filed on December 12, 2024, in the amount of $47,091.20.

/s/ Bonnie Chisman, Bankruptcy Unit
Collection Division
(503) 507-0294

cc: Bankruptcy Court