

## State of New Jersey
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
P.O. BOX 245
TRENTON, NJ 08625

July 22, 2025

Donlin, Recano & Company, LLC
Re: American Tire Distributors, Inc., et al.
P.O. Box 2053
New York, NY 10272-2042

RECEIVED 2025 JUL 29 PM 2:28 DONLIN RECANO & CO. LLC

RE:   **American Tire Distributors, Inc.**
      **Chapter 11, Case No.:24-12391-CTG**

### NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

**Claim Document # 645**         **Amount: $3,169.08**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 7/22/25              Signed: _Richard Flatch_
                                    Authorized Agent
                              For the New Jersey Division of Taxation
                                      Richard Flatch

IN REPLY REFER TO:
   Richard Flatch, Investigator
   New Jersey Division of Taxation
   Bankruptcy Section
   PO Box 245
   Trenton, NJ 08695-0245
   (609) 322-6525

*New Jersey Is an Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*