**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Delicia A. Chung, declare:

1.   I am over the age of 18 years and not a party to this Chapter 11 case.

2.   I am employed by Donlin, Recano & Company, LLC ("<u>DRC</u>"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3.   On the 29th day of July 2025, <u>DRC</u>, acting under my supervision, caused to serve, a true and accurate copy of the *Motion to Extend Deadline to Object to Administrative Claims* (Docket No. 1272), via electronic mail upon the parties as set forth on <u>Exhibit 1</u>; and via U.S. First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

---

[1]   The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 30th day of July 2025, New York, New York.

By _____
Delicia A. Chung

Sworn before me this
30th day of July 2025

_____
Notary Public

```
SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025
```

2

# EXHIBIT 1

Case 24-12391-CTG    Doc 274    Filed 07/30/25    Page 4 of 14
Old Copper Distributions, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 8                                                                    07/29/2025 12:19:49 PM

000148P001-1563S-210
3PLOGIC LLC D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS
JEFFREY LEPPERT
1765 N ELSTON AVE
CHICAGO IL 60642
JLEPPERT@REDWOODLOGISTICS.COM

000027P002-1563S-210
AKIN GUMP STRAUSS HAUER & FELD LLP
PHILIP C. DUBLIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
PDUBLIN@AKINGUMP.COM

000028P002-1563S-210
AKIN GUMP STRAUSS HAUER & FELD LLP
NAOMI MOSS
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
NMOSS@AKINGUMP.COM

000211P002-1563S-210
AKIN GUMP STRAUSS HAUER & FELD LLP
MARTY L. BRIMMAGE JR.
LACY M. LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
MBRIMMAGE@AKINGUMP.COM

000211P002-1563S-210
AKIN GUMP STRAUSS HAUER & FELD LLP
MARTY L. BRIMMAGE JR.
LACY M. LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
LLAWRENC@AKINGUMP.COM

000209P001-1563S-210
ALPHA INDUSTRIAL PROPERTIES
AUBURN OWNER LLC; NEIL KLEIN
PRINCIPAL/ GENERAL COUNSEL
19 N. GREEN ST.
CHICAGO IL 60607
NKLEIN@ALPHAINDPROP.COM

000210P001-1563S-210
ALPHA INDUSTRIAL PROPERTIES
AUBURN OWNER LLC; MIKE DICARO
VICE PRESIDENT
19. N. GREEN ST.
CHICAGO IL 60607
MDICARO@ALPHAINDPROP.COM

000119P001-1563S-210
ALSTON & BIRD LLP
JACOB JOHNSON
1201 WEST PEACHTREE ST.,STE 4900
ATLANTA GA 30309
JACOB.JOHNSON@ALSTON.COM

000120P001-1563S-210
ALSTON & BIRD LLP
STEPHEN M BLANK
90 PARK AVENUE
NEW YORK NY 10016
STEPHEN.BLANK@ALSTON.COM

000183P001-1563S-210
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
GERARD.CATALANELLO@ALSTON.COM

000183P001-1563S-210
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
KIMBERLY.SCHIFFMAN@ALSTON.COM

000032P001-1563S-210
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000033P001-1563S-210
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000143P001-1563S-210
ASHBY & GEDDES P.A.
MICHAEL D DEBAECKE
500 DELAWARE AVE.,8TH FLOOR
WILMINGTON DE 19801
MDEBAECKE@ASHBYGEDDES.COM

000122P001-1563S-210
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
DALUZT@BALLARDSPAHR.COM

000122P001-1563S-210
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

000178P001-1563S-210
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000178P001-1563S-210
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000178P001-1563S-210
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
VESPERM@BALLARDSPAHR.COM

000179P001-1563S-210
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
HUBENB@BALLARDSPAHR.COM

000179P001-1563S-210
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
SIMONJM@BALLARDSPAHR.COM

000134P001-1563S-210
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
JHOOVER@BENESCHLAW.COM

000134P001-1563S-210
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
SWALSH@BENESCHLAW.COM

