# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**OLDCO TIRE DISTRIBUTORS,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No: 24-12391 (CTG)**<br><br>**(Jointly Administered)**<br><br>Re:  D.I. 1213 |

## NOTICE OF WITHDRAWAL OF REQUEST OF ALLIED UNIVERSAL SECURITY SERVICES FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES CLAIM

**PLEASE TAKE NOTICE** that on June 27, 2025, Universal Protection Service, LP d/b/a Allied Universal Security Services ("Allied"), by and through undersigned counsel, filed *Application of Allied Universal Security Services for Allowance and Payment of Administrative Expense Claim* [Docket No. 1213] (the "Administrative Expense Claim").

**PLEASE TAKE FURTHER NOTICE** that Allied hereby withdraws the Administrative Expense Claim.

Dated: August 1, 2025
Wilmington, Delaware

Respectfully submitted,

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
**ROBINSON & COLE LLP**
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: jedmonson@rc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

1

*-and-*

Rachel Jaffe Mauceri (Admitted *pro hac vice)*
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0556
Facsimile: (215) 827-5982
Email: rmauceri@rc.com

*Attorneys for Allied Universal Security Services*