IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC., | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Docket Ref. No. 1272** |

### ORDER EXTENDING DEADLINE TO OBJECT TO ADMINISTRATIVE CLAIMS

Upon consideration of the *Motion to Extend Deadline to Object to Administrative Claims* (the "Motion"), and it appearing that good cause exists to grant the relief requested by the Motion, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time period to file and serve objections to Administrative Claims in these Chapter 11 cases (the "Administrative Claims Objection Deadline") is extended through and including November 26, 2025, without prejudice to the rights of the Plan Administrator to request further extensions of the Administrative Claims Objection Deadline.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: August 18th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

DE:4932-6507-9896.1 03709.00001