# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC., *et al..*,[1] | Case No. 24-12391 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF IRON MOUNTAIN INFORMATION MANAGEMENT, LLC'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES/CLAIMS

PLEASE TAKE NOTICE that Iron Mountain Information Management, LLC hereby withdraws its *Motion for Payment of Administrative Expenses/Claims* [Docket No. 1218], which was filed on June 30, 2025, without prejudice.

                                            Respectfully submitted,
                                            Iron Mountain Information Management, LLC
                                            By its attorney,

Dated:  August 18, 2025        */s/ Jacqueline M. Doyle*
                                            Jacqueline M. Doyle (Massachusetts BBO# 707618)
                                            Hackett Feinberg P.C.
                                            155 Federal Street, 9th Floor
                                            Boston, MA  02110
                                            Tel. (617) 422-0200
                                            Fax. (617) 422-0383
                                            jmp@bostonbusinesslaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.

## **CERTIFICATE OF SERVICE**

      I, Jacqueline M. Doyle, hereby certify that a copy of the foregoing document was filed on August 18, 2025, and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

                                              */s/ Jacqueline M. Doyle*
                                              Jacqueline M. Doyle