## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **AMERICAN TIRE DISTRIBUTORS, INC., et al.** | **Case No.: 24-12391 (CTG)** |
| **Debtor.** **btor.** | **(Jointly Administered)** |
| _____/ | |

### BRIAN WORTHY'S MOTION FOR AUTHORITY TO ATTEND HEARING REMOTELY VIA ZOOM

**COMES NOW**, Movant, Brian Worthy, ("Worthy"), by and through undersigned counsel, and pursuant to this Court's hearing procedures, moves (the "Motion") for the entry of an order authorizing his undersigned counsel to appear before the Court remotely, via Zoom, on October 23, 2025, at 2:00p.m. for the Omnibus Hearing and in support thereof, Movant states as follows:

1. Undersigned counsel is requesting authority to attend the hearing remotely via Zoom, on a **"Listen Only"** basis.

2. This Court's hearing procedures require all parties to appear in person for hearings unless specified exceptions exist.

3. No parties will be prejudiced by undersigned counsel appearing via Zoom.

**WHEREFORE**, the Creditor respectfully request entry of an Order attached hereto as **Exhibit A**, granting the relief requested herein and granting such other relief as the Court deems appropriate.

3

Dated this 10th day of September 2025.

>*/s/ Amanda E. Heystek*
>Amanda E. Heystek
>Florida Bar No. 0285020
>Wenzel Fenton Cabassa, P.A.
>1110 N. Florida Ave., Suite 300
>Tampa, Florida 33602
>Main Number: 813-224-0431
>Facsimile: 813-229-8712
>Direct: 813-379-2560
>aheystek@wfclaw.com
>rcooke@wfclaw.com
>***Attorney for Creditor***
>***Brian Worthy***