**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) | Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this Chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 16th day of September 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the following documents:

   i. *Order Scheduling Omnibus Hearing Date* (Docket No. 1295); and

   ii. *Order Regarding Plan Administrator's Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims, and No Liability Claims* (Docket No. 1301),

   via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

4. On the 16th day of September 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the *Order Regarding Plan Administrator's Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims, and No Liability Claims* (Docket No. 1301), via electronic mail upon the parties as set forth on Exhibit 3; and via U.S. First Class Mail upon the parties as set forth on Exhibit 4, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 19th day of September 2025, New York, New York.

By ______________________
Roderick Wong

Sworn before me this
19th day of September 2025

______________________
Notary Public

ROBIN ALEXANDRA CHARLES
Notary Public - State of New York
NO. 01CH0038923
Qualified in Kings County
My Commission Expires Jul 1, 2029

# EXHIBIT 1

**OldCo Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000148P001-1563S-211
3PLOGIC LLC D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS
JEFFREY LEPPERT
1765 N ELSTON AVE
CHICAGO IL 60642
JLEPPERT@REDWOODLOGISTICS.COM

000027P002-1563S-211
AKIN GUMP STRAUSS HAUER & FELD LLP
PHILIP C. DUBLIN
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
PDUBLIN@AKINGUMP.COM

000028P002-1563S-211
AKIN GUMP STRAUSS HAUER & FELD LLP
NAOMI MOSS
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036
NMOSS@AKINGUMP.COM

000211P002-1563S-211
AKIN GUMP STRAUSS HAUER & FELD LLP
MARTY L. BRIMMAGE JR.
LACY M. LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
MBRIMMAGE@AKINGUMP.COM

000211P002-1563S-211
AKIN GUMP STRAUSS HAUER & FELD LLP
MARTY L. BRIMMAGE JR.
LACY M. LAWRENCE
2300 N. FIELD ST., SUITE 1800
DALLAS TX 75201
LLAWRENC@AKINGUMP.COM

000209P001-1563S-211
ALPHA INDUSTRIAL PROPERTIES
AUBURN OWNER LLC; NEIL KLEIN
PRINCIPAL/ GENERAL COUNSEL
19 N. GREEN ST.
CHICAGO IL 60607
NKLEIN@ALPHAINDPROP.COM

000210P001-1563S-211
ALPHA INDUSTRIAL PROPERTIES
AUBURN OWNER LLC; MIKE DICARO
VICE PRESIDENT
19. N. GREEN ST.
CHICAGO IL 60607
MDICARO@ALPHAINDPROP.COM

000119P001-1563S-211
ALSTON & BIRD LLP
JACOB JOHNSON
1201 WEST PEACHTREE ST.,STE 4900
ATLANTA GA 30309
JACOB.JOHNSON@ALSTON.COM

000120P001-1563S-211
ALSTON & BIRD LLP
STEPHEN M BLANK
90 PARK AVENUE
NEW YORK NY 10016
STEPHEN.BLANK@ALSTON.COM

000183P001-1563S-211
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
GERARD.CATALANELLO@ALSTON.COM

000183P001-1563S-211
ALSTON & BIRD LLP
GERALD S CATALANELLO;KIMBERLY SCHIFFMAN
90 PARK AVENUE
NEW YORK NY 10016
KIMBERLY.SCHIFFMAN@ALSTON.COM

000032P001-1563S-211
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000033P001-1563S-211
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000143P001-1563S-211
ASHBY & GEDDES P,A.
MICHAEL D DEBAECKE
500 DELAWARE AVE.,8TH FLOOR
WILMINGTON DE 19801
MDEBAECKE@ASHBYGEDDES.COM

000122P001-1563S-211
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
DALUZT@BALLARDSPAHR.COM

000122P001-1563S-211
BALLARD SPAHR LLP
TOBEY M DALUZ; NICHOLAS J BRANNICK
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

000178P001-1563S-211
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000178P001-1563S-211
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000178P001-1563S-211
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER
919 N MARKET ST, 11TH FLOOR
WILMINGTON DE 19801-3034
VESPERM@BALLARDSPAHR.COM

000179P001-1563S-211
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
HUBENB@BALLARDSPAHR.COM

000179P001-1563S-211
BALLARD SPAHR LLP
BRIAN D HUBEN;JESSICA M SIMON
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES CA 90067-2915
SIMONJM@BALLARDSPAHR.COM

000134P001-1563S-211
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
JHOOVER@BENESCHLAW.COM

000134P001-1563S-211
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
JENNIFER R HOOVER; STEVEN L WALSH
1313 NORTH MARKET ST.,STE 1201
WILMINGTON DE 19801-6101
SWALSH@BENESCHLAW.COM

