IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

OLDCO TIRE DISTRIBUTORS,
INC., et al.[1]

Debtor.
_____/

Chapter 11

Case No.: 24-12391 (CTG)

(Jointly Administered)

## CLAIMANT'S NOTICE WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH PRE-PETITION LITIGATION FOR NOMINAL PURPOSE TO PROCEED AGAINST THIRD PARTIES AND INSURANCE POLICIES AND PROCEEDS

Claimant, BRIAN WORTHY, by and through his undersigned counsel, hereby withdraws his *Motion for Relief From Stay To Proceed With Pre-Petition Litigation For Nominal Purpose To Proceed Against Third Parties and Insurance Policies and Proceeds* [Docket No. 1175], without prejudice.

Dated this 29th day of September 2025.

Respectfully submitted,

*/s/ Amanda E. Heystek*
**AMANDA E. HEYSTEK**
Florida Bar No. 0285020
**WENZEL FENTON CABASSA P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Direct No.: 813-379-2560
Facsimile No.: 813-229-8712
Email: aheystek@wfclaw.com
Email: rcooke@wfclaw.com
***Attorney for Brian Worthy***

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Oldco Tire Distributors, Inc. (4594); Oldco Holdings II, Inc. (4985); Oldco Holdings III, Inc. (0977); Oldco Holdings, Inc. (3406); Oldco Sourcing Solutions, LLC (5225); ATD Technology Solutions Inc. (N/A); Oldco FF Logistics, LLC (3334); Hercules Tire International Inc. (N/A); Oldco Town Holdings, LLC (7409); The Oldco Tire & Rubber Company (3365); Oldco Pros Francorp, LLC (1813); Oldcobuyer.com, LLC (9093); and Oldco Data and Analytics LLC (4992). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 12200 Herbert Wayne Court, Huntersville, NC 28078.