**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | Case No. 24-12391 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Avery Jue Meng hereby withdraws as counsel to HEF (NC-SC) QRS 14-86, Inc. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Ms. Meng from the electronic and paper noticing matrix for the above captioned case.

All other current counsel of record will continue to represent HEF (NC-SC) QRS 14-86, Inc. and are not intended to be affected by this notice.

---

[1] The Post Effective Date Debtor in this Chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

Dated: October 3, 2025
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Avery Jue Meng*
Curtis S. Miller (No. 4583)
Avery Jue Meng (No. 7238)
1201 North Market Street, Suite 1600
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
cmiller@morrisnichols.com
ameng@morrisnichols.com

*- and -*

**CHAFFETZ LINDSEY LLP**
Alan J. Lipkin
1700 Broadway, 33rd Floor
New York, NY 10019
Telephone: (212) 257-6960
Facsimile: (212) 257-6950
alan.lipkin@chaffetzlindsey.com

*Counsel to HEF (NC-SC) QRS 14-86, Inc.*