Docusign Envelope ID: B0888CF7-9D0F-4544-89DD-8371715F2A19
Case 24-12391-CTG    Doc 1307    Filed 10/07/25    Page 1 of 2



# North Carolina Department of Revenue

Josh Stein  
Governor

McKinley Wooten, Jr.  
Secretary

June 19, 2025

Una O"Boyle, Clerk of Court  
U.S. Bankruptcy Court, Delaware  
824 Market Street, 3rd Floor  
Wilmington, DE 19801

RE: American Tire Distributors, Inc  
Case No.: 24-12391

Dear Mr. O'Boyle:

Please withdraw the unsecured priority and unsecured general claim, claim number 400, filed on 2/10/2025 by the North Carolina Department of Revenue in the amount of $12,456.40. The liability has been paid. If you have any questions, please do not hesitate to contact me at the number below.

Sincerely,

Tabetha Priest

Tabetha L. Priest  
Manager, Bankruptcy Unit  
Phone (919) 754-2542  
Fax (919) 733-6436

TLP/aar

501 N. Wilmington St., Raleigh, NC 27604  
P.O. Box 1168, Raleigh, NC 27602  
An Equal Opportunity Employer  
www.ncdor.gov



NC DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27640-0001

GEN-1

Bankruptcy

PRIVATE AND CONFIDENTIAL

RALEIGH NC 275   2 OCT 2025 AM 2 L

FIRST-CLASS MAIL
$000.74°
10/01/2025  ZIP 27604
043M32207674

UNA O'BOYLE
U.S. BANKRUPTCY COURT, DELAWARE
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

19801-30245999