IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) ) ) | Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | ) ) ) ) | (Jointly Administered) |

## NOTICE OF CHANGE OF DEBTORS' MAILING ADDRESS

**PLEASE TAKE NOTICE** that Patrick Bartels (the "Plan Administrator"), as Plan Administrator under the confirmed *Amended Joint Chapter 11 Plan of Oldco Tire Distributors, Inc. and its Debtor Affiliates (Technical Modification)* [Docket No, 968-1], and on behalf of the post-confirmation debtors and debtors in possession (collectively, the "Debtors"), provides notice in accordance with Rule 4002(a)(5) of the Federal Rules of Bankruptcy Procedure that the mailing address for the Debtors has changed as follows:

| Prior Mailing Address | Updated Mailing Address |
|---|---|
| 12200 Herbert Wayne Court<br>Suite 150<br>Huntersville, NC 28078 | 501 South College St<br>PMB #139<br>Charlotte, NC 28202 |

[*Remainder of page intentionally left blank*]

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 501 South College Street, PMB #139, Charlotte, NC 28202.

4911-9092-5171.1 03709.00001

Dated:  October 16, 2025

<u>/s/ Laura Davis Jones</u>
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel for the Plan Administrator and Post-Confirmation Debtor*

2

4911-9092-5171.1 03709.00001