IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No.: 24-12391 (CTG)** |
| **OLDCO TIRE DISTRIBUTORS, INC.**, *et al.*, | **(Jointly Administered)** |
| | **Doc. 1296** |
|     **Post-Effective Date Debtor.** | |

### ORDER GRANTING BRIAN WORTHY'S MOTION FOR AUTHORITY TO ATTEND REMOTE APPEARANCE VIA ZOOM FOR THE OCTOBER 23, 2025, OMNIBUS HEARING

**THIS CAUSE** came before the Court upon Movant, **BRIAN WORTHY** (the "Movant"), Motion to Allow Movant's Counsel, Amanda Heystek, Esq., to Appear Remotely via Zoom [Dkt. 1296] and the Court having considered the Motion and otherwise being fully advised in the premises **it is HEREBY ORDERED THAT**:

1. Movant's Motion to Allow Appearance via Zoom **is GRANTED**.

2. Amanda Heystek, Esq., Movant's counsel, may appear at the Omnibus Hearing which is set for **OCTOBER 23, 2025 at 2:00 P.M. (Eastern Time),** via Zoom, before the Honorable Craig T. Goldblatt.

**Dated: October 21st, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**