**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC,[1] | Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | (Jointly Administered) |
| | Related D.I. 1297 |

**ORDER GRANTING MOTION OF ARTHUR B. CASTRO FOR RELIEF FROM THE PLAN INJUNCTION AND AUTOMATIC STAY**

Considering the Motion of Arthur B. Castro (the "Movant") for Relief from the Plan Injunction and automatic stay, pursuant to Sections 105(a), 362, 524 and 1141 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Federal Rules of Bankruptcy Procedure 3020(d) (the "Motion");[2] and the Court finding good cause exists for the relief requested; and due and adequate notice having been given:

**IT IS HEREBY ORDERED,** that the Motion is GRANTED as set forth herein.

**IT IS FURTHER ORDERED,** that subject to the terms hereof, the discharge injunction under the Debtors' Plan and the automatic stay under 11 U.S.C. §362(a) are hereby modified solely as necessary to (i) allow the Movant to proceed with the Arizona Action, including seeking to add or dismiss parties, and, (ii) to recover, collect, and enforce any final judgment, settlement, or award against any Debtor named in the Arizona Action, solely against, if any, the Debtors' applicable insurance policies (such policies, as applicable, the "Available Insurance Coverage").

**IT IS FURTHER ORDERED,** notwithstanding the modification of the Plan injunction and the automatic stay as provided herein, nothing in this Order shall expand or limit the defenses

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

[2] To the extent not otherwise defined, capitalized terms herein shall have the meaning ascribed in the Motion.

or claims of the parties to the Arizona Action.

**IT IS FURTHER ORDERED**, that neither the Post-Effective Date Debtor nor the Debtors' estates shall be subject to any costs or obligations associated with any discovery requests for documentary, testimonial, or other evidence ("Discovery Requests") or other costs or obligations relevant to the merits of Movant's claims in the Arizona Action.

**IT IS FURTHER ORDERED,** the Debtors shall not be required to satisfy any applicable deductibles or self-insured retentions that are or may be required under any Available Insurance Coverage. The Plan Administrator under the Plan has not made any warranties as to the likelihood or possibility of recovery against the Debtors' insurers or the existence of any Available Insurance Coverage.

**IT IS FURTHER ORDERED,** Movant waives the right to file a proof of claim or seek any distribution from the estates of the Debtors or the Post-Effective Date Debtor on account of the claims asserted in the Arizona Action and Movant shall not have any right to collect on any judgment from the assets or property of the Debtors and their estates other than from any Available Insurance Coverage.

**IT IS FURTHER ORDERED,** nothing in the Order shall: (a) alter, amend, or otherwise modify the terms and conditions of any Debtor insurance policy; (b) terminate, expand, or contract any coverage that may be available under any Debtor insurance policy; or (c) preclude or limit the right of the insurer to contest and/or litigate the existence, primacy, and/or scope of available coverage under any Debtor insurance policy or to assert any defenses to coverage under the insurance policy, as applicable.

**IT IS FURTHER ORDERED,** this Order shall become effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(4) of the

Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED,** this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: October 21st, 2025**  
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**  
**UNITED STATES BANKRUPTCY JUDGE**