IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | (Jointly Administered) |
| | ) | |

**DEBTOR'S WITNESS AND EXHIBIT LIST
FOR HEARING ON OCTOBER 23, 2025 AT 2:00 P.M. (ET)**

The above-captioned post-effective date debtor (the "Debtor") hereby submits this witness and exhibit list in connection with the hearing scheduled for **October 23, 2025 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the following contested matters are currently scheduled to be heard:

1. *Plan Administrator's Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims, and No Liability Claims* [Docket No. 1203] (the "Claim Objection") with respect to the claims of HEF (NC-SC) QRS 14-86 Inc.; and

2. *Motion of HEF (NC-SC) QRS, 14-86, Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Buyer; and (III) Granting Related Relief* [Docket No. 1305] (the "Motion").

**WITNESSES**

The Debtor designates the following persons as potential witnesses in connection with the Hearing:

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 501 South College Street, PMB #139, Charlotte, NC 28202.

(1) Ronald J. Bienias, Partner and Managing Director of AlixPartners, LP, financial advisor to Plan Administrator—The Debtor will submit into evidence the declaration submitted by Mr. Bienias in support of the Claim Objection, and Mr. Bienias will participate by video conference to respond to any question from the Court. The Debtor has confirmed that no party in interest intends to cross examine Mr. Bienias regarding his declaration.

To the extent that any party designates witnesses, the Debtor reserves the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtor designates the following exhibits that may be used at the Hearing in connection with the Claim Objection and Motion:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | All pleadings listed in Hearing agenda | Various |
| 2. | *Motion of Debtors for Entry of an Order (I) Approving Bid Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Certain Bid Protections in Connection with the Debtors' Entry into Any Potential Stalking Horse Agreement, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Contracts and Leases, (VII) Approving the Sale of Assets, and (VIII) Granting Related Relief* | 109 |
| 3. | *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances, and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | 730 |
| 4. | *Notice of the Occurrence of Sale Closing* | 843 |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 5. | *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Amended Joint Chapter 11 Plan of Oldco Tire Distributors, Inc. and its Debtor Affiliates* | 968 |
| 6. | *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* | 1084 |
| 7. | Commercial Lease Agreement for 3099 Finger Mill Rd, Lincolnton, NC and 712 N Main St, Mauldin, SC dated March 26, 2002, as amended | |

The Debtor reserves the right to object to the entry into evidence of any exhibit, including those listed above. The Debtor also reserves the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: October 21, 2025

/s/ Laura Davis Jones
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel for the Plan Administrator and Post-Confirmation Debtor*