# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) Case No. 24-12391 (CTG) |
| | ) |
| Post-Effective Date Debtor. | ) (Jointly Administered) |

## ASPHALT BUYER II LLC'S WITNESS AND
## EXHIBIT LIST FOR HEARING ON OCTOBER 23, 2025

Asphalt Buyer II LLC (the "Buyer"), by and through its undersigned counsel, hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for **October 23, 2025 at 2:00 p.m. (E.T.)** (the "Hearing") before the Honorable Judge Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Motion of HEF NC SC QRS 14-86 Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Buyer; and (III) Granting Related Relief* [Docket No. 1305] (the "Motion") and the other matters scheduled to go forward at the Hearing.

## WITNESSES

The Buyer may call any of the following witnesses at the Hearing:

1. Any witness listed or called by any other party;

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

1

2. Any rebuttal and/or impeachment witnesses; and

3. The Buyer reserves the right to cross-examine any witness called by any other party.

The Buyer does not presently intend to offer testimony from any witness but reserves the right to do so.

## **EXHIBITS**

The Buyer may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

| No. | Description | Docket No./Claim No. |
|---|---|---|
| 1. | *Order (I) Authorizing the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances, and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief* | 730 |
| 2. | *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Amended Joint Chapter 11 Plan of Oldco Tire Distributors, Inc. and its Debtor Affiliates (Technical Modifications)* | 968 |
| 3. | *Notice of Rejection of Lease/Executory Contract /Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* | 1084 |
| 4. | *Declaration of Ronald J. Bienias in Support of Plan Administrator's Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims and Unliquidated Claims* | 1203-3 |
| 5. | *Declaration of Marina Folz in Support of Motion of HEF NC SC QRS 14-86 Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Buyer; and (III) Granting Related Relief* | 1308 |
| 6. | *HEF NC SC QRS 14-86 INC Claim* | Claim # 443 |
| 7. | *HEF NC SC QRS 14-86 INC Claim* | Claim # 665 |

**RESERVATION OF RIGHTS**

The Buyer reserves all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.  The Buyer also reserves the right to amend this Witness and Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Motion or the production of additional documents in ongoing discovery.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: October 21, 2025<br>Wilmington, Delaware | By: */s/ Gregory J. Flasser*<br>**POTTER ANDERSON & CORROON LLP**<br>M. Blake Cleary (No. 3614)<br>L. Katherine Good (No. 5101)<br>Gregory J. Flasser (No. 6154)<br>Sameen Rizvi (No. 6902)<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: bcleary@potteranderson.com<br>    kgood@potteranderson.com<br>    gflasser@potteranderson.com<br>    srizvi@potteranderson.com<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Philip Dublin (admitted *pro hac vice*)<br>Naomi Moss (admitted *pro hac vice*)<br>One Bryant Park<br>Bank of America Tower<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>    nmoss@akingump.com<br><br>- and -<br><br>Marty L. Brimmage, Jr. (admitted *pro hac vice*)<br>Lacy M. Lawrence (admitted *pro hac vice*)<br>2300 N. Field St., Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343<br>Email: mbrimmage@akingump.com<br>    llawrence@akingump.com<br><br>*Counsel for Asphalt Buyer II LLC* |