IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 23, 2025 AT 2:00 P.M. (ET) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTER:**

1. Motion of Arthur B. Castro for Relief From the Plan Injunction and Automatic Stay [Filed 9/11/25] (Docket No. 1297)

    Response Deadline:   September 25, 2025 at 4:00 p.m. (ET) [Extended for Plan Administrator]

    Responses Received: None

    Related Documents:
    (a)   Notice of Filing of Exhibit A to the Motion of Arthur B. Castro for Relief From the Plan Injunction and Automatic Stay [Filed 9/11/25] (Docket No. 1299)

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 501 South College St. PMB #139, Charlotte, NC 28202.

[2] **Amended items in bold.**

(b) Certification of Counsel Regarding Revised Order Granting Motion of Arthur B. Castro for Relief From the Plan Injunction and Automatic Stay [Filed 10/20/25] (Docket No. 1312)

**(c) Order Granting Motion of Arthur B. Castro for Relief from the Plan Injunction and Automatic Stay [Entered 10/21/25] (Docket No. 1316)**

Status: **An order has been entered. No hearing is necessary.**

## MATTERS GOING FORWARD

2. Plan Administrator's Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims, and No Liability Claims [Filed 6/25/25] (Docket No. 1203)

    Response Deadline: July 16, 2025 at 4:00 p.m. (ET)

    Responses Received:

    (a) Response of HEF (NC-SC) QRS 14-86 Inc. to Plan Administrator's Second (Substantive) Omnibus Objection Seeking, Inter Alia, to Reclassify Certain Claims [Filed 7/16/25] (Docket No. 1244)

    (b) Debtors' Reply to Landlord HEF in Support of Second Omnibus Objection to Claims and Response to HEF's Motion Seeking to Compel Payment of Administrative Claim [Filed 10/15/25] (Docket No. 1309)

    Related Documents:

    (a) Order Regarding Plan Administrator's Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims, and No Liability Claims [Entered 9/15/25] (Docket No. 1301)

    **(b) Debtor's Witness and Exhibit List for Hearing on October 23, 2025 at 2:00 p.m. (ET) [Filed 10/21/25] (Docket No. 1317)**

    **(c) HEF NC SC QRS 14-86 Inc.'s Witness and Exhibit List for October 23, 2025, Hearing [Filed 10/21/25] (Docket No. 1319)**

    **(d) Asphalt Buyer II LLC'S Witness and Exhibit List for Hearing on October 23, 2025 [Filed 10/21/25] (Docket No. 1320)**

    Status: This matter is going forward with respect to the HEF claim objection.

3. Motion of HEF (NC-SC) QRS, 14-86, Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an

2

Administrative Expense Claim Against the Debtors and/or Liability of Buyer; and (III) Granting Related Relief [Filed 10/1/25] (Docket No. 1305)

Response Deadline:  October 15, 2025 at 4:00 p.m. (ET)

Responses Received:

(a) Debtors' Reply to Landlord HEF in Support of Second Omnibus Objection to Claims and Response to HEF's Motion Seeking to Compel Payment of Administrative Claim [Filed 10/15/25] (Docket No. 1309)

(b) Asphalt Buyer II LLC'S Objection to HEF (NC-SC) QRS, 14-86, Inc's Motion for Allowance and Payment of Administrative Expense Claim [Filed 10/15/25] (Docket No. 1310)

(c) Reply of Landlord HEF NC SC QRS 14-86 Inc. to: (I) Plan Administrator's Response to; and (II) Asphalt Buyer LLC's Objection to Motion of HEF NC SC QRS 14-86 Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Buyer; Etc. [Filed 10/20/25] (Docket No. 1313)

Related Documents:

(a) Declaration of Marina Folz in Support of Motion of HEF NC SC QRS 14-86 Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling Payment of Claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Buyer; and (III) Granting Related Relief [Filed 10/13/25] (Docket No. 1308)

**(b) Debtor's Witness and Exhibit List for Hearing on October 23, 2025 at 2:00 p.m. (ET) [Filed 10/21/25] (Docket No. 1317)**

**(c) HEF NC SC QRS 14-86 Inc.'s Witness and Exhibit List for October 23, 2025, Hearing [Filed 10/21/25] (Docket No. 1319)**

**(d) Asphalt Buyer II LLC'S Witness and Exhibit List for Hearing on October 23, 2025 [Filed 10/21/25] (Docket No. 1320)**

DE:4898-7297-0867.2 03709.00001

Status: This matter is going forward.

Dated:  October **22**, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | David R. Gremling (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | 333 West Wolf Point Plaza |
| Wilmington, Delaware 19801 | Chicago, Illinois 60654 |
| Telephone: (302) 652-4100 | Telephone: (312) 862-2000 |
| Facsimile: (302) 652-4400 | Facsimile: (312) 862-2200 |
| Email: ljones@pszjlaw.com | Email: anup.sathy@kirkland.com |
| tcairns@pszjlaw.com | chad.husnick@kirkland.com |
| ecorma@pszjlaw.com | dave.gremling@kirkland.com |
| *Co-Counsel for the Plan Administrator* | *Co-Counsel for the Plan Administrator* |

DE:4898-7297-0867.2 03709.00001