# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC., *et al.,*[1] | Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | (Jointly Administered) |

### *AMENDED*[2] **HEF NC SC QRS 14-86 INC.'S WITNESS AND EXHIBIT LIST FOR OCTOBER 23, 2025, HEARING**

HEF NC SC QRS 14-86 Inc. ("Landlord") hereby submits this ***amended*** witness and exhibit list in connection with the hearing currently scheduled for October 23, 2025, at 2:00 p.m. (ET) (the "Hearing").

## WITNESS

Landlord designates the following individual as a witness whose declaration may be relied upon during the Hearing:

| Name |
|---|
| Marina Folz<br>Vice President<br>W.P. Carey, Inc. |

Landlord has confirmed that the Plan Administrator and buyer, Asphalt Buyer II, LLC ("Buyer"), agree that Ms. Folz's declaration (D.I. 1308) is her direct testimony and that no party in interest intends to cross examine Ms. Folz with respect to her declaration.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

[2] Amended items appear in **bold**.

Landlord also designates as a witness individuals or representatives of the Plan Administrator or any other party in interest.

Landlord intends to submit into evidence the following documents, and any and all exhibits attached thereto, at the Hearing. The Plan Administrator and Buyer have stipulated to the admissibility of these exhibits into evidence:

| **Exhibit #** | **Description of Exhibit** | **Docket No.** | **Date** |
|---|---|---|---|
| 1. | Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief | D.I. 286 | November 18, 2024 |
| 2. | Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, Encumbrances, and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief | D.I. 730 | February 11, 2025 |
| 3. | Proof of Claim No. 443 | N/A | February 13, 2025 |
| 4. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases | D.I. 1084 | June 13, 2025 |
| 5. | Proof of Claim No. 665 | N/A | June 20, 2025 |
| 6. | Declaration of Marina Folz in Support of Motion of HEF NC SC QRS 14-86 Inc. for Entry of an Order: (I) Requiring Payment of Administrative Claim for Unpaid Prorated 2025 Real Estate Taxes; (II) Compelling payment of a claim for Removal of Improperly "Abandoned" Property as Either an Administrative Expense Claim Against the Debtors and/or Liability of Buyer; and (III) Granting Related Relief | D.I. 1308 | October 13, 2025 |

| Exhibit # | Description of Exhibit | Docket No. | Date |
|---|---|---|---|
| 7. | Lease Agreement by and Between HEF (NC-SC) QRS, 14-86, Inc., and Heafner Tire Group, Inc. Dated as of March 26, 2002 | N/A | N/A |
| 8. | First Amendment to Lease Agreement by and Between HEF (NC-SC) QRS 14-86, Inc. and American Tire Distributors, Inc. Dated as of February 1, 2012 | N/A | N/A |
| 9. | HEF (NC-SC) QRS 14-86 Inc.'s Limited Objections to and Reservation of Rights Regarding Debtors' Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases | **D.I. 1097** | **May 12, 2025** |

## RESERVATION OF RIGHTS

Landlord reserves the right to amend or supplement the foregoing at any time prior to or during the Hearing. Landlord further reserves the right to (i) cross-designate all witnesses and exhibits designated by any other party for the Hearing and seek to introduce any such exhibits into evidence, (ii) call any rebuttal and/or impeachment witnesses as necessary, (iii) examine or cross-examine any witness called by any other party at the Hearing other than Ronald J. Bienias, Partner and Managing Director of AlixPartners, LP, financial advisor to Plan Administrator with respect to the declaration submitted by Mr. Bienias in support of the Second (Substantive) Omnibus Objection to Certain Reduce and Allow Claims, Reclassify Claims, and No Liability Claims (D.I. 1203), (iv) not introduce any exhibit identified herein, (v) seek to introduce all or a portion of any exhibit herein or on any other parties' exhibit list; (vi) object to the introduction into evidence of any exhibit, in whole or in part, by any party, whether or not identified herein, (vii) object to and/or seek to exclude the testimony of any witness, in whole or in part, whether or not identified herein; (viii) offer additional exhibits at the Hearing for purposes of impeachment,

rebuttal or in response to evidence offered by any other party; and (ix) amend or supplement this witness and exhibit list.

Dated: October 22, 2025
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Curtis S. Miller*
Curtis S. Miller (No. 4583)
1201 North Market Street, Suite 1600
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
cmiller@morrisnichols.com

*- and -*

**CHAFFETZ LINDSEY LLP**
Alan J. Lipkin
1700 Broadway, 33rd Floor
New York, NY  10019
Telephone: (212) 257-6960
Facsimile: (212) 257-6950
alan.lipkin@chaffetzlindsey.com

*Counsel to HEF*