**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) | |
| | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to this Chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 21st day of November 2025, DRC, acting under my supervision, caused to serve, a true and accurate copy of the *Plan Administrator's Fourth (Substantive) Omnibus Objection to Certain Reduce/Reclassify Claims and No Liability Claims* [Docket No. 1338], via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 501 South College St. PMB #139, Charlotte, NC 28202.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 25th day of November 2025, New York, New York.

By _____
Delicia A. Chung

Sworn before me this
25th day of November 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2029

`

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000148P001-1563S-217<br>3PLOGIC LLC  D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFFREY LEPPERT<br>1765 N ELSTON AVE<br>CHICAGO IL 60642<br>JLEPPERT@REDWOODLOGISTICS.COM | 000027P002-1563S-217<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>PDUBLIN@AKINGUMP.COM | 000028P002-1563S-217<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>NMOSS@AKINGUMP.COM | 000211P002-1563S-217<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD ST., SUITE 1800<br>DALLAS TX 75201<br>MBRIMMAGE@AKINGUMP.COM |
| 000211P002-1563S-217<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD ST., SUITE 1800<br>DALLAS TX 75201<br>LLAWRENC@AKINGUMP.COM | 000209P001-1563S-217<br>ALPHA INDUSTRIAL PROPERTIES<br>AUBURN OWNER LLC; NEIL KLEIN<br>PRINCIPAL/ GENERAL COUNSEL<br>19 N. GREEN ST.<br>CHICAGO IL 60607<br>NKLEIN@ALPHAINDPROP.COM | 000210P001-1563S-217<br>ALPHA INDUSTRIAL PROPERTIES<br>AUBURN OWNER LLC; MIKE DICARO<br>VICE PRESIDENT<br>19. N. GREEN ST.<br>CHICAGO IL 60607<br>MDICARO@ALPHAINDPROP.COM | 000119P001-1563S-217<br>ALSTON & BIRD LLP<br>JACOB JOHNSON<br>1201 WEST PEACHTREE ST.,STE 4900<br>ATLANTA GA 30309<br>JACOB.JOHNSON@ALSTON.COM |
| 000120P001-1563S-217<br>ALSTON & BIRD LLP<br>STEPHEN M BLANK<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>STEPHEN.BLANK@ALSTON.COM | 000183P001-1563S-217<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>GERARD.CATALANELLO@ALSTON.COM | 000183P001-1563S-217<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>KIMBERLY.SCHIFFMAN@ALSTON.COM | 000032P001-1563S-217<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV |
| 000033P001-1563S-217<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000143P001-1563S-217<br>ASHBY & GEDDES P.A.<br>MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>WILMINGTON DE 19801<br>MDEBAECKE@ASHBYGEDDES.COM | 000122P001-1563S-217<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>DALUZT@BALLARDSPAHR.COM | 000122P001-1563S-217<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM |
| 000178P001-1563S-217<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000178P001-1563S-217<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000178P001-1563S-217<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>VESPERM@BALLARDSPAHR.COM | 000179P001-1563S-217<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>HUBENB@BALLARDSPAHR.COM |
| 000179P001-1563S-217<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>SIMONJM@BALLARDSPAHR.COM | 000134P001-1563S-217<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>JHOOVER@BENESCHLAW.COM | 000134P001-1563S-217<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>SWALSH@BENESCHLAW.COM | 000172P001-1563S-217<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |

Case 24-12391-CTG   Doc 334   Filed 11/25/25   Page 5 of 14
Old Time Distributors, Inc, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 8

