# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) Case No. 24-12391 (CTG) |
| | ) |
| Post-Effective Date Debtor. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 4, 2026 AT 10:00 A.M. (ET) BEFORE
THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT,
824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7,
<u>WILMINGTON, DELAWARE 19801</u>**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## <u>RESOLVED MATTERS</u>

1. The Wind-Down Debtors' Motion to (I) Liquidate and Estimate the Administrative Expense Claim of Westchester Fire Insurance Company, and (II) Compel Return of Security Deposit [Filed 2/4/26] (Docket No. 1357)

   <u>Response Deadline</u>:  February 20, 2026 at 4:00 p.m. (ET) [Extended to February 28, 2026 at 1:00 p.m. (ET) for Westchester Fire Insurance Company]

   <u>Responses Received</u>:  None

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 501 South College St. PMB #139, Charlotte, NC 28202.

2

Related Documents:

(a) Request for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1) [Filed 6/30/25] (Docket No. 1219)

(b) Declaration of Nicole Rule in Support of the Wind-Down Debtors' Motion to (I) Liquidate and Estimate the Administrative Expense Claim of Westchester Fire Insurance Company, and (II) Compel Return of Security Deposit [Filed 2/4/26] (Docket No. 1358)

(c) Notice of the Wind-Down Debtors' Motion to (I) Liquidate and Estimate the Administrative Expense Claim of Westchester Fire Insurance Company, and (II) Compel Return of Security Deposit [Filed 2/6/26] (Docket No. 1359)

Status: The Plan Administrator and Westchester negotiated a settlement resolving all issues related to this motion. The Plan Administrator will file a certification of counsel seeking approval of a stipulation of settlement that will withdraw this motion. No hearing is necessary unless required by the Court.

2. Plan Administrators Motion for Order and Final Decree (I) Closing Chapter 11 Cases; (II) Approving Abandonment of Estate Assets; (III) Authorizing Necessary Wind-Down Actions; (IV) Terminating Retention of Claims and Noticing Agent; (V) Discharging Plan Administrator; and (VI) Granting Related Relief [Filed 2/11/26] (Docket No. 1366)

Response Deadline: February 25, 2026 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

Status: The Plan Administrator will file a certification of no objection seeking entry of an order closing the remaining chapter 11 case. No hearing is necessary unless required by the Court.

Dated: March 2, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 tcairns@pszjlaw.com
 ecorma@pszjlaw.com

*Co-Counsel for the Plan Administrator*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: anup.sathy@kirkland.com
 chad.husnick@kirkland.com
 dave.gremling@kirkland.com

*Co-Counsel for the Plan Administrator*

DE:4930-6592-7825.2 03709.00001