**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) ) ) | Case No. 24-12391 (CTG) |
| Post-Effective Date Debtor. | ) ) ) |  |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 4, 2026 AT 10:00 A.M. (ET) BEFORE
THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT,
824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7,
WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTERS**

1. The Wind-Down Debtors' Motion to (I) Liquidate and Estimate the Administrative Expense Claim of Westchester Fire Insurance Company, and (II) Compel Return of Security Deposit [Filed 2/4/26] (Docket No. 1357)

   Response Deadline: February 20, 2026 at 4:00 p.m. (ET) [Extended to February 28, 2026 at 1:00 p.m. (ET) for Westchester Fire Insurance Company]

   Responses Received: None

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 501 South College St. PMB #139, Charlotte, NC 28202.

[2] **Amended items in bold.**

Related Documents:

(a) Request for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(1) [Filed 6/30/25] (Docket No. 1219)

(b) Declaration of Nicole Rule in Support of the Wind-Down Debtors' Motion to (I) Liquidate and Estimate the Administrative Expense Claim of Westchester Fire Insurance Company, and (II) Compel Return of Security Deposit [Filed 2/4/26] (Docket No. 1358)

(c) Notice of the Wind-Down Debtors' Motion to (I) Liquidate and Estimate the Administrative Expense Claim of Westchester Fire Insurance Company, and (II) Compel Return of Security Deposit [Filed 2/6/26] (Docket No. 1359)

**(d) Certification of Counsel Regarding Resolution of Westchester Fire Insurance Company's Motion and The Wind-Down Debtors' Pleading [Filed 3/2/26] (Docket No. 1370)**

Status: The Plan Administrator and Westchester negotiated a settlement resolving all issues related to this motion. **A certification of counsel has been filed seeking approval of a stipulation of settlement that will withdraw this motion.** No hearing is necessary unless required by the Court.

2. Plan Administrators Motion for Order and Final Decree (I) Closing Chapter 11 Cases; (II) Approving Abandonment of Estate Assets; (III) Authorizing Necessary Wind-Down Actions; (IV) Terminating Retention of Claims and Noticing Agent; (V) Discharging Plan Administrator; and (VI) Granting Related Relief [Filed 2/11/26] (Docket No. 1366)

   Response Deadline: February 25, 2026 at 4:00 p.m. (ET)

   Responses Received: None

   Related Documents:

   **(a) Certification of No Objection Regarding Plan Administrators Motion for Order and Final Decree (I) Closing Chapter 11 Cases; (II) Approving Abandonment of Estate Assets; (III) Authorizing Necessary Wind-Down Actions; (IV) Terminating Retention of Claims and Noticing Agent; (V) Discharging Plan Administrator; and (VI) Granting Related Relief [Filed 3/2/26] (Docket No. 1371 )**

   Status: **The Plan Administrator filed a certification of no objection seeking entry of an order closing the remaining chapter 11 case.** No hearing is necessary unless required by the Court.

Dated: March **3**, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Laura Davis Jones* | |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | David R. Gremling (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 333 West Wolf Point Plaza |
| Telephone: (302) 652-4100 | Chicago, Illinois 60654 |
| Facsimile: (302) 652-4400 | Telephone: (312) 862-2000 |
| Email: ljones@pszjlaw.com | Facsimile: (312) 862-2200 |
| tcairns@pszjlaw.com | Email: anup.sathy@kirkland.com |
| ecorma@pszjlaw.com | chad.husnick@kirkland.com |
| | dave.gremling@kirkland.com |
| *Co-Counsel for the Plan Administrator* | *Co-Counsel for the Plan Administrator* |

DE:4930-6592-7825.3 03709.00001