**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLDCO TIRE DISTRIBUTORS, INC.,[1] | ) | Case No. 24-12391 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF NEW YORK   )

I, Sung Jae Kim, declare:

1.  I am over the age of 18 years and not a party to this chapter 11 case.

2.  I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3.  On the 3rd day of March 2026, DRC, acting under my supervision, caused to serve a true and accurate copy of the following documents:

    i.   *Order Approving the Stipulation Between Westchester Fire Insurance Company and Its Affiliated Sureties and the Wind-Down Debtors* [Docket No. 1373]; and

    ii.  *Order and Final Decree (I) Closing Chapter 11 Cases; (II) Approving Abandonment of Estate Assets; (III) Authorizing Necessary Wind-Down Actions; (IV) Terminating Retention of Claims and Noticing Agent; (V) Discharging Plan Administrator; and (VI) Granting Related Relief* [Docket No. 1374],

    via electronic mail upon the parties as set forth in Exhibit 1; and via US First Class mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1]  The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Oldco Tire Distributors, Inc. (4594). The Post-Effective Date Debtor's mailing address is 12200 Herbert Wayne Court, Huntersville, NC 28078.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of March 2026, New York, New York.

By _____
Sung Jae Kim

Sworn before me this
12th day of March 2026

_____
Notary Public

ROBIN ALEXANDRA CHARLES
Notary Public - State of New York
NO. 01CH0038923
Qualified in Kings County
My Commission Expires Jul 1, 2029

2

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000148P001-1563S-226<br>3PLOGIC LLC  D/B/A REDWOOD SUPPLY CHAIN SOLUTIONS<br>JEFFREY LEPPERT<br>1765 N ELSTON AVE<br>CHICAGO IL 60642<br>JLEPPERT@REDWOODLOGISTICS.COM | 000027P002-1563S-226<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>PDUBLIN@AKINGUMP.COM | 000028P002-1563S-226<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>NAOMI MOSS<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036<br>NMOSS@AKINGUMP.COM | 000211P002-1563S-226<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD ST., SUITE 1800<br>DALLAS TX 75201<br>MBRIMMAGE@AKINGUMP.COM |
| 000211P002-1563S-226<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>MARTY L. BRIMMAGE JR.<br>LACY M. LAWRENCE<br>2300 N. FIELD ST., SUITE 1800<br>DALLAS TX 75201<br>LLAWRENC@AKINGUMP.COM | 000209P001-1563S-226<br>ALPHA INDUSTRIAL PROPERTIES<br>AUBURN OWNER LLC; NEIL KLEIN<br>PRINCIPAL/ GENERAL COUNSEL<br>19 N. GREEN ST.<br>CHICAGO IL 60607<br>NKLEIN@ALPHAINDPROP.COM | 000210P001-1563S-226<br>ALPHA INDUSTRIAL PROPERTIES<br>AUBURN OWNER LLC; MIKE DICARO<br>VICE PRESIDENT<br>19. N. GREEN ST.<br>CHICAGO IL 60607<br>MDICARO@ALPHAINDPROP.COM | 000119P001-1563S-226<br>ALSTON & BIRD LLP<br>JACOB JOHNSON<br>1201 WEST PEACHTREE ST.,STE 4900<br>ATLANTA GA 30309<br>JACOB.JOHNSON@ALSTON.COM |
| 000120P001-1563S-226<br>ALSTON & BIRD LLP<br>STEPHEN M BLANK<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>STEPHEN.BLANK@ALSTON.COM | 000183P001-1563S-226<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>GERARD.CATALANELLO@ALSTON.COM | 000183P001-1563S-226<br>ALSTON & BIRD LLP<br>GERALD S CATALANELLO;KIMBERLY SCHIFFMAN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>KIMBERLY.SCHIFFMAN@ALSTON.COM | 000032P001-1563S-226<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV |
| 000033P001-1563S-226<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000143P001-1563S-226<br>ASHBY & GEDDES P,A.<br>MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>WILMINGTON DE 19801<br>MDEBAECKE@ASHBYGEDDES.COM | 000122P001-1563S-226<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>DALUZT@BALLARDSPAHR.COM | 000122P001-1563S-226<br>BALLARD SPAHR LLP<br>TOBEY M DALUZ; NICHOLAS J BRANNICK<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM |
| 000178P001-1563S-226<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000178P001-1563S-226<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000178P001-1563S-226<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN;MARGARET A VESPER<br>919 N MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>VESPERM@BALLARDSPAHR.COM | 000179P001-1563S-226<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>HUBENB@BALLARDSPAHR.COM |
| 000179P001-1563S-226<br>BALLARD SPAHR LLP<br>BRIAN D HUBEN;JESSICA M SIMON<br>2029 CENTURY PARK EAST, STE 1400<br>LOS ANGELES CA 90067-2915<br>SIMONJM@BALLARDSPAHR.COM | 000134P001-1563S-226<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>JHOOVER@BENESCHLAW.COM | 000134P001-1563S-226<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER; STEVEN L WALSH<br>1313 NORTH MARKET ST.,STE 1201<br>WILMINGTON DE 19801-6101<br>SWALSH@BENESCHLAW.COM | 000172P001-1563S-226<br>BERGER SINGERMAN LLP<br>BRIAN G RICH,ESQ<br>313 NORTH MONROE ST.,STE 301<br>TALLAHASSEE FL 32301<br>BRICH@BERGERSINGERMAN.COM |

