# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Delaware

In re:  Oldco Tire Distributors, Inc.                                          §        Case No.   24-12391
                                                                               §
_____                                        §
                    Debtor(s)                                                  §        ☐ Jointly Administered

## Post-confirmation Report                                                         Chapter 11

Quarter Ending Date: 03/03/2026                                    Petition Date: 10/22/2024

Plan Confirmed Date: 03/27/2025                                    Plan Effective Date: 05/30/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　 ◯ Other Authorized Party or Entity: _____
                                                             Name of Authorized Party or
                                                             Entity

/s/ Laura Davis Jones                                    Laura Davis Jones
Signature of Responsible Party                           Printed Name of Responsible Party

03/17/2026
Date
                                                        919 North Market Street, 17th Floor, Wilmington,
                                                        Delaware 19801
                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Oldco Tire Distributors, Inc.                                    Case No.  24-12391

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---:|---:|
| a. Total cash disbursements | $17,292,270 | $38,310,009 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $17,292,270 | $38,310,009 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $45,123,542 | $0 | $45,123,542 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | AP Services, LLC | Financial Professional | $0 | $12,631,622 | $0 | $12,631,622 |
| ii | Donlin, Recano & Company, LL | Other | $0 | $1,180,352 | $0 | $1,180,352 |
| iii | Ernst & Young US LLP | Financial Professional | $0 | $831,349 | $0 | $831,349 |
| iv | Kirkland & Ellis LLP | Lead Counsel | $0 | $16,802,349 | $0 | $16,802,349 |
| v | Moelis & Company, LLC | Financial Professional | $0 | $9,843,021 | $0 | $9,843,021 |
| vi | Pachulski Stang Ziehl & Jones L | Co-Counsel | $0 | $894,915 | $0 | $894,915 |
| vii | PricewaterhouseCoopers LLP | Financial Professional | $0 | $791,275 | $0 | $791,275 |
| viii | Troutman Pepper Locke LLP | Special Counsel | $0 | $2,002,678 | $0 | $2,002,678 |
| ix | Deloitte & Touche LLP | Financial Professional | $0 | $145,981 | $0 | $145,981 |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                                    2

Debtor's Name Oldco Tire Distributors, Inc.                                    Case No.  24-12391

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

UST Form 11-PCR (12/01/2021)                                    3

Debtor's Name Oldco Tire Distributors, Inc.                                        Case No.  24-12391

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $25,434 | $0 | $25,434 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Deloitte Tax LLP | Financial Professional | $0 | $0 | $0 | $0 |
| ii | Bradley Arant Boult Cummings LLP | Special Counsel | $0 | $0 | $0 | $0 |
| iii | Grant Thornton LLP | Financial Professional | $0 | $0 | $0 | $0 |
| iv | Forvis Mazars, LLP | Financial Professional | $0 | $0 | $0 | $0 |
| v | Ogletree Deakins | Special Counsel | $0 | $25,434 | $0 | $25,434 |
| vi | ArentFox Schiff LLP | Special Counsel | $0 | $0 | $0 | $0 |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name Oldco Tire Distributors, Inc.                                    Case No.  24-12391

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | McGuireWoods Consulting LLC | Other | $0 | $0 | $0 | $0 |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)                    5

Debtor's Name Oldco Tire Distributors, Inc.                                    Case No.  24-12391

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxvii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

UST Form 11-PCR (12/01/2021)                6

Debtor's Name Oldco Tire Distributors, Inc.                                            Case No.  24-12391

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $45,148,976 | $0 | $45,148,976 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $112,609 | $112,609 | $553,451 | $553,451 | 100% |
| b. Secured claims | $1,308,693 | $1,308,693 | $1,315,359 | $1,315,359 | 100% |
| c. Priority claims | $1,193,375 | $1,193,375 | $1,788,864 | $1,788,864 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                      Yes ⦿   No ◯

    If yes, give date Final Decree was entered:                          03/03/2026

    If no, give date when the application for Final Decree is anticipated:

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ⦿   No ◯

Debtor's Name Oldco Tire Distributors, Inc.                                      Case No.  24-12391

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Patrick Bartels                                              Patrick Bartels
Signature of Responsible Party                                   Printed Name of Responsible Party

Plan Administrator                                               03/17/2026
Title                                                            Date

Debtor's Name Oldco Tire Distributors, Inc.                                        Case No.  24-12391



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                        9

Debtor's Name Oldco Tire Distributors, Inc.　　　　　　　　　　　　　　Case No.　24-12391



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)　　　　　　　　　　10