000172P001-1563S-210
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

| | | | |
|---|---|---|---|
| 000198P001-1563S-210<br>BERNKOPF GOODMAN LLP<br>MARTIN POMEROY<br>TWO SEAPORT LANE<br>BOSTON MA 02210<br>MPOMEROY@BERNKOPFLEGAL.COM | 000180P001-1563S-210<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000197P001-1563S-210<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000137P001-1563S-210<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019<br>ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| 000190P001-1563S-210<br>CLARK HILL PLC<br>KAREN M GRIVNER<br>824 N MARKET ST.,STE 710<br>WILMINGTON DE 19801<br>KGRIVNER@CLARKHILL.COM | 000191P001-1563S-210<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>AHORNISHER@CLARKHILL.COM | 000191P001-1563S-210<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>TBUSH@CLARKHILL.COM | 000199P001-1563S-210<br>CLARK HILL PLC<br>Karen M. Grivner<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801<br>kgrivner@clarkhill.com |
| 000200P002-1563S-210<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202<br>ahornisher@clarkhill.com | 000200P002-1563S-210<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202<br>tbush@clarkhill.com | 000035P001-1563S-210<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-210<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000176P001-1563S-210<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST.,20TH FLOOR<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM | 000144P001-1563S-210<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707<br>TODD.PEARCE@CONTI-NA.COM | 000125P001-1563S-210<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000188P001-1563S-210<br>Caiola & Rose, LLC<br>Kimberly Reeves, Esq.<br>125 Clairemont Ave., Suite 240<br>Decatur GA 30030<br>kimberly@caiolarose.com |
| 000014P001-1563S-210<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000037P001-1563S-210<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-210<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000174P001-1563S-210<br>DELIA GARZA,TRAVIS COUNTY ATTORNEY<br>JASON A STARKS, ASST COUNTY ATTORNEY<br>P O BOX 1748<br>AUSTIN TX 78767<br>JASON.STARKS@TRAVISCOUNTYTX.GOV |
| 000038P001-1563S-210<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000184P001-1563S-210<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>CRAIG.MARTIN@US.DLAPIPER.COM | 000184P001-1563S-210<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>MATTHEW.SARNA@US.DLAPIPER.COM | 000185P001-1563S-210<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>DALE.CATHELL@US.DLAPIPER.COM |

Old Corc. Distribution, Inc., et al.

**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000185P001-1563S-210<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM | 000203P001-1563S-210<br>Exeter 11503 Pocomoke, LLC<br>Rebecca Y. Barrett<br><br>rebecca.barrett@eqtexeter.com | 000150P001-1563S-210<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-210<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM |
| 000129P001-1563S-210<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM | 000181P001-1563S-210<br>GIBSON DUNN & CRUTCHER LLP<br>KEITH R MARTORANA, ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KMARTORANA@GIBSONDUNN.COM | 000182P001-1563S-210<br>GIBSON DUNN & CRUTCHER LLP<br>SUZANNE SPAN, ESQ<br>3161 MICHELSON DRIVE STE 1200<br>IRVINE CA 92612<br>SSPAN@GIBSONDUNN.COM | 000133P001-1563S-210<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM |
| 000133P001-1563S-210<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM | 000157P001-1563S-210<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM | 000157P001-1563S-210<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>DENNIS.MELORO@GTLAW.COM | 000130P001-1563S-210<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109<br>JDORAN@HINCKLEYALLEN.COM |
| 000044P001-1563S-210<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000044P001-1563S-210<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000142P001-1563S-210<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>HLENNOX@JONESDAY.COM | 000142P001-1563S-210<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>OZELTNER@JONESDAY.COM |
| 000142P001-1563S-210<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>NBUCHTA@JONESDAY.COM | 105806P001-1563A-210<br>JOSEPH CORRIGAN<br>IRON MOUNTAIN INFORMATION MANAGEMENT LLC<br>1101 ENTERPRISE DR<br>ROYERSFORD PA 19468<br>JOSEPH.CORRIGAN@IRONMOUNTAIN.COM | 000160P001-1563S-210<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201<br>DAVID.WEITMAN@KLGATES.COM | 000161P001-1563S-210<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM |
| 000161P001-1563S-210<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM | 000189P003-1563S-210<br>KELLEY LAW FIRM<br>LALAH JOHNSON<br>201 N. HARWOOD ST.<br>DALLAS TX 75201<br>JOHNSON@KELLEYFIRM.COM | 000163P001-1563S-210<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>MHANDLER@KSLAW.COM | 000163P001-1563S-210<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>NBELLO@KSLAW.COM |

Case 24-12391-CTG  Doc 274  Filed 07/30/25  Page 7 of 14
Old Corric Distribution, Inc., et al.