000172P001-1563S-211
BERGER SINGERMAN LLP
BRIAN G RICH,ESQ
313 NORTH MONROE ST.,STE 301
TALLAHASSEE FL 32301
BRICH@BERGERSINGERMAN.COM

**OldCo Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000198P001-1563S-211
BERNKOPF GOODMAN LLP
MARTIN POMEROY
TWO SEAPORT LANE
BOSTON MA 02210
MPOMEROY@BERNKOPFLEGAL.COM

000180P001-1563S-211
BIELLI & KLAUDER LLC
DAVID M KLAUDER,ESQ
1204 N KING ST
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

000197P001-1563S-211
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
425 MARKET ST.,STE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000137P001-1563S-211
CHAFFETZ LINDSEY LLP
ALAN J LIPKIN
1700 BROADWAY, 33RD FLOOR
NEW YORK NY 10019
ALAN.LIPKIN@CHAFFETZLINDSEY.COM

000190P001-1563S-211
CLARK HILL PLC
KAREN M GRIVNER
824 N MARKET ST.,STE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

000191P001-1563S-211
CLARK HILL PLC
AUDREY L HORNISHER;TARA L BUSH
901 MAIN ST.,STE 6000
DALLAS TX 75202
AHORNISHER@CLARKHILL.COM

000191P001-1563S-211
CLARK HILL PLC
AUDREY L HORNISHER;TARA L BUSH
901 MAIN ST.,STE 6000
DALLAS TX 75202
TBUSH@CLARKHILL.COM

000199P001-1563S-211
CLARK HILL PLC
Karen M. Grivner
824 N. Market Street
Suite 710
Wilmington DE 19801
kgrivner@clarkhill.com

000200P002-1563S-211
CLARK HILL PLC
Audrey L. Hornisher
Tara L. Bush
901 Main Street
Suite 6000
Dallas TX 75202
ahornisher@clarkhill.com

000200P002-1563S-211
CLARK HILL PLC
Audrey L. Hornisher
Tara L. Bush
901 Main Street
Suite 6000
Dallas TX 75202
tbush@clarkhill.com

000035P001-1563S-211
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000036P001-1563S-211
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000176P001-1563S-211
CONNOLLY GALLAGHER LLP
JEFFREY C WISLER
1201 NORTH MARKET ST.,20TH FLOOR
WILMINGTON DE 19801
JWISLER@CONNOLLYGALLAGHER.COM

000144P001-1563S-211
CONTINENTAL TIRE THE AMERICAS LLC
TODD S PEARCE
1830 MACMILLAN PARK DRIVE
FORT MILL SC 29707
TODD.PEARCE@CONTI-NA.COM

000125P001-1563S-211
COZEN O'CONNOR
JOHN T CARROLL III
1201 N MARKET ST STE 1001
WILMINGTON DE 19801
JCARROLL@COZEN.COM

000188P001-1563S-211
Caiola & Rose, LLC
Kimberly Reeves, Esq.
125 Clairemont Ave., Suite 240
Decatur GA 30030
kimberly@caiolarose.com

000014P001-1563S-211
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000037P001-1563S-211
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000004P001-1563S-211
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000174P001-1563S-211
DELIA GARZA,TRAVIS COUNTY ATTORNEY
JASON A STARKS, ASST COUNTY ATTORNEY
P O BOX 1748
AUSTIN TX 78767
JASON.STARKS@TRAVISCOUNTYTX.GOV

000038P001-1563S-211
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000184P001-1563S-211
DLA PIPER LLP (US)
R CRAIG MARTIN;MATTHEW S SARNA
1201 NORTH MARKET ST.,STE 2100
WILMINGTON DE 19801
CRAIG.MARTIN@US.DLAPIPER.COM

000184P001-1563S-211
DLA PIPER LLP (US)
R CRAIG MARTIN;MATTHEW S SARNA
1201 NORTH MARKET ST.,STE 2100
WILMINGTON DE 19801
MATTHEW.SARNA@US.DLAPIPER.COM

000185P001-1563S-211
DLA PIPER LLP (US)
DALE K CATHELL;VIRGINIA R CALLAHAN
650 SOUTH EXETER ST.,STE 1100
BALTIMORE MD 21202
DALE.CATHELL@US.DLAPIPER.COM

**OldCo Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000185P001-1563S-211
DLA PIPER LLP (US)
DALE K CATHELL;VIRGINIA R CALLAHAN
650 SOUTH EXETER ST.,STE 1100
BALTIMORE MD 21202
VIRGINIA.CALLAHAN@US.DLAPIPER.COM

000203P001-1563S-211
Exeter 11503 Pocomoke, LLC
Rebecca Y. Barrett
.
rebecca.barrett@eqtexeter.com