11/21/2025 01:46:49 PM

| | | | |
|---|---|---|---|
| 000198P001-1563S-217<br>BERNKOPF GOODMAN LLP<br>MARTIN POMEROY<br>TWO SEAPORT LANE<br>BOSTON MA 02210<br>MPOMEROY@BERNKOPFLEGAL.COM | 000180P001-1563S-217<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000197P001-1563S-217<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000137P001-1563S-217<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019<br>ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| 000190P001-1563S-217<br>CLARK HILL PLC<br>KAREN M GRIVNER<br>824 N MARKET ST.,STE 710<br>WILMINGTON DE 19801<br>KGRIVNER@CLARKHILL.COM | 000191P001-1563S-217<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>AHORNISHER@CLARKHILL.COM | 000191P001-1563S-217<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>TBUSH@CLARKHILL.COM | 000199P001-1563S-217<br>CLARK HILL PLC<br>Karen M. Grivner<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801<br>kgrivner@clarkhill.com |
| 000200P002-1563S-217<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202<br>ahornisher@clarkhill.com | 000200P002-1563S-217<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202<br>tbush@clarkhill.com | 000035P001-1563S-217<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-217<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000176P001-1563S-217<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST.,20TH FLOOR<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM | 000144P001-1563S-217<br>CONTINENTAL TIRE THE AMERICAS LLC<br>TODD S PEARCE<br>1830 MACMILLAN PARK DRIVE<br>FORT MILL SC 29707<br>TODD.PEARCE@CONTI-NA.COM | 000125P001-1563S-217<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000188P001-1563S-217<br>Caiola & Rose, LLC<br>Kimberly Reeves, Esq.<br>125 Clairemont Ave., Suite 240<br>Decatur GA 30030<br>kimberly@caiolarose.com |
| 000014P001-1563S-217<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000037P001-1563S-217<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-217<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000174P001-1563S-217<br>DELIA GARZA,TRAVIS COUNTY ATTORNEY<br>JASON A STARKS, ASST COUNTY ATTORNEY<br>P O BOX 1748<br>AUSTIN TX 78767<br>JASON.STARKS@TRAVISCOUNTYTX.GOV |
| 000038P001-1563S-217<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000184P001-1563S-217<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>CRAIG.MARTIN@US.DLAPIPER.COM | 000184P001-1563S-217<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>MATTHEW.SARNA@US.DLAPIPER.COM | 000185P001-1563S-217<br>DLA PIPER LLP (US)<br>DALE K CATHELL,VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>DALE.CATHELL@US.DLAPIPER.COM |

| | | | |
|---|---|---|---|
| 000185P001-1563S-217<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM | 000203P001-1563S-217<br>Exeter 11503 Pocomoke, LLC<br>Rebecca Y. Barrett<br>rebecca.barrett@eqtexeter.com | 000150P001-1563S-217<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-217<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM |
| 000129P001-1563S-217<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM | 000181P001-1563S-217<br>GIBSON DUNN & CRUTCHER LLP<br>KEITH R MARTORANA, ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KMARTORANA@GIBSONDUNN.COM | 000182P001-1563S-217<br>GIBSON DUNN & CRUTCHER LLP<br>SUZANNE SPAN, ESQ<br>3161 MICHELSON DRIVE STE 1200<br>IRVINE CA 92612<br>SSPAN@GIBSONDUNN.COM | 000133P001-1563S-217<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM |
| 000133P001-1563S-217<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM | 000157P001-1563S-217<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM | 000157P001-1563S-217<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>DENNIS.MELORO@GTLAW.COM | 000130P001-1563S-217<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109<br>JDORAN@HINCKLEYALLEN.COM |
| 000044P001-1563S-217<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000044P001-1563S-217<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000142P001-1563S-217<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>HLENNOX@JONESDAY.COM | 000142P001-1563S-217<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>OZELTNER@JONESDAY.COM |
| 000142P001-1563S-217<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>NBUCHTA@JONESDAY.COM | 000160P001-1563S-217<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201<br>DAVID.WEITMAN@KLGATES.COM | 000161P001-1563S-217<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM | 000161P001-1563S-217<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM |
| 000189P003-1563S-217<br>KELLEY LAW FIRM<br>LALAH JOHNSON<br>201 N. HARWOOD ST.<br>DALLAS TX 75201<br>JOHNSON@KELLEYFIRM.COM | 000163P001-1563S-217<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>MHANDLER@KSLAW.COM | 000163P001-1563S-217<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>NBELLO@KSLAW.COM | 000164P001-1563S-217<br>KING & SPALDING LLP<br>THADDEUS D WILSON<br>1180 PEACHTREE ST.,NE<br>ATLANTA GA 30309<br>THADWILSON@KSLAW.COM |

000132P001-1563S-217
KIRKLAND AND ELLIS LLP
MELISSA MERTZ
601 LEXINGTON AVENUE
NEW YORK NY 10022
MELISSA.MERTZ@KIRKLAND.COM

000121P001-1563S-217
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
TARA L GRUNDEMEIER
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM

000124P001-1563S-217
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000127P001-1563S-217
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DIANE W SANDERS
PO BOX 17428
AUSTIN TX 78760-7428
AUSTIN.BANKRUPTCY@LGBS.COM

000131P001-1563S-217
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST., STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@LGBS.COM

000047P001-1563S-217
LOUISIANA ATTORNEY GENERAL
LIZ MURRILL
1885 NORTH THIRD ST
BATON ROUGE LA 70802
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