Page # : 2 of 8

03/03/2026 01:20:14 PM

| | | | |
|---|---|---|---|
| 000198P001-1563S-226<br>BERNKOPF GOODMAN LLP<br>MARTIN POMEROY<br>TWO SEAPORT LANE<br>BOSTON MA 02210<br>MPOMEROY@BERNKOPFLEGAL.COM | 000180P001-1563S-226<br>BIELLI & KLAUDER LLC<br>DAVID M KLAUDER,ESQ<br>1204 N KING ST<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | 000197P001-1563S-226<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000137P001-1563S-226<br>CHAFFETZ LINDSEY LLP<br>ALAN J LIPKIN<br>1700 BROADWAY, 33RD FLOOR<br>NEW YORK NY 10019<br>ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| 000190P001-1563S-226<br>CLARK HILL PLC<br>KAREN M GRIVNER<br>824 N MARKET ST.,STE 710<br>WILMINGTON DE 19801<br>KGRIVNER@CLARKHILL.COM | 000191P001-1563S-226<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>AHORNISHER@CLARKHILL.COM | 000191P001-1563S-226<br>CLARK HILL PLC<br>AUDREY L HORNISHER;TARA L BUSH<br>901 MAIN ST.,STE 6000<br>DALLAS TX 75202<br>TBUSH@CLARKHILL.COM | 000199P001-1563S-226<br>CLARK HILL PLC<br>Karen M. Grivner<br>824 N. Market Street<br>Suite 710<br>Wilmington DE 19801<br>kgrivner@clarkhill.com |
| 000200P002-1563S-226<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202<br>ahornisher@clarkhill.com | 000200P002-1563S-226<br>CLARK HILL PLC<br>Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202<br>tbush@clarkhill.com | 000035P001-1563S-226<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000036P001-1563S-226<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV |
| 000176P001-1563S-226<br>CONNOLLY GALLAGHER LLP<br>JEFFREY C WISLER<br>1201 NORTH MARKET ST.,20TH FLOOR<br>WILMINGTON DE 19801<br>JWISLER@CONNOLLYGALLAGHER.COM | 000125P001-1563S-226<br>COZEN O'CONNOR<br>JOHN T CARROLL III<br>1201 N MARKET ST STE 1001<br>WILMINGTON DE 19801<br>JCARROLL@COZEN.COM | 000188P001-1563S-226<br>Caiola & Rose, LLC<br>Kimberly Reeves, Esq.<br>125 Clairemont Ave., Suite 240<br>Decatur GA 30030<br>kimberly@caiolarose.com | 000014P001-1563S-226<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000037P001-1563S-226<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1563S-226<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000174P001-1563S-226<br>DELIA GARZA,TRAVIS COUNTY ATTORNEY<br>JASON A STARKS, ASST COUNTY ATTORNEY<br>P O BOX 1748<br>AUSTIN TX 78767<br>JASON.STARKS@TRAVISCOUNTYTX.GOV | 000038P001-1563S-226<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV |
| 000184P001-1563S-226<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>CRAIG.MARTIN@US.DLAPIPER.COM | 000184P001-1563S-226<br>DLA PIPER LLP (US)<br>R CRAIG MARTIN;MATTHEW S SARNA<br>1201 NORTH MARKET ST.,STE 2100<br>WILMINGTON DE 19801<br>MATTHEW.SARNA@US.DLAPIPER.COM | 000185P001-1563S-226<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>DALE.CATHELL@US.DLAPIPER.COM | 000185P001-1563S-226<br>DLA PIPER LLP (US)<br>DALE K CATHELL;VIRGINIA R CALLAHAN<br>650 SOUTH EXETER ST.,STE 1100<br>BALTIMORE MD 21202<br>VIRGINIA.CALLAHAN@US.DLAPIPER.COM |