Electronic Mail
Exhibit Pages

07/29/2025 12:19:49 PM

---

000164P001-1563S-210
KING & SPALDING LLP
THADDEUS D WILSON
1180 PEACHTREE ST.,NE
ATLANTA GA 30309
THADWILSON@KSLAW.COM

000132P001-1563S-210
KIRKLAND AND ELLIS LLP
MELISSA MERTZ
601 LEXINGTON AVENUE
NEW YORK NY 10022
MELISSA.MERTZ@KIRKLAND.COM

000121P001-1563S-210
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
TARA L GRUNDEMEIER
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

000124P001-1563S-210
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000127P001-1563S-210
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

000131P001-1563S-210
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

000047P001-1563S-210
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000214P001-1563S-210
MADISON COUNTY, ALABAMA
J JEFFERY RICH, COUNTY ATTORNEY
100 NORTHSIDE SQUARE, STE 700
HUNTSVILLE AL 35801
JRICH@MADISONCOUNTYAL.GOV

000049P001-1563S-210
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000050P001-1563S-210
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000196P001-1563S-210
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000196P001-1563S-210
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
MZARE@MCCARTER.COM

000202P001-1563S-210
MCCARTER AND ENGLISH LLP
KATE ROGGIO BUCK ESQ
Maliheh Zare, Esq.
405 NORTH KING ST
8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000202P001-1563S-210
MCCARTER AND ENGLISH LLP
KATE ROGGIO BUCK ESQ
Maliheh Zare, Esq.
405 NORTH KING ST
8TH FLOOR
WILMINGTON DE 19801
mzare@mccarter.com

000126P001-1563S-210
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

105807P001-1563A-210
MCELROY DEUTSCH MULVANEY AND CARPENTER LLP
GARY D BRESSLER ESQ
GASTON P. LOOMIS, ESQ.
300 DELAWARE AVENUE SUITE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

105807P001-1563A-210
MCELROY DEUTSCH MULVANEY AND CARPENTER LLP
GARY D BRESSLER ESQ
GASTON P. LOOMIS, ESQ.
300 DELAWARE AVENUE SUITE 770
WILMINGTON DE 19801
GLOOMIS@MDMC-LAW.COM

000051P001-1563S-210
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000055P001-1563S-210
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000117P001-1563S-210
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000117P001-1563S-210
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000138P001-1563S-210
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER;AVERYJUE MENG; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
CMILLER@MORRISNICHOLS.COM

000138P002-1563S-210
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER;AVERYJUE MENG; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
AMENG@MORRISNICHOLS.COM

000138P002-1563S-210
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER;AVERYJUE MENG; AUSTIN T PARK
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
APARK@MORRISNICHOLS.COM

---

000154P001-1563S-210
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
LMARINUZZI@MOFO.COM

000154P001-1563S-210
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
DMANNAL@MOFO.COM

000154P001-1563S-210
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
TFOUDY@MOFO.COM

000155P002-1563S-210
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
BBUTTERFIELD@MOFO.COM

000155P002-1563S-210
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
RFERRAIOLI@MOFO.COM

000155P002-1563S-210
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
DSMOLARSKI@MOFO.COM

000171P001-1563S-210
MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000204P001-1563S-210
MUNSCH HARDT KOPF & HARR, P.C.
DEBORAH M PERRY
500 N AKARD STREET SUITE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000151P001-1563S-210
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HCFL.GOV

000151P001-1563S-210
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
STROUPJ@HCFL.GOV

000151P001-1563S-210
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
CONNORSA@HCFL.GOV

000201P001-1563S-210
NARRON WENZEL
David F. Mills, Esq.
102 S THIRD ST
PO BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000195P001-1563S-210
NARRON WENZEL P.A.
DAVID F MILLS,ESQ
102 S THIRD ST
P O BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000056P001-1563S-210
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
NEDOJ@NEBRASKA.GOV

000135P001-1563S-210
NELSON MULLINS RILEY & SCARBOROUGH LLP
JODY A BEDENBAUGH
MERIDIAN
1320 MAIN ST., 17TH FLOOR
COLUMBIA SC 29201
JODY.BEDENBAUGH@NELSONMULLINS.COM

000057P001-1563S-210
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000058P001-1563S-210
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000146P002-1563S-210
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
DONGWOO.KIM@NEXENTIRE.COM