000150P001-1563S-211
FACILITYSOURCE LLC DBA CBRE RETAIL
MOLLY MACHOLD,LEAD SENIOR COUNSEL
2575 E CAMELBACK RD STE 500
PHOENIX AZ 85016
MOLLY.MACHOLD@CBRE.COM

000129P001-1563S-211
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON;JOSEPH N ARGENTINA JR
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
PATRICK.JACKSON@FAEGREDRINKER.COM

000129P001-1563S-211
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON;JOSEPH N ARGENTINA JR
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
JOSEPH.ARGENTINA@FAEGREDRINKER.COM

000181P001-1563S-211
GIBSON DUNN & CRUTCHER LLP
KEITH R MARTORANA, ESQ
200 PARK AVENUE
NEW YORK NY 10166
KMARTORANA@GIBSONDUNN.COM

000182P001-1563S-211
GIBSON DUNN & CRUTCHER LLP
SUZANNE SPAN, ESQ
3161 MICHELSON DRIVE STE 1200
IRVINE CA 92612
SSPAN@GIBSONDUNN.COM

000133P001-1563S-211
GOULSTON & STORRS PC
DOUGLAS B ROSNER; TAYLOR DIAS
ONE POST OFFICE SQUARE, 25TH FLOOR
BOSTON MA 02109
DROSNER@GOULSTONSTORRS.COM

000133P001-1563S-211
GOULSTON & STORRS PC
DOUGLAS B ROSNER; TAYLOR DIAS
ONE POST OFFICE SQUARE, 25TH FLOOR
BOSTON MA 02109
TDIAS@GOULSTONSTORRS.COM

000157P001-1563S-211
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
ANTHONY.CLARK@GTLAW.COM

000157P001-1563S-211
GREENBERG TRAURIG LLP
ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE.,STE 1600
WILMINGTON DE 19801
DENNIS.MELORO@GTLAW.COM

000130P001-1563S-211
HINCKLEY ALLEN & SNYDER LLP
JENNIFER V DORAN,ESQ
28 STATE STREET
BOSTON MA 02109
JDORAN@HINCKLEYALLEN.COM

000044P001-1563S-211
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

000044P001-1563S-211
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
CONSUMER@AG.IOWA.GOV

000142P001-1563S-211
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
HLENNOX@JONESDAY.COM

000142P001-1563S-211
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
OZELTNER@JONESDAY.COM

000142P001-1563S-211
JONES DAY
HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA
901 LAKESIDE AVENUE
CLEVELAND OH 44114-1190
NBUCHTA@JONESDAY.COM

000160P001-1563S-211
K & L GATES LLP
DAVID WEITMAN,ESQ
1717 MAIN ST.,STE 2800
DALLAS TX 75201
DAVID.WEITMAN@KLGATES.COM

000161P001-1563S-211
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM

000161P001-1563S-211
K & L GATES LLP
STEVEN L CAPONI; MATTHEW B GOELLER
600 N. KING ST STE 901
WILMINGTON DE 19801
MATTHEW.GOELLER@KLGATES.COM

000189P003-1563S-211
KELLEY LAW FIRM
LALAH JOHNSON
201 N. HARWOOD ST.
DALLAS TX 75201
JOHNSON@KELLEYFIRM.COM

000163P001-1563S-211
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
MHANDLER@KSLAW.COM

000163P001-1563S-211
KING & SPALDING LLP
MICHAEL R HANDLER;NANCY M BELLO
1185 AVENUE OF THE AMERICAS, 34TH FLR
NEW YORK NY 10036
NBELLO@KSLAW.COM

000164P001-1563S-211
KING & SPALDING LLP
THADDEUS D WILSON
1180 PEACHTREE ST.,NE
ATLANTA GA 30309
THADWILSON@KSLAW.COM

**OldCo Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000132P001-1563S-211
KIRKLAND AND ELLIS LLP
MELISSA MERTZ
601 LEXINGTON AVENUE
NEW YORK NY 10022
MELISSA.MERTZ@KIRKLAND.COM

000121P001-1563S-211
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
TARA L GRUNDEMEIER
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

000124P001-1563S-211
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000127P001-1563S-211
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

000131P001-1563S-211
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

000047P001-1563S-211
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000214P001-1563S-211
MADISON COUNTY, ALABAMA
J JEFFERY RICH, COUNTY ATTORNEY
100 NORTHSIDE SQUARE, STE 700
HUNTSVILLE AL 35801
JRICH@MADISONCOUNTYAL.GOV

000049P001-1563S-211
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000050P001-1563S-211
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000196P001-1563S-211
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000196P001-1563S-211
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
MZARE@MCCARTER.COM

000202P001-1563S-211
MCCARTER AND ENGLISH LLP
KATE ROGGIO BUCK ESQ
Maliheh Zare, Esq.
405 NORTH KING ST
8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000202P001-1563S-211
MCCARTER AND ENGLISH LLP
KATE ROGGIO BUCK ESQ
Maliheh Zare, Esq.
405 NORTH KING ST
8TH FLOOR
WILMINGTON DE 19801
mzare@mccarter.com