000214P001-1563S-217
MADISON COUNTY, ALABAMA
J JEFFERY RICH, COUNTY ATTORNEY
100 NORTHSIDE SQUARE, STE 700
HUNTSVILLE AL 35801
JRICH@MADISONCOUNTYAL.GOV

000049P001-1563S-217
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000050P001-1563S-217
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000196P001-1563S-217
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000196P001-1563S-217
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK; MALIHEH ZARE
405 NORTH KING ST.,8TH FLOOR
WILMINGTON DE 19801
MZARE@MCCARTER.COM

000202P001-1563S-217
MCCARTER AND ENGLISH LLP
KATE ROGGIO BUCK ESQ
Maliheh Zare, Esq.
405 NORTH KING ST
8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM

000202P001-1563S-217
MCCARTER AND ENGLISH LLP
KATE ROGGIO BUCK ESQ
Maliheh Zare, Esq.
405 NORTH KING ST
8TH FLOOR
WILMINGTON DE 19801
mzare@mccarter.com

000126P001-1563S-217
MCCREARY VESELKA BRAGG & ALLEN P.C.
JULIE ANN PARSONS
P.O. BOX 1269
ROUND ROCK TX 78680-1269
JPARSONS@MVBALAW.COM

009641P002-1563A-217
MICHAEL MCKENZIE
ADDRESS AND EMAIL INTENTIONALLY OMITTED

000051P001-1563S-217
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000055P001-1563S-217
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000117P001-1563S-217
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000117P001-1563S-217
MORRIS JAMES LLP
ERIC J MONZO;JASON S LEVIN
500 DELAWARE AVE.,STE 19801
WILMINGTON DE 19801
JLEVIN@MORRISJAMES.COM

000138P004-1563S-217
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTISS MILLER
1201 N MARKET ST., STE 1600
P O BOX 1347
WILMINGTON DE 19899-1347
CMILLER@MORRISNICHOLS.COM

000154P001-1563S-217
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
LMARINUZZI@MOFO.COM

000154P001-1563S-217
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
DMANNAL@MOFO.COM

000154P001-1563S-217
MORRISON & FOERSTER LLP
LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY
250 WEST 55TH ST
NEW YORK NY 10019-9601
TFOUDY@MOFO.COM

000155P002-1563S-217
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
BBUTTERFIELD@MOFO.COM

Case 24-12391-CTG Doc 341 Filed 11/25/25 Page 8 of 14
Old Cira Distributions, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 8                                                                                  11/21/2025 01:46:49 PM

000155P002-1563S-217
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
RFERRAIOLI@MOFO.COM

000155P002-1563S-217
MORRISON & FOERSTER LLP
BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR
250 WEST 55TH ST
NEW YORK NY 10019-9601
DSMOLARSKI@MOFO.COM

105786P002-1563A-217
MS- DEPT OF REVENUE
MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225
BANKRUPTCY@DOR.MS.GOV

000171P001-1563S-217
MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000204P001-1563S-217
MUNSCH HARDT KOPF & HARR, P.C.
DEBORAH M PERRY
500 N AKARD STREET SUITE 4000
DALLAS TX 75201-6659
DPERRY@MUNSCH.COM

000151P001-1563S-217
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
FITZGERALDB@HCFL.GOV

000151P001-1563S-217
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
STROUPJ@HCFL.GOV

000151P001-1563S-217
NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR
BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY
POST OFFICE BOX 1110
TAMPA FL 33601-1110
CONNORSA@HCFL.GOV

000201P001-1563S-217
NARRON WENZEL
David F. Mills, Esq.
102 S THIRD ST
PO BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000195P001-1563S-217
NARRON WENZEL P.A.
DAVID F MILLS,ESQ
102 S THIRD ST
P O BOX 1567
SMITHFIELD NC 27577
DMILLS@NARRONWENZEL.COM

000056P001-1563S-217
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
NEDOJ@NEBRASKA.GOV

000135P001-1563S-217
NELSON MULLINS RILEY & SCARBOROUGH LLP
JODY A BEDENBAUGH
MERIDIAN
1320 MAIN ST., 17TH FLOOR
COLUMBIA SC 29201
JODY.BEDENBAUGH@NELSONMULLINS.COM

000057P001-1563S-217
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000058P001-1563S-217
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000146P002-1563S-217
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
DONGWOO.KIM@NEXENTIRE.COM