| | | | |
|---|---|---|---|
| 000203P001-1563S-226<br>Exeter 11503 Pocomoke, LLC<br>Rebecca Y. Barrett<br>.<br>rebecca.barrett@eqtexeter.com | 000150P001-1563S-226<br>FACILITYSOURCE LLC DBA CBRE RETAIL<br>MOLLY MACHOLD,LEAD SENIOR COUNSEL<br>2575 E CAMELBACK RD STE 500<br>PHOENIX AZ 85016<br>MOLLY.MACHOLD@CBRE.COM | 000129P001-1563S-226<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000129P001-1563S-226<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JOSEPH N ARGENTINA JR<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JOSEPH.ARGENTINA@FAEGREDRINKER.COM |
| 000181P001-1563S-226<br>GIBSON DUNN & CRUTCHER LLP<br>KEITH R MARTORANA, ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>KMARTORANA@GIBSONDUNN.COM | 000182P001-1563S-226<br>GIBSON DUNN & CRUTCHER LLP<br>SUZANNE SPAN, ESQ<br>3161 MICHELSON DRIVE STE 1200<br>IRVINE CA 92612<br>SSPAN@GIBSONDUNN.COM | 000133P001-1563S-226<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>DROSNER@GOULSTONSTORRS.COM | 000133P001-1563S-226<br>GOULSTON & STORRS PC<br>DOUGLAS B ROSNER; TAYLOR DIAS<br>ONE POST OFFICE SQUARE, 25TH FLOOR<br>BOSTON MA 02109<br>TDIAS@GOULSTONSTORRS.COM |
| 000157P001-1563S-226<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>ANTHONY.CLARK@GTLAW.COM | 000157P001-1563S-226<br>GREENBERG TRAURIG LLP<br>ANTHONY W CLARK; DENNIS A MELORO<br>222 DELAWARE AVE.,STE 1600<br>WILMINGTON DE 19801<br>DENNIS.MELORO@GTLAW.COM | 000130P001-1563S-226<br>HINCKLEY ALLEN & SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE STREET<br>BOSTON MA 02109<br>JDORAN@HINCKLEYALLEN.COM | 000044P001-1563S-226<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV |
| 000044P001-1563S-226<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000142P001-1563S-226<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>HLENNOX@JONESDAY.COM | 000142P001-1563S-226<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>OZELTNER@JONESDAY.COM | 000142P001-1563S-226<br>JONES DAY<br>HEATHER LENNOX;OLIVERS ZELTNER;NICK BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190<br>NBUCHTA@JONESDAY.COM |
| 000160P001-1563S-226<br>K & L GATES LLP<br>DAVID WEITMAN,ESQ<br>1717 MAIN ST.,STE 2800<br>DALLAS TX 75201<br>DAVID.WEITMAN@KLGATES.COM | 000161P001-1563S-226<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM | 000161P001-1563S-226<br>K & L GATES LLP<br>STEVEN L CAPONI; MATTHEW B GOELLER<br>600 N. KING ST STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM | 000189P003-1563S-226<br>KELLEY LAW FIRM<br>LALAH JOHNSON<br>201 N. HARWOOD ST.<br>DALLAS TX 75201<br>JOHNSON@KELLEYFIRM.COM |
| 000163P001-1563S-226<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>MHANDLER@KSLAW.COM | 000163P001-1563S-226<br>KING & SPALDING LLP<br>MICHAEL R HANDLER;NANCY M BELLO<br>1185 AVENUE OF THE AMERICAS, 34TH FLR<br>NEW YORK NY 10036<br>NBELLO@KSLAW.COM | 000164P001-1563S-226<br>KING & SPALDING LLP<br>THADDEUS D WILSON<br>1180 PEACHTREE ST.,NE<br>ATLANTA GA 30309<br>THADWILSON@KSLAW.COM | 000132P001-1563S-226<br>KIRKLAND AND ELLIS LLP<br>MELISSA MERTZ<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>MELISSA.MERTZ@KIRKLAND.COM |