000146P002-1563S-210
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
PETERP@NEXENTIRE.COM

000063P001-1563S-210
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000167P001-1563S-210
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV

000167P001-1563S-210
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-210
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000173P001-1563S-210
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
LHILTON@ONELLP.COM

Case 24-12391-CTG   Doc 274   Filed 07/30/25   Page 9 of 14
Old Line Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 6 of 8                                                                          07/29/2025 12:19:49 PM

000173P001-1563S-210
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
RHUNT@ONELLP.COM

000066P001-1563S-210
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-210
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-210
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

000110P001-1563S-210
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-210
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-210
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-210
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-210
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-210
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-210
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1563S-210
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-210
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-210
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-210
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-210
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-210
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-210
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

000152P001-1563S-210
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-210
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

000123P001-1563S-210
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-210
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-210
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-210
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-210
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000216P001-1563S-210
ROBINSON & COLE LLP
JAMIE L EDMONSON,ESQ
1201 N MARKET ST.,STE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

000217P001-1563S-210
ROBINSON & COLE LLP
RACHEL JAFFE MAUCERI,ESQ
1650 MARKET ST.,STE 3030
PHILADELPHIA PA 19103
RMAUCERI@RC.COM

000149P001-1563S-210
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

000156P002-1563S-210
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000156P002-1563S-210
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
TURNER.FALK@SAUL.COM

000156P002-1563S-210
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
NICHOLAS.SMARGIASSI@SAUL.COM

000115P001-1563S-210
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-210
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-210
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-210
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000187P001-1563S-210
SINGER & LEVICK P.C.
MICHELE E SHRIRO,ESQ
16200 ADDISON RD.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000153P001-1563S-210
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-210
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000175P001-1563S-210
SQUIRE PATTON BOGGS (US) LLP
MARK A SALZBERG
2550 M ST.,NW
WASHINGTON DC 20037
MARK.SALZBERG@SQUIREPB.COM

000170P001-1563S-210
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-210
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNATIRE.COM

000166P001-1563S-210
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

000213P001-1563S-210
TEXAS ATTORNEY GENERAL'S OFFICE
COURTNEY  J HULL , ASSISTANT ATTY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
BK-CHULL@OAG.TEXAS.GOV

000147P001-1563S-210
THE CARLSTAR GROUP LLC
RANDY O'BANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000212P002-1563S-210
THE OFFICE OF THE UNITED STATES TRUSTEE
MALCOLM BATES, MICHAEL GIRELLO
FOR THE DISTRICT OF DELAWARE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DELAWARE 19801
Malcolm.M.Bates@usdoj.gov

000212P002-1563S-210
THE OFFICE OF THE UNITED STATES TRUSTEE
MALCOLM BATES, MICHAEL GIRELLO
FOR THE DISTRICT OF DELAWARE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DELAWARE 19801
Mike.Girello@usdoj.gov

000169P001-1563S-210
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-210
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

Solicitation Procedures Order
Electronic Mail
Exhibit Pages

000073P001-1563S-210
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000074P001-1563S-210
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-210
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000177P001-1563S-210
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
MMUELLER@WILLIAMSMULLEN.COM

000177P001-1563S-210
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JMCLEMORE@WILLIAMSMULLEN.COM

000177P001-1563S-210
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JVANTINE@WILLIAMSMULLEN.COM

000078P001-1563S-210
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000186P001-1563S-210
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST., STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000186P001-1563S-210
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
MARCY.SMITH@WBD-US.COM

000205P001-1563S-210
WOMBLE BOND DICKINSON (US) LLP
1313 N MARKET STREET SUITE 1200
WILMINGTON DE 19801
MORGAN.PATTERSON@WBD-US.COM

000079P001-1563S-210
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BLDG RM 123
CHEYENNE WY 82002
WYOAG.BANKRUPTCYUNIT@WYO.GOV

000165P001-1563S-210
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

000165P001-1563S-210
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
KGUERKE@YCST.COM

000165P001-1563S-210
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
RLAMB@YCST.COM