000126P001-1563S-211
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

000051P001-1563S-211
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000055P001-1563S-211
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000117P001-1563S-211
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000117P001-1563S-211
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000138P003-1563S-211
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER;AVERYJUE MENG
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
CMILLER@MORRISNICHOLS.COM

000138P003-1563S-211
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER;AVERYJUE MENG
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
AMENG@MORRISNICHOLS.COM

000154P001-1563S-211
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
LMARINUZZI@MOFO.COM

000154P001-1563S-211
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
DMANNAL@MOFO.COM

000154P001-1563S-211
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
TFOUDY@MOFO.COM

000155P002-1563S-211
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
BBUTTERFIELD@MOFO.COM

**OldCo Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000155P002-1563S-211
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
RFERRAIOLI@MOFO.COM

000155P002-1563S-211
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
DSMOLARSKI@MOFO.COM

000171P001-1563S-211
MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000204P001-1563S-211
MUNSCH HARDT KOPF & HARR, P.C.
DEBORAH M PERRY
500 N AKARD STREET SUITE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000151P001-1563S-211
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HCFL.GOV

000151P001-1563S-211
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
STROUPJ@HCFL.GOV

000151P001-1563S-211
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
CONNORSA@HCFL.GOV

000201P001-1563S-211
NARRON WENZEL
David F. Mills, Esq.
102 S THIRD ST
PO BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000195P001-1563S-211
NARRON WENZEL P.A.
DAVID F MILLS,ESQ
102 S THIRD ST
P O BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000056P001-1563S-211
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
NEDOJ@NEBRASKA.GOV

000135P001-1563S-211
NELSON MULLINS RILEY & SCARBOROUGH LLP
JODY A BEDENBAUGH
MERIDIAN
1320 MAIN ST., 17TH FLOOR
COLUMBIA SC 29201
JODY.BEDENBAUGH@NELSONMULLINS.COM

000057P001-1563S-211
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000058P001-1563S-211
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000146P002-1563S-211
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
DONGWOO.KIM@NEXENTIRE.COM

000146P002-1563S-211
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
PETERP@NEXENTIRE.COM

000063P001-1563S-211
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000167P001-1563S-211
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV

000167P001-1563S-211
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-211
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000173P001-1563S-211
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
LHILTON@ONELLP.COM

000173P001-1563S-211
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
RHUNT@ONELLP.COM

000066P001-1563S-211
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-211
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-211
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

**Oldco Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000110P001-1563S-211
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-211
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-211
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-211
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-211
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-211
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-211
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1563S-211
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-211
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-211
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-211
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-211
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-211
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-211
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

000152P001-1563S-211
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-211
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

000123P001-1563S-211
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-211
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-211
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-211
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-211
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000216P001-1563S-211
ROBINSON & COLE LLP
JAMIE L EDMONSON,ESQ
1201 N MARKET ST.,STE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

000217P001-1563S-211
ROBINSON & COLE LLP
RACHEL JAFFE MAUCERI,ESQ
1650 MARKET ST.,STE 3030
PHILADELPHIA PA 19103
RMAUCERI@RC.COM

000149P001-1563S-211
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

**Oldco Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000156P002-1563S-211
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000156P002-1563S-211
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
TURNER.FALK@SAUL.COM

000156P002-1563S-211
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
NICHOLAS.SMARGIASSI@SAUL.COM

000115P001-1563S-211
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-211
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-211
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-211
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000187P001-1563S-211
SINGER & LEVICK P.C.
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD,.,STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000153P001-1563S-211
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-211
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000175P001-1563S-211
SQUIRE PATTON BOGGS (US) LLP
MARK A SALZBERG
2550 M ST.,NW
WASHINGTON DC 20037
MARK.SALZBERG@SQUIREPB.COM

000170P001-1563S-211
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-211
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNATIRE.COM

000166P001-1563S-211
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

000213P001-1563S-211
TEXAS ATTORNEY GENERAL'S OFFICE
COURTNEY J HULL , ASSISTANT ATTY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
BK-CHULL@OAG.TEXAS.GOV

000147P001-1563S-211
THE CARLSTAR GROUP LLC
RANDY O'BANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000212P002-1563S-211
THE OFFICE OF THE UNITED STATES TRUSTEE
MALCOLM BATES, MICHAEL GIRELLO
FOR THE DISTRICT OF DELAWARE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DELAWARE 19801
Malcolm.M.Bates@usdoj.gov

000212P002-1563S-211
THE OFFICE OF THE UNITED STATES TRUSTEE
MALCOLM BATES, MICHAEL GIRELLO
FOR THE DISTRICT OF DELAWARE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DELAWARE 19801
Mike.Girello@usdoj.gov