000146P002-1563S-217
NEXEN TIRE AMERICA INC
DONGWOO KIM;PETER PAIK
4014 WHEATLEY RD
RICHFIELD OH 44286
PETERP@NEXENTIRE.COM

000063P001-1563S-217
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000167P001-1563S-217
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV

000167P001-1563S-217
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
SEAN.FLYNN@OAG.TEXAS.GOV

000167P001-1563S-217
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN
ASSISTANT ATTORNEYS GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
LAYLA.MILLIGAN@OAG.TEXAS.GOV

000173P001-1563S-217
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
LHILTON@ONELLP.COM

000173P001-1563S-217
ONE LLP
LAWRENCE J HILTON;ROBERT D HUNT
23 CORPORATE PLAZA
SUITE 150-105
NEWPORT BEACH CA 92660
RHUNT@ONELLP.COM

000066P001-1563S-217
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000029P001-1563S-217
OTTERBOURG P.C.
CHAD B. SIMON
230 PARK AVENUE
NEW YORK NY 10169-0075
CSIMON@OTTERBOURG.COM

000030P001-1563S-217
OTTERBOURG P.C.
DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK NY 10169-0075
DFIORILLO@OTTERBOURG.COM

000110P001-1563S-217
OTTERBOURG P.C.
JAMES C. DREW
230 PARK AVENUE
NEW YORK NY 10169
JDREW@OTTERBOURG.COM

000118P001-1563S-217
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM

000118P001-1563S-217
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEIS;ALEXIS R GAMBALE
824 NORTH MARKET ST.,STE 800
WILMINGTON DE 19801
AGAMBALE@PASHMANSTEIN.COM

000159P001-1563S-217
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
JOSEPH M GRAHAM
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019
JGRAHAM@PAULWEISS.COM

000067P001-1563S-217
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000128P001-1563S-217
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
MELISSA E VALDEZ
1235 NORTH LOOP WEST STE 600
HOUSTON TX 77008
MVALDEZ@PBFCM.COM

000136P001-1563S-217
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1563S-217
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000140P001-1563S-217
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD., STE 640 LB40
GARLAND TX 75042
LREECE@PBFCM.COM

000141P001-1563S-217
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ELIZABETH BANDA CALVO
500 E BORDER ST., STE 640
ARLINGTON TX 76010
EBCALVO@PBFCM.COM

000111P001-1563S-217
POTTER ANDERSON & CORROON LLP
M. BLAKE CLEARY
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM

000112P001-1563S-217
POTTER ANDERSON & CORROON LLP
L. KATHERINE GOOD
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000113P001-1563S-217
POTTER ANDERSON & CORROON LLP
GREGORY J. FLASSER
1313 NORTH MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
GFLASSER@POTTERANDERSON.COM

000114P001-1563S-217
POTTER ANDERSON & CORROON LLP
SAMEEN RIZVI
1313 N MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
SRIZVI@POTTERANDERSON.COM

000152P001-1563S-217
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

000152P001-1563S-217
REED SMITH LLP
KURT F GWYNNE;CAMERON A CAPP
1201 NORTH MARKET ST.,STE 1500
WILMINGTON DE 19801
CCAPP@REEDSMITH.COM

000123P001-1563S-217
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
COLLINS@RLF.COM

000123P001-1563S-217
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
KNIGHT@RLF.COM

000123P001-1563S-217
RICHARDS LAYTON & FINGER P.A.
MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
STEIGER@RLF.COM

000158P001-1563S-217
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
SHAPIRO@RLF.COM

000158P001-1563S-217
RICHARDS LAYTON & FINGER P.A.
ZACHARY I SHAPIRO; JAMES F MCCAULEY
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MCCAULEY@RLF.COM

000216P001-1563S-217
ROBINSON & COLE LLP
JAMIE L EDMONSON,ESQ
1201 N MARKET ST.,STE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

000217P001-1563S-217
ROBINSON & COLE LLP
RACHEL JAFFE MAUCERI,ESQ
1650 MARKET ST.,STE 3030
PHILADELPHIA PA 19103
RMAUCERI@RC.COM

Old Bridge Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

000149P001-1563S-217
RYDER TRUCK RENTAL INC
MICHAEL MANDELL
2333 PONCE DE LEON BLVD STE 700
CORAL GABLES FL 33134
MANDMS@RYDER.COM

105319P001-1563A-217
SAP AMERICA INC
JIAOYAN LI
JOSEPH MITCHELL
3999 WEST CHESTER PIKE
NEWTOWN SQUARE PA 19073
JIAOYAN.LI@SAP.COM