Page # : 4 of 8                                                                                         03/03/2026 01:20:14 PM

| | | | |
|---|---|---|---|
| 000121P001-1563S-226<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>TARA L GRUNDEMEIER<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@LGBS.COM | 000124P001-1563S-226<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 000127P001-1563S-226<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428<br>AUSTIN.BANKRUPTCY@LGBS.COM | 000131P001-1563S-226<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST., STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@LGBS.COM |
| 000047P001-1563S-226<br>LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 NORTH THIRD ST<br>BATON ROUGE LA 70802<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000214P001-1563S-226<br>MADISON COUNTY, ALABAMA<br>J JEFFERY RICH, COUNTY ATTORNEY<br>100 NORTHSIDE SQUARE, STE 700<br>HUNTSVILLE AL 35801<br>JRICH@MADISONCOUNTYAL.GOV | 000049P001-1563S-226<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000050P001-1563S-226<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000196P002-1563S-226<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK<br>405 NORTH KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>KBUCK@MCCARTER.COM | 000202P002-1563S-226<br>MCCARTER AND ENGLISH LLP<br>KATE ROGGIO BUCK ESQ<br>405 NORTH KING ST<br>8TH FLOOR<br>WILMINGTON DE 19801<br>KBUCK@MCCARTER.COM | 000126P001-1563S-226<br>MCCREARY VESELKA BRAGG & ALLEN P.C.<br>JULIE ANN PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269<br>JPARSONS@MVBALAW.COM | 000051P001-1563S-226<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV |
| 000055P001-1563S-226<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000117P001-1563S-226<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM | 000117P001-1563S-226<br>MORRIS JAMES LLP<br>ERIC J MONZO;JASON S LEVIN<br>500 DELAWARE AVE.,STE 19801<br>WILMINGTON DE 19801<br>JLEVIN@MORRISJAMES.COM | 000138P004-1563S-226<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>CURTISS MILLER<br>1201 N MARKET ST., STE 1600<br>P O BOX 1347<br>WILMINGTON DE 19899-1347<br>CMILLER@MORRISNICHOLS.COM |
| 000154P001-1563S-226<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>LMARINUZZI@MOFO.COM | 000154P001-1563S-226<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DMANNAL@MOFO.COM | 000154P001-1563S-226<br>MORRISON & FOERSTER LLP<br>LORENZO MARINUZZI; DOUG MANNAL; THERESA A FOUDY<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>TFOUDY@MOFO.COM | 000155P002-1563S-226<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>BBUTTERFIELD@MOFO.COM |
| 000155P002-1563S-226<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>RFERRAIOLI@MOFO.COM | 000155P002-1563S-226<br>MORRISON & FOERSTER LLP<br>BENJAMIN BUTTERFIELD; RAFF FERRAIOLI;DARREN SMOLAR<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601<br>DSMOLARSKI@MOFO.COM | 000171P001-1563S-226<br>MUNSCH HARDT KOPF & HARR PC<br>DEBORAH M PERRY<br>500 N AKARD ST.,STE 4000<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM | 000204P001-1563S-226<br>MUNSCH HARDT KOPF & HARR, P.C.<br>DEBORAH M PERRY<br>500 N AKARD STREET SUITE 4000<br>DALLAS TX 75201-6659<br>DPERRY@MUNSCH.COM |