Records Printed :  **182**

# EXHIBIT 2

Oruco Tile Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

07/29/2025 12:24:30 PM

| | | | |
|---|---|---|---|
| 000031P001-1563S-210<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000207P001-1563S-210<br>AMEX TRS CO.,INC.<br>BECKET & LEE LLP<br>CHRISTOPHER CRAMER, CLAIMS ADM<br>P O BOX 3001<br>MALVERN PA 19355-0701 | 000013P001-1563S-210<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000034P001-1563S-210<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 |
| 000008P001-1563S-210<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000006P001-1563S-210<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1563S-210<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000206P001-1563S-210<br>EXETER 11503 POCOMOKE LLC<br>HENRY STEINBERG OR STEVEN STEIN<br>FIVE RADNOR CORPORATE CENTER 100 MATSONFORD<br>RADNOR PA 19087 |
| 000039P001-1563S-210<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000009P001-1563S-210<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000215P001-1563S-210<br>GEOFFREY B GOMPERS,ESQ<br>1515 MARKET ST.,STE 1650<br>PHILADELPHIA PA 19102 | 000040P001-1563S-210<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 |
| 000041P001-1563S-210<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000042P001-1563S-210<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000043P001-1563S-210<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 000001P001-1563S-210<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000002P001-1563S-210<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000208P002-1563S-210<br>JLL INDUSTRIAL<br>MEGHAN JOHNSON, GEN MGR<br>225 108TH AVE NE, STE 550<br>BELLEVUE WA 98004 | 105806P001-1563A-210<br>JOSEPH CORRIGAN<br>IRON MOUNTAIN INFORMATION MANAGEMENT LLC<br>1101 ENTERPRISE DR<br>ROYERSFORD PA 19468 | 000045P001-1563S-210<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 |
| 000046P001-1563S-210<br>KENTUCKY ATTORNEY GENERAL<br>RUSSELL COLEMAN<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | 000048P001-1563S-210<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 000162P001-1563S-210<br>MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE<br>LAURA MOLLET,GENERAL COUNSEL<br>14401 PRINCETON AVE<br>MOORPARK CA 93021 | 000018P001-1563S-210<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 |
| 105807P001-1563A-210<br>MCELROY DEUTSCH MULVANEY AND CARPENTER LLP<br>GARY D BRESSLER ESQ<br>GASTON P. LOOMIS, ESQ.<br>300 DELAWARE AVENUE SUITE 770<br>WILMINGTON DE 19801 | 105807S001-1563A-210<br>MCELROY DEUTSCH MULVANEY AND CARPENTER LLP<br>Michael R. Morano, Esq.<br>1300 Mount Kemble Avenue<br>P.O. BOX 2075<br>MORRISTOWN NJ 07962 | 000010P001-1563S-210<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000052P001-1563S-210<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 |

Ofuco Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

000053P001-1563S-210
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000054P001-1563S-210
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

000059P001-1563S-210
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000060P001-1563S-210
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000061P001-1563S-210
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000062P001-1563S-210
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

000064P001-1563S-210
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

000065P001-1563S-210
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

000068P001-1563S-210
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

000216P001-1563S-210
ROBINSON & COLE LLP
JAMIE L EDMONSON,ESQ
1201 N MARKET ST.,STE 1406
WILMINGTON DE 19801

000217P001-1563S-210
ROBINSON & COLE LLP
RACHEL JAFFE MAUCERI,ESQ
1650 MARKET ST.,STE 3030
PHILADELPHIA PA 19103

000015P001-1563S-210
SECURITIES AND EXCHANGE COMMISSION
ANTONIA APPS REGIONAL DIRECTOR
100 PEARL ST
STE 20-100
NEW YORK NY 10004-2616

000012P001-1563S-210
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL
OFFICE OF PROGRAM LITIGATION/BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE MD 21235

000069P001-1563S-210
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

000071P001-1563S-210
TENNESSEE ATTORNEY GENERAL
JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE TN 37202-0207

000072P001-1563S-210
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

000011P001-1563S-210
US EPA REG 3
BETTINA DUNN
OFFICE OF REG COUNSEL
FOUR PENN CTR
PHILADELPHIA PA 19103-2852

000019P001-1563S-210
US SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
660 AMERICAN AVE
STE 301
KING OF PRUSSIA PA 19406

000075P001-1563S-210
VIRGINIA ATTORNEY GENERAL
JASON MIYARES
202 NORTH NINTH ST
RICHMOND VA 23219

000076P001-1563S-210
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

000077P001-1563S-210
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 RM E26
CHARLESTON WV 25305-0220

Records Printed :  49