000169P001-1563S-211
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-211
US ATTORNEY FOR DELAWARE
CHARLES OBERLY ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-211
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000074P001-1563S-211
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

000168P001-1563S-211
WELTMAN WEINBERG AND REIS CO.,LPA
SCOTT D FINK, AGENT
5990 WEST CREEK RD STE 200
INDEPENDENCE OH 44131
BRONATIONALECF@WELTMAN.COM

000177P001-1563S-211
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
MMUELLER@WILLIAMSMULLEN.COM

**Oldco Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000177P001-1563S-211
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JMCLEMORE@WILLIAMSMULLEN.COM

000177P001-1563S-211
WILLIAMS MULLEN
MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT
200 SOUTH 10TH ST.,STE 1600
RICHMOND VA 23219-3095
JVANTINE@WILLIAMSMULLEN.COM

000078P001-1563S-211
WISCONSIN DEPT OF JUSTICE
BANKRUPTCY DEPT
17 WEST MAIN ST
PO BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US

000186P001-1563S-211
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000186P001-1563S-211
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
MARCY.SMITH@WBD-US.COM

000205P001-1563S-211
WOMBLE BOND DICKINSON (US) LLP
1313 N MARKET STREET SUITE 1200
WILMINGTON DE 19801
MORGAN.PATTERSON@WBD-US.COM

000079P001-1563S-211
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BLDG RM 123
CHEYENNE WY 82002
WYOAG.BANKRUPTCYUNIT@WYO.GOV

000165P001-1563S-211
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
BANKFILINGS@YCST.COM

000165P001-1563S-211
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
KGUERKE@YCST.COM

000165P001-1563S-211
YOUNG CONAWAY STARGATT & TAYLOR LLP
KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB
1000 NORTH KING ST
WILMINGTON DE 19801
RLAMB@YCST.COM

Records Printed : **178**

# EXHIBIT 2

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

000031P001-1563S-211
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000207P001-1563S-211
AMEX TRS CO.,INC.
BECKET & LEE LLP
CHRISTOPHER CRAMER, CLAIMS ADM
P O BOX 3001
MALVERN PA 19355-0701

000013P001-1563S-211
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000034P001-1563S-211
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000008P001-1563S-211
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1563S-211
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1563S-211
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000206P001-1563S-211
EXETER 11503 POCOMOKE LLC
HENRY STEINBERG OR STEVEN STEIN
FIVE RADNOR CORPORATE CENTER 100 MATSONFORD
RADNOR PA 19087

000039P001-1563S-211
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000009P001-1563S-211
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000215P001-1563S-211
GEOFFREY B GOMPERS,ESQ
1515 MARKET ST.,STE 1650
PHILADELPHIA PA 19102

000040P001-1563S-211
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

000041P001-1563S-211
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000042P001-1563S-211
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000043P001-1563S-211
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000001P001-1563S-211
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1563S-211
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000208P002-1563S-211
JLL INDUSTRIAL
MEGHAN JOHNSON, GEN MGR
225 108TH AVE NE, STE 550
BELLEVUE WA 98004

000045P001-1563S-211
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000046P001-1563S-211
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000048P001-1563S-211
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

000162P001-1563S-211
MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE
LAURA MOLLET,GENERAL COUNSEL
14401 PRINCETON AVE
MOORPARK CA 93021

000018P001-1563S-211
MASSACHUSETTS DEPT OF REVENUE
COLLECTIONS BUREAU/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090

000010P001-1563S-211
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000052P001-1563S-211
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000053P001-1563S-211
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000054P001-1563S-211
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

000059P001-1563S-211
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

000060P001-1563S-211
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000061P001-1563S-211
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000062P001-1563S-211
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

000064P001-1563S-211
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

000065P001-1563S-211
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

000068P001-1563S-211
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

000015P001-1563S-211
SECURITIES AND EXCHANGE COMMISSION
ANTONIA APPS REGIONAL DIRECTOR
100 PEARL ST
STE 20-100
NEW YORK NY 10004-2616

000012P001-1563S-211
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL
OFFICE OF PROGRAM LITIGATION/BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE MD 21235

000069P001-1563S-211
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

000071P001-1563S-211
TENNESSEE ATTORNEY GENERAL
JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE TN 37202-0207

000072P001-1563S-211
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

000011P001-1563S-211
US EPA REG 3
BETTINA DUNN
OFFICE OF REG COUNSEL
FOUR PENN CTR
PHILADELPHIA PA 19103-2852

000019P001-1563S-211
US SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
660 AMERICAN AVE
STE 301
KING OF PRUSSIA PA 19406