000156P002-1563S-217
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

000156P002-1563S-217
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
TURNER.FALK@SAUL.COM

000156P002-1563S-217
SAUL EWING LLP
LUCIAN B MURLEY,ESQ; TURNER N. FALK;
NICHOLAS SMARGIASSI
1201 NORTH MARKET ST.,STE 2300
P O BOX 1266
WILMINGTON DE 19899
NICHOLAS.SMARGIASSI@SAUL.COM

000115P001-1563S-217
SCHULTE ROTH & ZABEL LLP
REUBEN E DIZENGOFF,ESQ
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

000116P001-1563S-217
SCHULTE ROTH & ZABEL LLP
DOUGLAS S MINTZ,ESQ
555 13TH STREET,NW STE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

000016P001-1563S-217
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000017P001-1563S-217
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC   BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000187P001-1563S-217
SINGER & LEVICK P.C.
MICHELLE E SHRIRO,ESQ
16200 ADDISON RD.,.STE 140
ADDISON TX 75001
MSHRIRO@SINGERLEVICK.COM

000153P001-1563S-217
SIRLIN LESSER & BENSON P.C.
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000070P001-1563S-217
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000175P001-1563S-217
SQUIRE PATTON BOGGS (US) LLP
MARK A SALZBERG
2550 M ST.,NW
WASHINGTON DC 20037
MARK.SALZBERG@SQUIREPB.COM

000170P001-1563S-217
STRADLING YOCCA CARLSON & RAUTH
PAUL R GLASSMAN
10100 SANTA MONICA BLVD., STE 1450
LOS ANGELES CA 90067
PGLASSMAN@STRADLINGLAW.COM

000145P002-1563S-217
SUMITOMO RUBBER NORTH AMERICA INC
TOBY BEINER
8656 HAVEN AVE.
RANCHO CUCAMONGA CA 91730
TBEINER@SRNATIRE.COM

000166P001-1563S-217
SWANSON MARTIN & BELL LLP
CHARLES S STAHL JR.
2525 CABOT DRIVE STE 204
LISLE IL 60532
CSTAHL@SMBTRIALS.COM

000213P001-1563S-217
TEXAS ATTORNEY GENERAL'S OFFICE
COURTNEY  J HULL , ASSISTANT ATTY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548
BK-CHULL@OAG.TEXAS.GOV

000147P001-1563S-217
THE CARLSTAR GROUP LLC
RANDY O'BANION
725 COOL SPRINGS BLVD STE 500
FRANKLIN TN 37067
RANDY.OBANION@CARLSTARGROUP.COM

000212P002-1563S-217
THE OFFICE OF THE UNITED STATES TRUSTEE
MALCOLM BATES, MICHAEL GIRELLO
FOR THE DISTRICT OF DELAWARE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DELAWARE 19801
Malcolm.M.Bates@usdoj.gov

000212P002-1563S-217
THE OFFICE OF THE UNITED STATES TRUSTEE
MALCOLM BATES, MICHAEL GIRELLO
FOR THE DISTRICT OF DELAWARE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON DELAWARE 19801
Mike.Girello@usdoj.gov

000169P001-1563S-217
THE ROSNER LAW GROUP LLC
FREDERICK B ROSNER, ESQ
824 N MARKET ST.,STE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM

000005P001-1563S-217
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000073P001-1563S-217
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000074P001-1563S-217
VERMONT ATTORNEY GENERAL
CHARITY R CLARK
PAVILLION OFFICE BLDG
109 STATE ST
MONTPELIER VT 05609-1001
AGO.INFO@VERMONT.GOV

Case 24-12391-CTG Doc 1341 Filed 11/25/25 Page 11 of 14

Old National Bancorp, et al.
Electronic Mail
Exhibit Pages

Page # : 8 of 8                                                                                    11/21/2025 01:46:49 PM