Old Tire Distributors, Inc., et al.
Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000151P001-1563S-226<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>FITZGERALDB@HCFL.GOV | 000151P001-1563S-226<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>STROUPJ@HCFL.GOV | 000151P001-1563S-226<br>NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR<br>BRIAN T FITZGERALD, SEN ASST COUNTY ATTORNEY<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110<br>CONNORSA@HCFL.GOV | 000201P001-1563S-226<br>NARRON WENZEL<br>David F. Mills, Esq.<br>102 S THIRD ST<br>PO BOX 1567<br>SMITHFIELD NC 27577<br>DMILLS@NARRONWENZEL.COM |
| 000195P001-1563S-226<br>NARRON WENZEL P.A.<br>DAVID F MILLS,ESQ<br>102 S THIRD ST<br>P O BOX 1567<br>SMITHFIELD NC 27577<br>DMILLS@NARRONWENZEL.COM | 000056P001-1563S-226<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>NEDOJ@NEBRASKA.GOV | 000135P001-1563S-226<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>JODY A BEDENBAUGH<br>MERIDIAN<br>1320 MAIN ST., 17TH FLOOR<br>COLUMBIA SC 29201<br>JODY.BEDENBAUGH@NELSONMULLINS.COM | 000057P001-1563S-226<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV |
| 000058P001-1563S-226<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000146P002-1563S-226<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>DONGWOO.KIM@NEXENTIRE.COM | 000146P002-1563S-226<br>NEXEN TIRE AMERICA INC<br>DONGWOO KIM;PETER PAIK<br>4014 WHEATLEY RD<br>RICHFIELD OH 44286<br>PETERP@NEXENTIRE.COM | 000063P001-1563S-226<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV |
| 000167P001-1563S-226<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>ROMA.DESAI@OAG.TEXAS.GOV | 000167P001-1563S-226<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>SEAN.FLYNN@OAG.TEXAS.GOV | 000167P001-1563S-226<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ROMA N DESAI;SEAN T FLYNN;LAYLA D MILLIGAN<br>ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV | 000173P001-1563S-226<br>ONE LLP<br>LAWRENCE J HILTON;ROBERT D HUNT<br>23 CORPORATE PLAZA<br>SUITE 150-105<br>NEWPORT BEACH CA 92660<br>LHILTON@ONELLP.COM |
| 000173P001-1563S-226<br>ONE LLP<br>LAWRENCE J HILTON;ROBERT D HUNT<br>23 CORPORATE PLAZA<br>SUITE 150-105<br>NEWPORT BEACH CA 92660<br>RHUNT@ONELLP.COM | 000066P001-1563S-226<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000029P001-1563S-226<br>OTTERBOURG P.C.<br>CHAD B. SIMON<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>CSIMON@OTTERBOURG.COM | 000030P001-1563S-226<br>OTTERBOURG P.C.<br>DANIEL F. FIORILLO<br>230 PARK AVENUE<br>NEW YORK NY 10169-0075<br>DFIORILLO@OTTERBOURG.COM |
| 000110P001-1563S-226<br>OTTERBOURG P.C.<br>JAMES C. DREW<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>JDREW@OTTERBOURG.COM | 000118P001-1563S-226<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>JWEISS@PASHMANSTEIN.COM | 000118P001-1563S-226<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEIS;ALEXIS R GAMBALE<br>824 NORTH MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>AGAMBALE@PASHMANSTEIN.COM | 000159P001-1563S-226<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>JOSEPH M GRAHAM<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019<br>JGRAHAM@PAULWEISS.COM |

Case 24-12391-CTG Old Tire Distributors, Inc., et al. Doc 1379 Filed 03/13/26 Page 9 of 14