000075P001-1563S-211
VIRGINIA ATTORNEY GENERAL
JASON MIYARES
202 NORTH NINTH ST
RICHMOND VA 23219

000076P001-1563S-211
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

000077P001-1563S-211
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 RM E26
CHARLESTON WV 25305-0220

Records Printed : **44**

# EXHIBIT 3

**Oldco Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

105329P001-1563A-211A
ARC ELECTRIC LLC
BRANDON JOHNSON
PO BOX 82
339 N JEFFERSON ST
CASPER WY 82602
office@arcelectricwyo.com

105746P002-1563A-211A
ASSOCIATED SUPPLY CO INC
ASCO EQUIPMENT
CHRIS WILLIS
700 KNICKERBOCKER RD
SAN ANGELO TX 76903
CWILLIS@ASCOEQ.COM

105305P002-1563A-211A
ATD
GIDEON PRIVATE SECURITY
MIGUEL GARNICA
501 VOORHIES LN
BAKERSFIELD CA 93306
CPTMIKE1@GMAIL.COM

105336P001-1563A-211A
BLUE YONDER INC
MARK A SALZBERG
SQUIRE PATTON BOGGS (US) LLP
2550 M ST NW
WASHINGTON DC 20037
mark.salzberg@squirepb.com

011522P002-1563A-211A
CA- FRESNO COUNTY TAX COLLECTOR
PO BOX 1192
FRESNO CA 93715-1192
TAXCOLLECTORWEBMAIL@FRESNOCOUNTYCA.GOV

011522S001-1563A-211A
CA- FRESNO COUNTY TAX COLLECTOR
SIPHANARENE LONH
2281 TULARE ST, STE 105
FRESNO CA 93721
taxcollectorwebmail@fresnocountyca.gov

105331P002-1563A-211A
CONSTELLATION NEWENERGY INC
GAIL ROSEN
1310 POINT ST
BALTIMORE MD 21231
STRATEGICCREDITSOLUTIONS@CONSTELLATION.COM

005500P001-1563A-211A
HEATH DAVIS
ADDRESS AND EMAIL INTENTIONALLY OMITTED

105338P001-1563A-211A
FL- DEPT OF REVENUE
FREDERICK F RUDZIK
POST OFFICE BOX 6668
TALLAHASSEE FL 32314
Fred.Rudzik@floridarevenue.com

041781P002-1563A-211A
GIDEON PRIVATE SECURITY
MIGUEL GARNICA
501 VOORHIES LN
BAKERSFIELD CA 93306
CPTMIKE1@GMAIL.COM

105333P001-1563A-211A
GW NETWORKS
MATT GRIFFITH
112 E SUNSET AVE
LOMBARD IL 60148
FANS@MMANUTS.COM

043298P001-1563A-211A
HOUSE OF BRICK TECHNOLOGIES
AKA OPSCOMPASS INC
SANDY DEANE
11422 MIRACLE HILLS DR STE 300
OMAHA NE 68154-4420
ACCOUNTING@OPSCOMPASS.COM

104953S001-1563A-211A
ADAM HUDSON
WILL B GEER
ADDRESS AND EMAIL INTENTIONALLY OMITTED

104288S001-1563A-211A
IRS- DEPT OF TREASURY
INTERNAL REVENUE SERVICE
600 ARCH ST
PHILADELPHIA PA 19106-1611
JOSEPH.G.WATHEN@IRS.GOV

006221P001-1563A-211A
CALVIN JOHNSON
ADDRESS AND EMAIL INTENTIONALLY OMITTED

105403S001-1563A-211A
KATHRYN CHANG
MORRIS NICHOLS ARSHT & TUNNELL LLP
DEREK C ABBOTT
1201 NORTH MARKET STREET
P O BOX 1347
WILMINGTON DE 19899-1347
dabbott@morrisnichols.com

105403P001-1563A-211A
KATHRYN CHANG
2513 EAST 5TH ST
CHARLOTTE NC 28204
katymchang@gmail.com

007095P002-1563A-211A
THOMAS GREGORY KETT II
ADDRESS AND EMAIL INTENTIONALLY OMITTED

105490P001-1563A-211A
LIBERTY TIRE RECYCLING LLC
DENISE MORRIS
600 RIVER AVE
3RD FLOOR
PITTSBURGH PA 15212
dmorris@libertytire.com

105457P002-1563A-211A
MARTINS INDUSTRIES
BERNSTEIN SHUR SAWYER AND NELSON PA
LETSON D BOOTS ESQ
100 MIDDLE ST
PO BOX 9729
PORTLAND ME 04104-5029
LBOOTS@BERNSTEINSHUR.COM

105457S001-1563A-211A
MARTINS INDUSTRIES
BENOIT BEAUCHEMIN
1200 BLVD INDUSTRIAL
FARMHAM QC J2N 385 J2N 385
CANADA
bbeaucemin@martinsindustries.com