| | | | |
|---|---|---|---|
| 000168P001-1563S-217<br>WELTMAN WEINBERG AND REIS CO.,LPA<br>SCOTT D FINK, AGENT<br>5990 WEST CREEK RD STE 200<br>INDEPENDENCE OH 44131<br>BRONATIONALECF@WELTMAN.COM | 000177P001-1563S-217<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>MMUELLER@WILLIAMSMULLEN.COM | 000177P001-1563S-217<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>JMCLEMORE@WILLIAMSMULLEN.COM | 000177P001-1563S-217<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>JVANTINE@WILLIAMSMULLEN.COM |
| 000078P001-1563S-217<br>WISCONSIN DEPT OF JUSTICE<br>BANKRUPTCY DEPT<br>17 WEST MAIN ST<br>PO BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US | 000186P001-1563S-217<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000186P001-1563S-217<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>MARCY.SMITH@WBD-US.COM | 000205P001-1563S-217<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 N MARKET STREET SUITE 1200<br>WILMINGTON DE 19801<br>MORGAN.PATTERSON@WBD-US.COM |
| 000079P001-1563S-217<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002<br>WYOAG.BANKRUPTCYUNIT@WYO.GOV | 000165P001-1563S-217<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM | 000165P001-1563S-217<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>KGUERKE@YCST.COM | 000165P001-1563S-217<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>RLAMB@YCST.COM |

Records Printed :  **180**

# EXHIBIT 2

Ofuco Tire Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

Page # : 1 of 2

11/21/2025 01:48:31 PM

---

000031P001-1563S-217
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000207P001-1563S-217
AMEX TRS CO.,INC.
BECKET & LEE LLP
CHRISTOPHER CRAMER, CLAIMS ADM
P O BOX 3001
MALVERN PA 19355-0701

000013P001-1563S-217
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000034P001-1563S-217
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000008P001-1563S-217
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1563S-217
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1563S-217
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000206P001-1563S-217
EXETER 11503 POCOMOKE LLC
HENRY STEINBERG OR STEVEN STEIN
FIVE RADNOR CORPORATE CENTER 100 MATSONFORD
RADNOR PA 19087

000039P001-1563S-217
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000009P001-1563S-217
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000215P001-1563S-217
GEOFFREY B GOMPERS,ESQ
1515 MARKET ST.,STE 1650
PHILADELPHIA PA 19102

000040P001-1563S-217
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

000041P001-1563S-217
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000042P001-1563S-217
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000043P001-1563S-217
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000001P001-1563S-217
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1563S-217
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000208P002-1563S-217
JLL INDUSTRIAL
MEGHAN JOHNSON, GEN MGR
225 108TH AVE NE, STE 550
BELLEVUE WA 98004

000045P001-1563S-217
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000046P001-1563S-217
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000048P001-1563S-217
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

000162P001-1563S-217
MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE
LAURA MOLLET,GENERAL COUNSEL
14401 PRINCETON AVE
MOORPARK CA 93021

000018P001-1563S-217
MASSACHUSETTS DEPT OF REVENUE
COLLECTIONS BUREAU/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090

009641P002-1563A-217
MICHAEL MCKENZIE
ADDRESS INTENTIONALLY OMITTED

000010P001-1563S-217
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000052P001-1563S-217
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000053P001-1563S-217
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000054P001-1563S-217
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

Oruco Tile Distributors, Inc., et al.
US First Class Mail
Exhibit Pages

105786P002-1563A-217
MS- DEPT OF REVENUE
MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225

000059P001-1563S-217
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000060P001-1563S-217
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000061P001-1563S-217
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000062P001-1563S-217
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

000064P001-1563S-217
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

000065P001-1563S-217
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

000068P001-1563S-217
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

105319P001-1563A-217
SAP AMERICA INC
JIAOYAN LI
JOSEPH MITCHELL
3999 WEST CHESTER PIKE
NEWTOWN SQUARE PA 19073

000015P001-1563S-217
SECURITIES AND EXCHANGE COMMISSION
ANTONIA APPS REGIONAL DIRECTOR
100 PEARL ST
STE 20-100
NEW YORK NY 10004-2616

000012P001-1563S-217
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL
OFFICE OF PROGRAM LITIGATION/BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE MD 21235

000069P001-1563S-217
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

000071P001-1563S-217
TENNESSEE ATTORNEY GENERAL
JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE TN 37202-0207

000072P001-1563S-217
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

000011P001-1563S-217
US EPA REG 3
BETTINA DUNN
OFFICE OF REG COUNSEL
FOUR PENN CTR
PHILADELPHIA PA 19103-2852

000019P001-1563S-217
US SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
660 AMERICAN AVE
STE 301
KING OF PRUSSIA PA 19406

000075P001-1563S-217
VIRGINIA ATTORNEY GENERAL
JASON MIYARES
202 NORTH NINTH ST
RICHMOND VA 23219

000076P001-1563S-217
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

000077P001-1563S-217
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 RM E26
CHARLESTON WV 25305-0220