Electronic Mail
Exhibit Pages

| | | | |
|---|---|---|---|
| 000067P001-1563S-226<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000128P001-1563S-226<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>MELISSA E VALDEZ<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON TX 77008<br>MVALDEZ@PBFCM.COM | 000136P001-1563S-226<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408<br>LMBKR@PBFCM.COM | 000139P001-1563S-226<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042<br>LREECE@PBFCM.COM |
| 000140P001-1563S-226<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LINDA D REECE<br>1919 S SHILOH RD., STE 640 LB40<br>GARLAND TX 75042<br>LREECE@PBFCM.COM | 000141P001-1563S-226<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ELIZABETH BANDA CALVO<br>500 E BORDER ST., STE 640<br>ARLINGTON TX 76010<br>EBCALVO@PBFCM.COM | 000111P001-1563S-226<br>POTTER ANDERSON & CORROON LLP<br>M. BLAKE CLEARY<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>BCLEARY@POTTERANDERSON.COM | 000112P001-1563S-226<br>POTTER ANDERSON & CORROON LLP<br>L. KATHERINE GOOD<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>KGOOD@POTTERANDERSON.COM |
| 000113P001-1563S-226<br>POTTER ANDERSON & CORROON LLP<br>GREGORY J. FLASSER<br>1313 NORTH MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>GFLASSER@POTTERANDERSON.COM | 000114P001-1563S-226<br>POTTER ANDERSON & CORROON LLP<br>SAMEEN RIZVI<br>1313 N MARKET STREET<br>6TH FLOOR<br>WILMINGTON DE 19801<br>SRIZVI@POTTERANDERSON.COM | 000152P001-1563S-226<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801<br>KGWYNNE@REEDSMITH.COM | 000152P001-1563S-226<br>REED SMITH LLP<br>KURT F GWYNNE;CAMERON A CAPP<br>1201 NORTH MARKET ST.,STE 1500<br>WILMINGTON DE 19801<br>CCAPP@REEDSMITH.COM |
| 000123P001-1563S-226<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000123P001-1563S-226<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>KNIGHT@RLF.COM | 000123P001-1563S-226<br>RICHARDS LAYTON & FINGER P.A.<br>MARK D COLLINS;JOHN H KNIGHT; ALEXANDER R STEIGER<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEIGER@RLF.COM | 000158P001-1563S-226<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SHAPIRO@RLF.COM |
| 000158P001-1563S-226<br>RICHARDS LAYTON & FINGER P.A.<br>ZACHARY I SHAPIRO; JAMES F MCCAULEY<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>MCCAULEY@RLF.COM | 000216P001-1563S-226<br>ROBINSON & COLE LLP<br>JAMIE L EDMONSON,ESQ<br>1201 N MARKET ST.,STE 1406<br>WILMINGTON DE 19801<br>JEDMONSON@RC.COM | 000217P001-1563S-226<br>ROBINSON & COLE LLP<br>RACHEL JAFFE MAUCERI,ESQ<br>1650 MARKET ST.,STE 3030<br>PHILADELPHIA PA 19103<br>RMAUCERI@RC.COM | 000149P001-1563S-226<br>RYDER TRUCK RENTAL INC<br>MICHAEL MANDELL<br>2333 PONCE DE LEON BLVD STE 700<br>CORAL GABLES FL 33134<br>MANDMS@RYDER.COM |
| 000156P002-1563S-226<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>LUKE.MURLEY@SAUL.COM | 000156P002-1563S-226<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>TURNER.FALK@SAUL.COM | 000156P002-1563S-226<br>SAUL EWING LLP<br>LUCIAN B MURLEY,ESQ; TURNER N. FALK;<br>NICHOLAS SMARGIASSI<br>1201 NORTH MARKET ST.,STE 2300<br>P O BOX 1266<br>WILMINGTON DE 19899<br>NICHOLAS.SMARGIASSI@SAUL.COM | 000115P001-1563S-226<br>SCHULTE ROTH & ZABEL LLP<br>REUBEN E DIZENGOFF,ESQ<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>REUBEN.DIZENGOFF@SRZ.COM |