105494P002-1563A-211A
ON DEMAND TECHNOLOGIES INC
DBA ONERAIL
MORRIS MANNING; BRIAN J LEVY
3343 PEACHTREE RD NE
SUITE 1600
ATLANTA GA 30326
BLEVY@MMMLAW.COM

105494S001-1563A-211A
ON DEMAND TECHNOLOGIES INC
DBA ONERAIL
BURR & FORMAN; J CORY FALGOWSKI
222 DELAWARE AVE STE 1030
WILMINGTON DE 19801
JFALGOWSKI@BURR.COM

005330P001-1563A-211A
CARRIE PERDUE
ADDRESS AND EMAIL INTENTIONALLY OMITTED

**Oldco Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000152P003-1563A-211A
RI- DIVISION OF TAXATION
STATE OF RHODE ISLAND
ONE CAPITOL HILL
1ST FL
PROVIDENCE RI 02908
CRYSTAL.COTE@TAX.RI.GOV

105218P003-1563A-211A
SBG TN LLC DBA DELTA FIRST
DELTA FIRST CORP
BARRY SIMS
105 BUCKNELL CT
SUITE B
ATLANTA GE 30336
BSIMS@DELTAFIRST.COM

042554P002-1563A-211A
SUPERIOR LANDSCAPE SVC
DAVID COCHRAN
PO BOX 1563
ORANGEVALE CA 95662
DAVE_SLS@SUREWEST.NET

043463P002-1563A-211A
THE BUDD GROUP
SARAH BUDD
2325 S STRATFORD RD
WINSTON-SALEM NC 27103
FJOHNSON@BUDDGROUP.COM

002866P001-1563A-211A
MATTHEW TINER
ADDRESS AND EMAIL INTENTIONALLY OMITTED

105404S001-1563A-211A
TN- DEPT OF REVENUE
JORDAN HALE
500 DEADERICK ST
NASHVILLE TN 37342
tdor.bankruptcy@tn.gov

105010P001-1563A-211A
US CUSTOMS AND BORDER PROTECTION
REVENUE DIVISION BANKRUPTCY TEAM
MAIL STOP 203 JA
8899 E 56TH ST
INDIANAPOLIS IN 46249
BANKRUPTCYTEAM@CBP.DHS.GOV

007466P001-1563A-211A
RAMAM VENIGALLA
ADDRESS AND EMAIL INTENTIONALLY OMITTED

042729S001-1563A-211A
VESCO INDUSTRIAL TRUCKS OF HICKORY
NICHOLAS OSTERHOUDT
525 17TH ST NW
HICKORY NC 28601
NICK@VESCOFORKLIFTS.COM

011858P002-1563A-211A
WI- DEPT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON WI 53708-8901
DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV

009655P001-1563A-211A
JASON WILLIAMS
ADDRESS AND EMAIL INTENTIONALLY OMITTED

Records Printed : **35**

# EXHIBIT 4

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

104953P001-1563A-211A
ADAM HUDSON
ADDRESS INTENTIONALLY OMITTED

104953S001-1563A-211A
ADAM HUDSON
WILL B GEER
ADDRESS INTENTIONALLY OMITTED

105329P001-1563A-211A
ARC ELECTRIC LLC
BRANDON JOHNSON
PO BOX 82
339 N JEFFERSON ST
CASPER WY 82602

105746P002-1563A-211A
ASSOCIATED SUPPLY CO INC
ASCO EQUIPMENT
CHRIS WILLIS
700 KNICKERBOCKER RD
SAN ANGELO TX 76903

105305P002-1563A-211A
ATD
GIDEON PRIVATE SECURITY
MIGUEL GARNICA
501 VOORHIES LN
BAKERSFIELD CA 93306

105336P001-1563A-211A
BLUE YONDER INC
MARK A SALZBERG
SQUIRE PATTON BOGGS (US) LLP
2550 M ST NW
WASHINGTON DC 20037

011522P002-1563A-211A
CA- FRESNO COUNTY TAX COLLECTOR
PO BOX 1192
FRESNO CA 93715-1192

011522S001-1563A-211A
CA- FRESNO COUNTY TAX COLLECTOR
SIPHANARENE LONH
2281 TULARE ST, STE 105
FRESNO CA 93721

006221P001-1563A-211A
CALVIN JOHNSON
ADDRESS INTENTIONALLY OMITTED

006221S001-1563A-211A
CALVIN JOHNSON
JEFFREY COOPER
ADDRESS INTENTIONALLY OMITTED

005330P001-1563A-211A
CARRIE PERDUE
ADDRESS INTENTIONALLY OMITTED

105331P002-1563A-211A
CONSTELLATION NEWENERGY INC
GAIL ROSEN
1310 POINT ST
BALTIMORE MD 21231

105338P001-1563A-211A
FL- DEPT OF REVENUE
FREDERICK F RUDZIK
POST OFFICE BOX 6668
TALLAHASSEE FL 32314

041781P002-1563A-211A
GIDEON PRIVATE SECURITY
MIGUEL GARNICA
501 VOORHIES LN
BAKERSFIELD CA 93306

105333P001-1563A-211A
GW NETWORKS
MATT GRIFFITH
112 E SUNSET AVE
LOMBARD IL 60148

005500P001-1563A-211A
HEATH DAVIS
ADDRESS INTENTIONALLY OMITTED

043298P001-1563A-211A
HOUSE OF BRICK TECHNOLOGIES
AKA OPSCOMPASS INC
SANDY DEANE
11422 MIRACLE HILLS DR STE 300
OMAHA NE 68154-4420

104288P001-1563A-211A
IRS- DEPT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

104288S001-1563A-211A
IRS- DEPT OF TREASURY
INTERNAL REVENUE SERVICE
600 ARCH ST
PHILADELPHIA PA 19106-1611

009655P001-1563A-211A
JASON WILLIAMS
ADDRESS INTENTIONALLY OMITTED

105403P001-1563A-211A
KATHRYN CHANG
2513 EAST 5TH ST
CHARLOTTE NC 28204

105403S001-1563A-211A
KATHRYN CHANG
MORRIS NICHOLS ARSHT & TUNNELL LLP
DEREK C ABBOTT
1201 NORTH MARKET STREET
P O BOX 1347
WILMINGTON DE 19899-1347

105490P001-1563A-211A
LIBERTY TIRE RECYCLING LLC
DENISE MORRIS
600 RIVER AVE
3RD FLOOR
PITTSBURGH PA 15212

105457P002-1563A-211A
MARTINS INDUSTRIES
BERNSTEIN SHUR SAWYER AND NELSON PA
LETSON D BOOTS ESQ
100 MIDDLE ST
PO BOX 9729
PORTLAND ME 04104-5029

105457S001-1563A-211A
MARTINS INDUSTRIES
BENOIT BEAUCHEMIN
1200 BLVD INDUSTRIAL
FARMHAM QC J2N 385 J2N 385
CANADA

002866P001-1563A-211A
MATTHEW TINER
ADDRESS INTENTIONALLY OMITTED

105494P002-1563A-211A
ON DEMAND TECHNOLOGIES INC
DBA ONERAIL
MORRIS MANNING; BRIAN J LEVY
3343 PEACHTREE RD NE
SUITE 1600
ATLANTA GA 30326

105494S001-1563A-211A
ON DEMAND TECHNOLOGIES INC
DBA ONERAIL
BURR & FORMAN; J CORY FALGOWSKI
222 DELAWARE AVE STE 1030
WILMINGTON DE 19801

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

007466P001-1563A-211A
RAMAM VENIGALLA
ADDRESS INTENTIONALLY OMITTED

000152P003-1563A-211A
RI- DIVISION OF TAXATION
STATE OF RHODE ISLAND
ONE CAPITOL HILL
1ST FL
PROVIDENCE RI 02908

105218P003-1563A-211A
SBG TN LLC DBA DELTA FIRST
DELTA FIRST CORP
BARRY SIMS
105 BUCKNELL CT
SUITE B
ATLANTA GE 30336

042554P002-1563A-211A
SUPERIOR LANDSCAPE SVC
DAVID COCHRAN
PO BOX 1563
ORANGEVALE CA 95662

043463P002-1563A-211A
THE BUDD GROUP
SARAH BUDD
2325 S STRATFORD RD
WINSTON-SALEM NC 27103

043463S001-1563A-211A
THE BUDD GROUP

007095P002-1563A-211A
THOMAS GREGORY KETT II
ADDRESS INTENTIONALLY OMITTED

105404P002-1563A-211A
TN- DEPT OF REVENUE
TDOR ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202

105404S001-1563A-211A
TN- DEPT OF REVENUE
JORDAN HALE
500 DEADERICK ST
NASHVILLE TN 37342

105010P001-1563A-211A
US CUSTOMS AND BORDER PROTECTION
REVENUE DIVISION BANKRUPTCY TEAM
MAIL STOP 203 JA
8899 E 56TH ST
INDIANAPOLIS IN 46249

042729P001-1563A-211A
VESCO INDUSTRIAL TRUCKS OF HICKORY
NICHOLAS OSTERHOUDT
PO BOX 1990
HICKORY NC 28603

042729S001-1563A-211A
VESCO INDUSTRIAL TRUCKS OF HICKORY
NICHOLAS OSTERHOUDT
525 17TH ST NW
HICKORY NC 28601

011858P002-1563A-211A
WI- DEPT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON WI 53708-8901

Records Printed : **41**