**Old Tire Distributors, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000116P001-1563S-226<br>SCHULTE ROTH & ZABEL LLP<br>DOUGLAS S MINTZ,ESQ<br>555 13TH STREET,NW STE 6W<br>WASHINGTON DC 20004<br>DOUGLAS.MINTZ@SRZ.COM | 000016P001-1563S-226<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000017P001-1563S-226<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000187P001-1563S-226<br>SINGER & LEVICK P.C.<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON RD,,,STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM |
| 000153P001-1563S-226<br>SIRLIN LESSER & BENSON P.C.<br>DANA S PLON,ESQ<br>123 SOUTH BROAD ST.,STE 2100<br>PHILADELPHIA PA 19109<br>DPLON@SIRLINLAW.COM | 000070P001-1563S-226<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM | 000175P001-1563S-226<br>SQUIRE PATTON BOGGS (US) LLP<br>MARK A SALZBERG<br>2550 M ST.,NW<br>WASHINGTON DC 20037<br>MARK.SALZBERG@SQUIREPB.COM | 000170P001-1563S-226<br>STRADLING YOCCA CARLSON & RAUTH<br>PAUL R GLASSMAN<br>10100 SANTA MONICA BLVD., STE 1450<br>LOS ANGELES CA 90067<br>PGLASSMAN@STRADLINGLAW.COM |
| 000145P002-1563S-226<br>SUMITOMO RUBBER NORTH AMERICA INC<br>TOBY BEINER<br>8656 HAVEN AVE.<br>RANCHO CUCAMONGA CA 91730<br>TBEINER@SRNATIRE.COM | 000166P001-1563S-226<br>SWANSON MARTIN & BELL LLP<br>CHARLES S STAHL JR.<br>2525 CABOT DRIVE STE 204<br>LISLE IL 60532<br>CSTAHL@SMBTRIALS.COM | 000213P001-1563S-226<br>TEXAS ATTORNEY GENERAL'S OFFICE<br>COURTNEY  J HULL , ASSISTANT ATTY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>BK-CHULL@OAG.TEXAS.GOV | 000147P001-1563S-226<br>THE CARLSTAR GROUP LLC<br>RANDY O'BANION<br>725 COOL SPRINGS BLVD STE 500<br>FRANKLIN TN 37067<br>RANDY.OBANION@CARLSTARGROUP.COM |
| 000212P002-1563S-226<br>THE OFFICE OF THE UNITED STATES TRUSTEE<br>MALCOLM BATES, MICHAEL GIRELLO<br>FOR THE DISTRICT OF DELAWARE<br>844 KING STREET<br>SUITE 2207 LOCKBOX 35<br>WILMINGTON DELAWARE 19801<br>Malcolm.M.Bates@usdoj.gov | 000212P002-1563S-226<br>THE OFFICE OF THE UNITED STATES TRUSTEE<br>MALCOLM BATES, MICHAEL GIRELLO<br>FOR THE DISTRICT OF DELAWARE<br>844 KING STREET<br>SUITE 2207 LOCKBOX 35<br>WILMINGTON DELAWARE 19801<br>Mike.Girello@usdoj.gov | 000169P001-1563S-226<br>THE ROSNER LAW GROUP LLC<br>FREDERICK B ROSNER, ESQ<br>824 N MARKET ST.,STE 810<br>WILMINGTON DE 19801<br>ROSNER@TEAMROSNER.COM | 000005P001-1563S-226<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| 000073P001-1563S-226<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 000074P001-1563S-226<br>VERMONT ATTORNEY GENERAL<br>CHARITY R CLARK<br>PAVILLION OFFICE BLDG<br>109 STATE ST<br>MONTPELIER VT 05609-1001<br>AGO.INFO@VERMONT.GOV | 000168P001-1563S-226<br>WELTMAN WEINBERG AND REIS CO.,LPA<br>SCOTT D FINK, AGENT<br>5990 WEST CREEK RD STE 200<br>INDEPENDENCE OH 44131<br>BRONATIONALECF@WELTMAN.COM | 000177P001-1563S-226<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>MMUELLER@WILLIAMSMULLEN.COM |
| 000177P001-1563S-226<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>JMCLEMORE@WILLIAMSMULLEN.COM | 000177P001-1563S-226<br>WILLIAMS MULLEN<br>MICHAEL D MUELLER;JENNIFER M MCLEMORE; JOHN W VANT<br>200 SOUTH 10TH ST.,STE 1600<br>RICHMOND VA 23219-3095<br>JVANTINE@WILLIAMSMULLEN.COM | 000078P001-1563S-226<br>WISCONSIN DEPT OF JUSTICE<br>BANKRUPTCY DEPT<br>17 WEST MAIN ST<br>PO BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOITICEGROUP@DOJ.STATE.WI.US | 000186P001-1563S-226<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM |

**Electronic Mail**
**Exhibit Pages**

Page # : 8 of 8                                                                                     03/03/2026 01:20:14 PM

| | | | |
|---|---|---|---|
| 000186P001-1563S-226<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN;MARCY MCLAUGHLIN SMITH<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>MARCY.SMITH@WBD-US.COM | 000205P001-1563S-226<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 N MARKET STREET SUITE 1200<br>WILMINGTON DE 19801<br>MORGAN.PATTERSON@WBD-US.COM | 000079P001-1563S-226<br>WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002<br>WYOAG.BANKRUPTCYUNIT@WYO.GOV | 000165P001-1563S-226<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>BANKFILINGS@YCST.COM |
| 000165P001-1563S-226<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>KGUERKE@YCST.COM | 000165P001-1563S-226<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>KEVIN A GUERKE;ASHLEY E JACOBS;REBECCA L LAMB<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>RLAMB@YCST.COM | | |

Records Printed :   **174**

# EXHIBIT 2

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 1 of 2                                                      03/03/2026 01:24:43 PM

000031P001-1563S-226
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000207P001-1563S-226
AMEX TRS CO.,INC.
BECKET & LEE LLP
CHRISTOPHER CRAMER, CLAIMS ADM
P O BOX 3001
MALVERN PA 19355-0701

000013P001-1563S-226
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

000034P001-1563S-226
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

000144P001-1563S-226
CONTINENTAL TIRE THE AMERICAS LLC
TODD S PEARCE
1830 MACMILLAN PARK DRIVE
FORT MILL SC 29707

000008P001-1563S-226
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FL
820 N FRENCH ST
WILMINGTON DE 19801

000006P001-1563S-226
DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

000007P001-1563S-226
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

000206P001-1563S-226
EXETER 11503 POCOMOKE LLC
HENRY STEINBERG OR STEVEN STEIN
FIVE RADNOR CORPORATE CENTER 100 MATSONFORD
RADNOR PA 19087

000039P001-1563S-226
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000009P001-1563S-226
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
PO BOX 2952
SACRAMENTO CA 95812-2952

000215P001-1563S-226
GEOFFREY B GOMPERS,ESQ
1515 MARKET ST.,STE 1650
PHILADELPHIA PA 19102

000040P001-1563S-226
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

000041P001-1563S-226
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000042P001-1563S-226
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000043P001-1563S-226
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000001P001-1563S-226
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1563S-226
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000208P002-1563S-226
JLL INDUSTRIAL
MEGHAN JOHNSON, GEN MGR
225 108TH AVE NE, STE 550
BELLEVUE WA 98004

000045P001-1563S-226
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000046P001-1563S-226
KENTUCKY ATTORNEY GENERAL
RUSSELL COLEMAN
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000048P001-1563S-226
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

000162P001-1563S-226
MAJCO LLC d/b/a BIG BRAND TIRE & SERVICE
LAURA MOLLET,GENERAL COUNSEL
14401 PRINCETON AVE
MOORPARK CA 93021

000018P001-1563S-226
MASSACHUSETTS DEPT OF REVENUE
COLLECTIONS BUREAU/BANKRUPTCY UNIT
PO BOX 7090
BOSTON MA 02204-7090

000010P001-1563S-226
MICHIGAN DEPT OF TREASURY, TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

000052P001-1563S-226
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000053P001-1563S-226
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000054P001-1563S-226
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

**Oldco Tire Distributors, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                      03/03/2026 01:24:43 PM

| | | | |
|---|---|---|---|
| 000059P001-1563S-226<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000060P001-1563S-226<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 | 000061P001-1563S-226<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000062P001-1563S-226<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 |
| 000064P001-1563S-226<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | 000065P001-1563S-226<br>OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 | 000068P001-1563S-226<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 | 000015P001-1563S-226<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 |
| 000012P001-1563S-226<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000069P001-1563S-226<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | 000071P001-1563S-226<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000072P001-1563S-226<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |
| 000011P001-1563S-226<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | 000019P001-1563S-226<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 | 000075P001-1563S-226<br>VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 | 000076P001-1563S-226<br>WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 |
| 000077P001-1563S-226<br>WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 | | | |

Records Printed : **45**